# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Aimen Halim, on behalf of himself and all others similarly situated v. Buffalo Wild Wings, Inc. and Inspire Brands, Inc.

Case Number: 1:23-cv-01495

An appearance is hereby filed by the undersigned as attorney for:

Aimen Halim, on behalf of himself and all others similarly situated

Attorney name (type or print): Francis R. Greene

Firm: Greene Consumer Law

Street address: 1954 First St., #154

City/State/Zip: Highland Park, IL 60035

Bar ID Number: 627313
(See item 3 in instructions)

Telephone Number: 312-847-6979

Email Address: francis@greeneconsumerlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/10/2023

Attorney signature: S/ Francis R. Greene

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015