UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Aimen Halim
                          Plaintiff,

v.                                                             Case No.: 1:23−cv−01495
                                                                     Honorable John J. Tharp Jr.

Buffalo Wild Wings, Inc, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 13, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr: The complaint is dismissed without prejudice for failure to invoke subject matter jurisdiction. See Dancel v. Groupon, Inc., 940 F.3d 381, 385 (7th Cir. 2019) ("In ordinary, non−class diversity cases, we have admonished parties that they cannot merely allege diversity of citizenship without identifying the parties' states of citizenship, for that is no better than a bare assertion that the defendants are citizens of another state different from the Plaintiff. That the hurdle of minimal diversity for the CAFA is lower than the complete diversity required in most cases does not provide a basis to alter this rule, and we have applied it vigorously even in the class−action context.&quot; (cleaned up)). The complaint inadequately alleges the citizenship of the two corporate defendants, alleging their principal places of business but not their states of incorporation. Both are necessary to establish a corporation's state(s) of citizenship. As a result, the plaintiff has failed to establish minimal diversity. An amended complaint curing these defects is due 3/27/23. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.