# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Aimen Halim, on behalf of himself and all others similarly situated, v. Buffalo Wild Wings, Inc. and Inspire Brands, Inc.

Case Number: 1:23-cv-01495

An appearance is hereby filed by the undersigned as attorney for:

Buffalo Wild Wings, Inc. and Inspire Brands, Inc.

Attorney name (type or print): Andrew G. Phillips

Firm: Alston & Bird LLP

Street address: 1201 W Peachtree Street NW

City/State/Zip: Atlanta, Georgia 30309

Bar ID Number: Georgia Bar - 575627
(See item 3 in instructions)

Telephone Number: 404-881-7183

Email Address: Andrew.Phillips@Alston.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/15/23

Attorney signature: S/ Andrew G. Phillips (admitted pro hac vice)
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015