IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AIMEN HALIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUFFALO WILD WINGS, INC. and INSPIRE BRANDS, INC.,<br><br>Defendants. | Case No. 1:23-CV-01495 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE A COMBINED BRIEF IN EXCESS OF THE PAGE LIMIT**

Defendants Buffalo Wild Wings, Inc. ("BWW") and Inspire Brands, Inc. ("Inspire"; collectively with BWW, "Defendants"), by and through their undersigned counsel and with the consent of Plaintiff Aimen Halim, respectfully move the Court for leave to file a combined brief of up to 23 pages in length in support of their forthcoming Joint Motion to Dismiss and for Plaintiff to file a response brief not to exceed 23 pages. For all of the reasons stated below, Defendants submit that filing a single brief of 23 pages, rather than two separate briefs of up to a combined 30 pages as would be permitted under Local Rule 7.1, is both reasonable and efficient, given the breadth of issues that the Motion to Dismiss will address in response to Plaintiff's putative nationwide class-action compliant.

**Argument**

1. This is a putative class action asserting claims under Illinois statutory and common law, as well as the unjust enrichment under the laws of all 50 states. Plaintiff seeks to certify a nationwide unjust enrichment class and an Illinois class for his other causes of action.

2. On March 27, 2023, Plaintiff filed an amended class action complaint (the "Complaint") consisting of more than 20 pages and 88 paragraphs of allegations. *See* Am. Compl.

(Dkt. 37).

3. In purported support of these allegations, the Complaint includes 15 footnotes of citations to various sources, including BWW's website, and articles from a variety of new outlets, as well as other periodicals and publications, including the New York Times, Fox News, Counter.com, etc.

4. Defendants intend to file a Joint Motion to Dismiss the complaint on June 27, 2023 pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), which will address all of Plaintiff's causes of action and prayer for relief in this action.

5. Defendants' counsel has conferred with Plaintiff's counsel, who indicated that Plaintiff does not oppose this motion. Defendants also consented to Plaintiff's request for a reciprocal additional 8-pages for Plaintiff's Response in opposition to Defendants' Joint Motion to Dismiss.

6. Defendants are mindful of Local Rule 7.1, which states that a brief in support of or in opposition to any motion may not exceed 15 pages in length without prior approval of the Court.

7. Defendants respectfully suggest that, given the circumstances present in this case, an eight-page extension to the page limitations for its initial brief is warranted here. The Complaint contains voluminous allegations and implicates the unjust enrichment laws of all 50 states. Inspire is also raising independent bases for dismissal that are not applicable to BWW.

8. The Court should have the benefit of sufficient briefing to consider these substantive issues. Therefore, to adequately address both Defendants' bases for dismissal and explain the reasons why the Complaint's causes of action and prayer for relief all fail as a matter of law, Defendants respectfully request leave to file a combined brief in support of their Joint Motion to Dismiss not to exceed 23 pages in length, exclusive of the caption, table of contents, table of authorities, and signature block.

9. Further, under the Local Rules, Inspire and BWW are entitled to individually file separate briefs of up to 15 pages addressing their respective defenses – for a total of 30 pages of briefing. Local R. Civ. P. 7.1; *see also Powell Prescription Ctr. v. Surescripts, LLC*, No. 1:19-cv-

06627, Dkt. 71 (N.D. Ill. Jan. 28, 2020) (Tharp, J.) (granting three defendants' motion for leave to file excess pages to jointly submit a motion to dismiss not to exceed 45 pages in length); *Arlin-Golf v. LLC v. Vill. of Arlington Heights*, 2010 U.S. Dist. LEXIS 21972, *12 n.1 (N.D. Ill. Mar. 9, 2010) (denying motion to strike defendants' motions to dismiss asserting the same affirmative defense for being cumulatively in excess of the 15-page limit because each defendant's brief was 15 pages or less). Defendants respectfully suggest that combining their respective arguments into a single initial brief not to exceed 23 pages in length is more efficient for the Court and the parties than two briefs of up to 15 pages each.

10. Likewise, if each Defendant's motion to dismiss were filed separately, Plaintiff would be entitled to respond to each motion by submitting two separate briefs of up to 15 pages each. Plaintiff's reciprocal request for additional pages is similarly more efficient in combining the response arguments into a single 23-page brief rather than two briefs totaling up to 30 pages.

11. The requested extension is commensurate with page extensions that the Northern District of Illinois has granted in similar cases. *See, e.g.*, *O2 Media, LLC v. Narrative Science Inc.*, No. 1:15-cv-05129, Dkt. 20 (N.D. Ill. Oct. 28, 2015) (granting extension for plaintiff to submit briefing not to exceed 25 pages in response on motion to dismiss) (Tharp, J.); *Marshall v. Grubhub Inc.*, No. 1:19-cv-03718, Dkt. 65 (N.D. Ill. Feb. 9, 2021) (granting plaintiff's unopposed motion for leave to file a brief of 19 pages in response to defendant's motion to dismiss) (Tharp, J.); *Crescent Plaza Hotel Owner, L.P. v. Zurich Am. Ins. Co.*, No. 1:20-cv-03463, Dkt. 17 (N.D. Ill. Sept. 9, 2020) (Gettleman, J.) (granting extension for the defendant to submit briefing not to exceed 25 pages on motion to dismiss); *Pierrelouis v. Gogo Inc.*, No. 1:18-cv-04473, Dkt. 62 (N.D. Ill. Jan. 17, 2019) (Alonso, J.) (granting extension for the parties to submit briefing not to exceed 30 pages on motion to dismiss).

WHEREFORE, Defendants respectfully request that the Court grant leave under Local Rule 7.1 for Defendants to file an initial brief in support of their Joint Motion to Dismiss and for Plaintiff to file a response brief that does not exceed 23 pages in length, exclusive of the caption, table of contents, table of authorities, and signature block.

Dated this 21st day of June, 2023.    Respectfully submitted,

By: /s/  Matthew J. Kramer

Jason D. Rosenberg
Andrew G. Phillips (*pro hac vice*)
Alan F. Pryor (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:  404-881-7000
Facsimile:  404-881-7777
jason.rosenberg@alston.com
drew.phillips@alston.com
alan.pryor@alston.com

Douglas Alan Albritton
Matthew John Kramer
ACTUATE LAW LLC
641 West Lake
5th Floor
Chicago, IL 60661
(312) -579-3108
doug.albritton@actuatelaw.com
matthew.kramer@actuatelaw.com

*Counsel for Buffalo Wild Wings, Inc. and Inspire Brands, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 21, 2023, a true and exact copy of the foregoing Unopposed Motion for Leave to File a Combined Brief In Excess of the Page Limit was filed with the Court using the CM/ECF system, which will automatically notify and serve all counsel of record.

<u>/s/ Matthew J. Kramer</u>
*Counsel for Buffalo Wild Wings, Inc.*
*and Inspire Brands, Inc.*

130879.3