# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AIMEN HALIM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>BUFFALO WILD WINGS, INC. and INSPIRE BRANDS, INC.,<br><br>        Defendants. | Case No.<br>1:23-cv-01495 |

## DEFENDANTS BUFFALO WILD WINGS, INC. AND INSPIRE BRANDS, INC.'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT

Douglas Alan Albritton (Bar #6228734)
Matthew John Kramer (Bar #6283296)
ACTUATE LAW LLC
641 West Lake
5th Floor
Chicago, Illinois 60661
(312) -579-3108
doug.albritton@actuatelaw.com
matthew.kramer@actuatelaw.com

Jason D. Rosenberg (Bar #6275801)
Andrew G. Phillips (*pro hac vice*)
Alan Pryor (*pro hac vice*)
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)
andrew.phillips@alston.com
jason.rosenberg@alston.com
alan.pryor@alston.com

***Attorneys for Buffalo Wild Wings, Inc. and Inspire Brands, Inc.***

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2) and 12(b)(6), Defendants Buffalo Wild Wings, Inc. ("BWW") and Inspire Brands, Inc. ("Inspire"; collectively with BWW "Defendants"), by and through their attorneys, hereby move to dismiss Plaintiff's Amended Class Action Complaint for Damages (Dkt. 6) with prejudice on the following grounds:

*First*, Plaintiff's claims should be dismissed under Federal Rule 12(b)(1) because they lack Article III standing. *See, e.g.*, *Spokeo v. Robins* 578 U.S. 330, 338 (2016); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992). Specifically, Plaintiff cannot: (a) establish concrete economic harm sufficient to confer Article III standing; or (b) otherwise establish that he has Article III standing to pursue claims on behalf of other states' putative class members or pursue injunctive relief when there is no risk of future injury.

*Second*, Plaintiff's claims should be dismissed under Federal Rule 12(b)(6) because they fail to state a plausible claim for relief. Specifically, Plaintiff's contentions regarding BWW's "boneless wings"—that they deceptively mispresent that the products are deboned chicken wing meat—are not plausible, and BWW's menu referring to the products as "Boneless" and "Boneless Wings" would not mislead reasonable consumers. Moreover, Plaintiff's claims independently fail for additional reasons.

*Third*, Plaintiff fail to allege *any* factual allegations about Inspire to establish that Inspire has any connections to Illinois related to the instant litigation or that Inspire has engaged in any actionable conduct. As such, Plaintiff's claims against Inspire should be dismissed under Federal Rules 12(b)(2) for lack of personal jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted.

In support of this Motion, Defendants submit their accompanying Brief in Support in conjunction with the concurrently filed Motion for Judicial Notice (along with Exhibits A

through D attached thereto).

WHEREFORE, Defendants respectfully request that the Court dismiss the Plaintiff's Amended Complaint in its entirety, with prejudice, and grant Defendants any other relief as this Court deems just and proper.

DATED: June 27, 2023    /s/ Jason D. Rosenberg
*Attorney for Defendants Buffalo Wild Wings, Inc. and Inspire Brands, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was filed on June 27, 2023, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

                                                                         */s/ Jason D. Rosenberg*  
                                                                           Jason D. Rosenberg