# EXHIBIT C



HONEY BBQ BIRD DAWG
BUFFALO BONELESS BAR PIZZA

## BAR FOOD

### NEW BIRD DAWGS
A fully loaded hand-breaded chicken tender on a brioche bun
SINGLE 6.49  TWO 10.99  THREE 13.99
460-1740 CAL

**LOADED** hand-breaded chicken tender / wild honey mustard / grilled onions / New Belgium Fat Tire® beer cheese / green onions / brioche bun

**HONEY BBQ** hand-breaded chicken tender / natural-cut French fries / slaw / ranch / honey bbq / green onions / brioche bun

**BUFFALO** hand-breaded chicken tender / slaw / medium buffalo sauce / ranch / green onions / brioche bun

### NEW BAR PIZZAS

**BUFFALO BONELESS** boneless wings / ranch / medium buffalo sauce / mozzarella cheese / bleu cheese crumbles / pickled hot peppers / green onions / thin crust 9.99 | 1370 CAL

**HONEY BBQ BONELESS** boneless wings / honey bbq / mozzarella cheese / cheddar-jack cheese / medium buffalo sauce / bacon / pickled hot peppers / green onions / thin crust 9.99 | 1300 CAL

### HOUSE SAMPLER  TOP PICK
ultimate nachos with chicken / beer-battered onion rings / mozzarella sticks / boneless wings / choice of sauce or dry seasoning / salsa / southwestern ranch / marinara / choice of bleu cheese or ranch 15.79 | 2700-2980 CAL

### ULTIMATE NACHOS
house-made tortilla chips / Hatch queso / cheddar-jack cheese / house-made pico de gallo / pickled hot peppers / crema / cilantro / salsa 9.99 | 1770 CAL
ADD CHILI 1.50 | ADD 330 CAL
ADD BRISKET 3.00 | ADD 260 CAL
ADD CHICKEN 1.50 | ADD 120 CAL
ADD HOUSE-MADE GUACAMOLE 1.50 | ADD 150 CAL

### HATCH QUESO
melted white cheddar / Young Guns Hatch chiles / house-made pico de gallo / house-made tortilla chips 7.99 | 1110 CAL
**MAKE IT WILD**™ ADD 25 CAL
ADD CHILI .55 | ADD 110 CAL
ADD HOUSE-MADE GUACAMOLE 2.00 | ADD 80 CAL

### CHIPS & DIP TRIO
Hatch queso / house-made guacamole / salsa / house-made pico de gallo / house-made tortilla chips 10.99 | 1660 CAL

### CHIPS & HOUSE-MADE GUACAMOLE
Hass avocado / tomato / jalapeño / onion / cilantro / fresh lime / house-made tortilla chips 7.99 | 1240 CAL

### CHIPS & SALSA
tomato / jalapeño / onion / cilantro / house-made tortilla chips 5.29 | 860 CAL

### MOZZARELLA STICKS
mozzarella / seasoned panko breading / marinara 8.49 | 520 CAL

### FRIED PICKLES
breaded dill pickles / southwestern ranch 8.49 | 790 CAL

### BEER-BATTERED ONION RINGS
thick-cut onion rings / beer batter / southwestern ranch 8.99 | 1430 CAL

### CHEDDAR CHEESE CURDS
Wisconsin white cheddar cheese curds / battered / southwestern ranch 10.49 | 1400 CAL

### BUFFALO CHICKEN TOTS  TOP PICK
tots / pulled chicken / buffalo seasoning / bleu cheese crumbles / pickled hot peppers / medium buffalo sauce / ranch / green onions 11.99 | 2110 CAL

### DIRTY DUBS TOTS
tots / smoked pulled brisket / grilled onions / Hatch queso / sweet bbq / pickled hot peppers / green onions / Cotija cheese 12.29 | 1900 CAL

### ASIAN ZING® CAULIFLOWER WINGS
breaded cauliflower / asian zing® / everything seasoning / pickled hot peppers / green onions / ranch 10.49 | 1020 CAL

### EVERYTHING PRETZEL KNOTS
pretzel knots / everything seasoning / New Belgium Fat Tire® beer cheese / honey mustard 8.49 | 870 CAL

## BURGERS
Served with natural-cut French fries / add 420 CAL

### ALL-AMERICAN CHEESEBURGER  TOP PICK
double patty / hand-smashed / sea salt / coarse black pepper / American cheese / shredded iceberg / tomato / pickles / mustard / mayo / challah bun / grilled onion upon request | add 10 CAL
11.79 | 820 CAL
ADD THICK-CUT BACON 2.00 | ADD 100 CAL
ADD HOUSE-MADE GUACAMOLE 2.00 | ADD 80 CAL

### SMOKED BRISKET BURGER
double patty / hand-smashed / American cheese / smoked pulled brisket / sweet bbq / grilled onions / pickles / bacon aioli / challah bun
15.29 | 1020 CAL

### BACON SMASHED HATCH CHILE BURGER
double patty / hand-smashed and seared with bacon / American cheese / Young Guns Hatch chile peppers / grilled onions / pickled hot peppers / Hatch chile aioli / challah bun
14.29 | 990 CAL

### CHEESE CURD BACON BURGER
double patty / hand-smashed / American cheese / Wisconsin white cheddar cheese curds / bacon / shredded iceberg / tomato / onion / pickles / mayo / chipotle bbq seasoning / challah bun
13.29 | 1210 CAL

### SOUTHWESTERN BLACK BEAN BURGER
black bean patty / cheddar cheese / house-made guacamole / shredded iceberg / tomato / onion / pickles / southwestern ranch / challah bun
12.29 | 740 CAL

## WINGS
HANDSPUN IN YOUR FAVORITE SAUCE OR DRY SEASONING

### BONELESS
| | | |
|---|---|---|
| 6 WINGS | 8.79 | 360-630 CAL |
| 10 WINGS | 11.79 | 610-960 CAL |
| 15 WINGS | 17.29 | 910-1440 CAL |
| 20 WINGS | 22.29 | 1210-1920 CAL |
| 30 WINGS | 32.99 | 1820-2880 CAL |

### TRADITIONAL
| | | |
|---|---|---|
| 6 WINGS | 9.99 | 410-620 CAL |
| 10 WINGS | 14.49 | 680-1010 CAL |
| 15 WINGS | 20.49 | 1020-1470 CAL |
| 20 WINGS | 25.79 | 1370-2020 CAL |
| 30 WINGS | 36.99 | 2050-2770 CAL |

### TRADITIONAL & BONELESS WINGS COMBO
6 traditional wings / 6 boneless wings / natural-cut French fries / slaw 22.29 | 1260-1750 CAL

### CAULIFLOWER WINGS
breaded cauliflower / handspun in your favorite sauce or dry seasoning / green onions
SMALL  10.49 | 520-880 CAL
LARGE  18.49 | 1040-1750 CAL

### TENDERS
Served with natural-cut French fries / add 420 CAL

**HAND-BREADED TENDERS**
3 TENDERS  10.49 | 490-850 CAL
5 TENDERS  11.99 | 820-1170 CAL

**NAKED TENDERS**™
3 TENDERS  10.49 | 160-510 CAL
5 TENDERS  11.99 | 260-620 CAL

## SIDES

**FRENCH FRIES** regular or large
3.99/5.99  420/840 CAL

**TOTS** regular or large  4.39/6.49  620/1240 CAL

**BEER-BATTERED ONION RINGS**
regular or large 5.99/8.99  900/1430 CAL

**POTATO WEDGES** regular or large
4.29/6.49  370/750 CAL
Add cheese .65/1.15 / add 110/220 CAL  Add bacon 1.35/2.00 / add 60/120 CAL  Add dry seasoning / add 0-5 CAL

**GARDEN SIDE SALAD** w/ choice of dressing
4.99 | 320-400 CAL

**CHEDDAR CHEESE CURDS** 6.29 | 870 CAL

**MAC & CHEESE** 4.79 | 510 CAL

**CARROTS & CELERY** .99 | 300 CAL

### SAUCES
◄ BLAZIN'® CAROLINA REAPER
◄ WILD®
◄ MANGO HABANERO™
◄ HOT
◄ ORIGINAL BUFFALO
◄ NASHVILLE HOT
◄ THAI CURRY
◄ JAMMIN' JALAPEÑO
◄ CARIBBEAN JERK
◄ ASIAN ZING®
◄ ORANGE CHICKEN
◄ SPICY GARLIC
◄ MEDIUM
◄ HONEY BBQ
◄ PARMESAN GARLIC
◄ MILD
◄ LEMON PEPPER
◄ TERIYAKI
◄ SWEET BBQ

**ADD ANY SAUCE TO YOUR CHICKEN SANDWICH**

### DRY RUBS
◄ DESERT HEAT®
◄ BUFFALO
◄ CHIPOTLE BBQ
◄ LEMON PEPPER
◄ SALT & VINEGAR

**WINGS SERVED WITH CHOICE OF:**
bleu cheese dressing / add 210-630 CAL
ranch dressing / add 240-720 CAL

**AVAILABLE UPON REQUEST WITH WINGS ORDER:**
celery / add 15-45 CAL
carrots / add 50-150 CAL
*calories reflect one-three servings*

**GET DRUMS/FLATS ONLY FOR $1/$2** (based on count)

2,000 calories a day is used for general nutrition advice, but calorie needs vary. Additional nutrition information available upon request. Some food products contain allergens. Some food products are prepared with beef shortening. Ask your server or visit buffalowildwings.com to view the Nutrition & Allergen Guides.

7-6-5-6-5-5-6-4.5-5-4.5-4
0010-0922MM-1003992



## DRINKS
**20 OZ. SODAS & MORE**

*Pepsi® 3.29 | 100 CAL
*Diet Pepsi® 3.29 | 0 CAL
*Mountain Dew® 3.29 | 110 CAL
*MTN DEW LEGEND™ 3.29 | 110 CAL
*Sierra Mist® 3.29 | 100 CAL
*Dr Pepper® 3.29 | 100 CAL
*Mug® Root Beer 3.29 | 100 CAL
*Tropicana® Lemonade 3.29 | 100 CAL
*Fresh-Brewed Lipton® Iced Tea 3.29 | 0 CAL
*Coffee 2.29 | 0 CAL
Aquafina® Bottled Water 1.99 | 0 CAL
Red Bull® Energy Drink 4.49 | 110 CAL
Red Bull® Sugarfree 4.49 | 10 CAL
Red Bull® Blue Edition (Blueberry) 4.49 | 110 CAL
Red Bull® Red Edition (Watermelon) 4.49 | 110 CAL
Red Bull® Yellow Edition (Tropical) 4.49 | 120 CAL
Strawberry Lemonade 3.79 | 170 CAL

*See beverage menu for full list of hand-crafted, spirit-free beverages.*

*Free refills

## HAND-BREADED CHICKEN SANDWICHES

Served with natural-cut French fries / add 420 CAL

**CLASSIC CHICKEN SANDWICH**
hand-breaded chicken / pickles / mayo / challah bun
8.79 | 620 CAL

**NEW SAUCY CHICKEN SANDWICH** 
hand-breaded chicken / pickles / choice of sauce or dry rub / challah bun
8.79 | 500-850 CAL

**SOUTHERN CHICKEN SANDWICH** *TOP PICK*
hand-breaded chicken / Swiss cheese / slaw / pickles / bacon aioli / challah bun 11.49 | 870 CAL

**NASHVILLE HOT CHICKEN SANDWICH**
hand-breaded chicken / Nashville hot sauce / slaw / pickled hot peppers / pickles / ranch / challah bun 11.49 | 810 CAL

**BUFFALO RANCH CHICKEN SANDWICH**
hand-breaded chicken / medium buffalo sauce / ranch / shredded iceberg / tomato / challah bun 11.49 | 730 CAL

## WRAPS & TACOS
Served with house-made tortilla chips & salsa / add 520 CAL

**BUFFALO RANCH CHICKEN WRAP**
boneless chicken / medium buffalo sauce / ranch / cheddar-jack cheese / shredded iceberg / tomatoes / flour tortilla
10.79 | 860 CAL

**CLASSIC CHICKEN WRAP**
boneless or pulled chicken / choice of sauce or dry seasoning / cheddar-jack cheese / shredded iceberg / tomatoes / flour tortilla
10.79 | 670-1030 CAL

**BRISKET TACOS**
smoked pulled brisket / sweet bbq / grilled onions / house-made guacamole / house-made pico de gallo / Cotija cheese / flour tortillas 11.79 | 610 CAL

**STREET TACOS**
pulled chicken / Parmesan garlic / house-made pico de gallo / southwestern ranch / cilantro / flour tortillas 10.79 | 630 CAL

## LUNCH
**MON-FRI 11AM TO 2PM** — SERVED WITH FRIES + DRINK

**$10**
BUFFALO RANCH CHICKEN WRAP 1280-1400 CAL
STREET TACOS 1050-1170 CAL
CHICKEN CAESAR SALAD 1200-1310 CAL
6 TRADITIONAL WINGS 830-1160 CAL
ALL-AMERICAN CHEESEBURGER 1240-1360 CAL
grilled onion upon request | add 10 CAL
SOUTHERN CHICKEN SANDWICH 1290-1410 CAL
10 BONELESS WINGS 1030-1500 CAL
3 HAND-BREADED TENDERS 910-1380 CAL

**$12**
10 TRADITIONAL WINGS 1100-1550 CAL
CHOPPED COBB SALAD 1250-1370 CAL

## SWEETS

**CHOCOLATE FUDGE CAKE**
chocolate fudge cake / chocolate sauce / vanilla ice cream 6.29 | 780 CAL

**LOADED ICE CREAM**
vanilla ice cream / chocolate sauce / caramel sauce / cinnamon-sugar / tortilla strips
2.79 | 490 CAL

**NEW YORK-STYLE CHEESECAKE WITH CARAMEL SAUCE**
classic New York-style cheesecake / caramel sauce 6.29 | 690 CAL

## GREENS
Dressings available: ranch / bleu cheese / Caesar / Vidalia onion vinaigrette

**NEW CRISPY BUFFALO CHICKEN SALAD**
hand-breaded chicken / medium buffalo sauce / romaine / tomatoes / bacon / bleu cheese dressing / bleu cheese crumbles / green onions 13.49 | 910 CAL

**CHICKEN CAESAR SALAD**
grilled chicken / romaine / Parmesan garlic / Caesar dressing / shaved Parmesan / lemon pepper seasoning / croutons
10.99 | 780 CAL

**CHOPPED COBB SALAD**
pulled chicken / romaine / tomatoes / bacon / hard-boiled egg / ranch dressing / bleu cheese crumbles / green onions / buffalo seasoning / everything seasoning
12.49 | 830 CAL

**ADD HOUSE-MADE GUACAMOLE** 2.00 | ADD 150 CAL



**JOIN BLAZIN' REWARDS TODAY.**
GET EXCLUSIVE OFFERS. EARN FREE FOOD.

SCAN HERE TO JOIN

**ADD AN ICE-COLD DRAFT BEER**

2,000 calories a day is used for general nutrition advice, but calorie needs vary.
Some food products contain allergens. Some food products are prepared with beef shortening. Ask your server or visit buffalowildwings.com to view the nutrition & allergen guides. Before placing your order, please inform your server if a person in your party has a food allergy.

7-6-5-6-55-6-45-5-45-4
0010-0922MM-10039912