# EXHIBIT D
# (Part 1)

https://www.chilipeppermadness.com/recipes/boneless-buffalo-wings/                                        June 21, 2023





ABOUT   COOKBOOKS   SHOP   Search

RECIPE INDEX   RECIPES BY TYPE   COOKING TIPS   🌶 PEPPER INFO

Home » Recipes » Boneless Buffalo Wings Recipe

# Boneless Buffalo Wings Recipe

by Mike Hultquist · Jan 24, 2022 · 8 Comments · Jump to Recipe

*This boneless wings recipe is easy to make with chunks of tender chicken lightly breaded and fried until golden and crispy, then slathered in homemade Buffalo Sauce. Better than any restaurant!*



## Boneless Wings Recipe

It's **Boneless Buffalo Wings** time in the Chili Pepper Madness kitchen tonight, my friends. Would you care for some of these?

We love Buffalo wings in our home, and often go out to the local pub for quick spicy wings. As a spicy food lover, they're easy to find and usually satisfy that spicy craving we all have.

As much as I love traditional wings, I love to mix it up with boneless wing every now and then. **Boneless wings are simply chicken breast that is breaded and fried, then slathered with spicy, tangy Buffalo sauce.**



**ALL. SPICY. RECIPES.** Hi, I'm Mike and I LOVE Spicy Food! Say goodbye to bland and boring food with my easy-to-follow recipes. Let's get cooking!

More about me →

MEXICAN   CAJUN

SAUCES   SEASONINGS

## 5 ESSENTIALS FOR SPICY COOKING

Subscribe and receive my FREE email series with tips for spicy cooking and new Recipes

First Name

Email Address

JOIN NOW



AMAZON / BARNES & NOBLE / INDIEBOUND / BOOKS A MILLION



AMAZON / BARNES & NOBLE / INDIEBOUND







They're great for game day or party situations, or really for any day of the week. When you're craving them, there's no need to rush out to the pub. These homemade boneless Buffalo wings are better than the restaurant.

They're nice and crispy with a good level of spice, and extra saucy in a homemade Buffalo sauce that is very easy to make. I think you're going to love these, my spicy food loving friends!

**Let's talk about how to make boneless Buffalo wings, shall we?**

**Subscribe to Chili Pepper Madness!**

Get the latest recipes and chili pepper info straight to your inbox. Plus receive my FREE email series with tips for spicy cooking. After submitting, check your email to confirm your subscription.

First Name (optional) | Your Email... | SUBSCRIBE

☐ I consent to receiving emails and personalized ads.





## Boneless Wings Ingredients

- **FOR THE BONELESS WINGS**
- **Chicken Breast.** Boneless, skinless chicken breast is best for making boneless chicken wings. You can use chicken thigh, but the breast meat is so much better.
- **Flour.** For breading the boneless wings.
- **Seasonings.** I typically use my _homemade Cajun seasonings_ for this, plus salt and pepper, but you can use your favorites. What's your secret seasoning blend of choice? Got a favorite?
- **Egg.**
- **Buttermilk.** You can also use milk instead.
- **Vegetable Oil.** For frying.
- **FOR THE BUFFALO SAUCE**
- **Butter.**
- **Hot Sauce.** Use a good Louisiana style hot sauce. Franks is very popular, though I often use Valentina HOT.
- **Vinegar.** I use apple cider vinegar, but white vinegar is great, too.
- **Worcestershire Sauce.** Flavor bomb, my friends!
- **For Serving.** Blue cheese dressing or ranch dressing, celery sticks.



## How To Make Boneless Wings With Buffalo Sauce - The Recipe Method

**FOR THE BONELESS WINGS**

**Create Your Breading Station.** Stir together the flour, salt and pepper and seasonings in a large bowl. In a separate bowl, beat together the egg and buttermilk until combined.

**Bread the Boneless Wings.** Dip each chicken piece into the egg mixture, then into the seasoned flour mixture. Repeat, then set onto a plate to rest for 10 minutes. For extra crispy boneless chicken wings, dip the breaded chicken nuggets one more time into the flour mixture before frying them.



**Fry the Boneless Wings.** Heat several inches of frying oil heated to 350 degrees F in a large pot or Dutch oven. Do not boil. Fry the boneless wings for 5-6 minutes, or until golden brown and cooked through.

They should register 165 degrees F internally when measured with a meat thermometer. You can use a deep fryer to deep fry the chicken as well.






296

**Drain the Boneless Wings.** Remove and set onto a paper towel lined plate or baking sheet to drain excess oil.




296


296

**MAKE THE BUFFALO SAUCE**

**Heat and Whisk.** Heat the butter, hot sauce, vinegar and Worcestershire sauce in a sauce pan until the butter melts. Whisk vigorously until the sauce thickens up. Add to a small bowl.



**TO SERVE**

**Sauce Them Boneless Chicken Wings!** Slather the boneless wings with homemade Buffalo sauce and serve with blue cheese dressing or ranch dressing as a dipping sauce and celery sticks on the side.




296


296

296



296

**Boom! Done!** Your spicy boneless chicken wings are ready to serve. Don't they look amazing? With all that delicious Buffalo sauce? I could eat this entire batch.

296

 ## Heat Factor

**Medium to Medium-Hot, depending on the hot sauce you've chosen.** Most Buffalo sauces are more medium level of heat for most chiliheads, surely big on flavor, but not overly hot.

If you'd like to up that heat factor, include a hot chili powder into the sauce. I usually add a bit of ghost pepper powder to mine to bring up the heat.

296

## Recipe Tips & Notes 

- **The Buffalo Sauce.** You can use your favorite store bought Buffalo sauce for this recipe, but nothing beats homemade. I've included a simple version with this recipe, but also check out my *Homemade Buffalo Sauce Recipe*, which layers in a few more ingredients and really ups that awesome flavor. Nothin beats homemade!
- **The Seasonings.** As mentioned, I use a simple Cajun blend to spice things up, but you can easily skip them if you'd like, as you'll get plenty of flavor from the Buffalo sauce. But, if you're looking to bring it to the next flavor level, add in some of your favorites. A simple mixture of cayenne, paprika, garlic powder, salt and pepper will do wonders. Go with your personal favorite blend.
- **Ranch or Blue Cheese?** People love to debate which is better, ranch or blue cheese dressing? Go ahead and argue! This recipe works with either dressing for dipping, my friends! I'm more of a blue cheese guy, while Patty picks ranch every time.

## Storage And Leftovers

Store any leftover boneless wings in the refrigerator in a sealed container for up to 5 days. The best way to reheat them is on a baking sheet in the oven at 350 degrees F for 10 to 20 minutes, or in an air fryer.



**That's it, my friends.** I hope you enjoy my boneless Buffalo wings recipe. Let me know if you make it. I'd love to hear how it turned out for you. Keep it spicy!



## Try Some Of My Other Popular Recipes

- *Buffalo Wings Recipe*
- *Smoked Chicken Wings*
- *Air Fryer Chicken Wings*
- *Fried Chicken Wings*
- See all of my *Chicken Wings Recipes*

## Check Out Some Of My Popular "Buffalo" Recipes

- *Buffalo Chicken Dip*
- *Creamy Buffalo Mac and Cheese*
- *Buffalo Cauliflower*
- *Buffalo Chicken*









**Got any questions? Ask away!** I'm happy to help. If you enjoy this recipe, I hope you'll leave a comment with some STARS. Also, please share it on social media. Don't forget to tag us at #ChiliPepperMadness. I'll be sure to share! Thanks! — Mike H.

[object HTMLDivElement] ▷ ×

## Recommended







**Homemade Cajun Seasoning**

**Homemade Buffalo Sauce Recipe**

**Fried Chicken Wings Recipe**



🖶 Print

### Boneless Buffalo Wings Recipe

This boneless wings recipe is easy to make with breaded chicken breast fried until crispy and golden, then slathered in homemade Buffalo Sauce. Better than any restaurant!

ⓕ ⓣ ⓟ ✉ ♡ Save Recipe

✕ Course: Appetizer, Main Course ✕ Cuisine: American
✕ Keyword: Buffalo sauce, chicken breast, spicy
⏱ Prep Time: 15 minutes ⏱ Cook Time: 15 minutes
🎥 Calories: 506kcal 👨‍🍳 Author: *Mike Hultquist*

Servings: 4  Tap or hover to scale

⭐⭐⭐⭐⭐ 5 from 3 votes  Leave a Review

### Ingredients

**FOR THE BONELESS WINGS**

- 1 pound boneless chicken breast sliced into bite-sized nuggets or chunks
- 1 cup flour
- 1 tablespoon spicy seasoning blend I use a Cajun blend. What's YOUR secret blend of choice?
- Salt and pepper to taste about 1/2 to 1 teaspoon each
- 1 large egg
- 1 cup buttermilk or you can use milk
- Vegetable Oil for frying

**FOR THE BUFFALO SAUCE**
- 1 stick butter – 1/2 cup or 8 tablespoons
- ½ cup Louisiana style hot sauce – Franks is very popular though I use Valentina HOT
- 2 tablespoons apple cider vinegar or white vinegar
- 1 teaspoon Worcestershire sauce
- For Serving. Blue cheese dressing or ranch dressing celery sticks

## Instructions

**FOR THE BONELESS WINGS**
1. Stir together the flour, seasonings and salt and pepper in a large bowl.
2. In a separate bowl, beat together the egg and buttermilk until combined.
3. Dip each chicken piece into the egg mixture, then into the seasoned flour mixture. Repeat, then set onto a plate to rest for 10 minutes.
4. Heat several inches of frying oil heated to 350 degrees F in a large pot or Dutch oven. Do not boil.
5. Fry the boneless wings for 5-6 minutes, or until golden brown and cooked through. They should register 165 degrees F internally when measured with a meat thermometer.
6. Remove and set onto a paper towel lined plate to drain excess oil.

**MAKE THE BUFFALO SAUCE**
1. Heat the butter, hot sauce, vinegar and Worcestershire sauce in a sauce pan until the butter melts. Whisk vigorously until the sauce thickens up.

**TO SERVE**
1. Slather the boneless wings with homemade Buffalo sauce and serve with blue cheese dressing or ranch dressing and celery sticks on the side.

## Notes

For extra crispy boneless chicken wings, dip the breaded chicken nuggets one more time into the flour mixture before frying them.

| **Nutrition Information** | | |
|---|---|---|
| **Calories:** 506kcal | **Carbohydrates:** 28g | |
| **Protein:** 31g | **Fat:** 29g | |
| **Saturated Fat:** 17g | **Polyunsaturated Fat:** 2g | **Monounsaturated Fat:** 8g |
| **Trans Fat:** 1g | **Cholesterol:** 181mg | **Sodium:** 1349mg | **Potassium:** 613mg |
| **Fiber:** 1g | **Sugar:** 3g | **Vitamin A:** 1762IU | **Vitamin C:** 2mg |
| **Calcium:** 98mg | **Iron:** 3mg | |

 **Did You Enjoy This Recipe?**
I love hearing how you like it and how you made it your own. Leave a comment below and tag *@ChiliPepperMadness* on social media.

comments

leave a reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Recipe Rating

★★★★★

**POST COMMENT**

---

**Halima says**

February 14, 2023 at 3:25 am

★★★★★

I neeeed these in my life. Can I ask about your nutritional info. Is that for the whole dish you have cooked or for a single portion, and if the latter what do you quantify as a portion.

I only ask as I'm on Keto and really, really want to justify eating at least one whole batch hahahahah

Reply

> **Mike Hultquist says**
>
> February 14, 2023 at 6:33 am
>
> Halima, it is 4 total servings, so roughly 1/4 pound (4 ounces) each.
>
> Reply

---

**Kiki Pierotti says**

February 08, 2023 at 7:32 am

I can't wait to try this recipe for our Super Bowl party! Can I keep the boneless wings warm in the oven on a cooling rack to allow air to circulate or will they get soggy regardless?

Reply

> **Mike Hultquist says**
>
> February 08, 2023 at 12:48 pm
>
> Kiki, you can keep them warm that way. They SHOULD stay crispy that way with good circulation.
>
> Reply

---

**Tim says**

December 15, 2022 at 9:25 pm

★★★★★

The breading was so simple and came out perfectly restaurant quality, I'll never bread my chicken any other way.


296

Mike Hultquist says

December 15, 2022 at 9:33 pm

Thanks, Tim. Yes, this works out perfectly every time.

Reply

---

QT Pat-Y says

January 31, 2022 at 10:52 pm

★★★★★

Umm, you know there's no such thing as boneless buffalo wings right? I just wanted to let you know in case you weren't aware. Cuz I think you are really cut. Like I'd still want to eat your boneless wings.

Reply

https://www.allrecipes.com/recipe/151266/boneless-buffalo-wings/     June 21, 2023



Search   Log In   Magazine ▾   Newsletter   Sweepstakes

DINNERS   MEALS   INGREDIENTS   OCCASIONS   CUISINES   KITCHEN TIPS   NEWS   FEATURES   ABOUT US     GET THE MAGAZINE

RECIPES › MEAT AND POULTRY › CHICKEN › CHICKEN TENDERS RECIPES

# Boneless Buffalo Wings

★★★★★ 4.8 (990)   722 REVIEWS   120 PHOTOS

These boneless wings are a great way to have chicken. I had these at a pub and fell in love with the taste. They're a nice change from your regular chicken wings. Serve with blue cheese dressing for dipping.

Recipe by BETTYCOOK   •   Updated on December 5, 2022

Save ♡   Rate ☆   Print 🖶   Share ↗





📷 Add Photo     120

| Prep Time: | Cook Time: | Additional Time: |
|---|---|---|
| 10 mins | 20 mins | 20 mins |
| **Total Time:** | **Servings:** | |
| 50 mins | 3 | |

Jump to Nutrition Facts

## Ingredients

- oil for deep frying
- 1 cup unbleached all-purpose flour
- 2 teaspoons salt
- ½ teaspoon ground black pepper
- ½ teaspoon cayenne pepper
- ½ teaspoon paprika
- ¼ teaspoon garlic powder
- 1 egg
- 1 cup milk
- 3 skinless, boneless chicken breasts, cut into 1/2-inch strips
- ¼ cup hot pepper sauce
- 1 tablespoon butter

## Directions



📍 Local Offers

Atlanta, GA 30319 Change

‹ WHOLE FOODS MARKET ›

**MAY WE SUGGEST**

Responsibly Farmed Easy-Peel Black Tiger Shrimp, 8/12 ct

On Sale: 15% off thru 6/27

LEARN MORE

ADVERTISEMENT



Summer Fruit Salad with a Lemon, Honey, and Mint Dressing

Experience the taste of summer with a simply elegant fresh fruit salad paired with a sweet and tangy lemon-mint dressing.

MEAL   RECIPE   SHOPPING LIST

Kroger     Add To Cart Total: $0.00

Advertisement

Advertisement



Grilled Corn Off the Cob Salad

"Every summer we have a 4th of July party. There are several dishes that our guests look forward to eating. This is one that makes everyone say 'Aaaaah, the corn salad...'"

MEAL   RECIPE   SHOPPING LIST

PICK A PROTEIN TO GRILL
Kroger® Frozen Grilled Chicken Breast Strips
$7.99

SELECT A SIDE OF BREAD
Kroger® Garlic Bread
$2.29

CHOOSE A BEVERAGE
Kroger® Original Sparkling Seltzer Water
$0.99

KROGER
227 SANDY SPRINGS PL NE
SANDY SPRINGS, GA
Change store

Add To Cart Total: $44.96

Advertisement

## Directions

**Step 1**
Heat oil in a deep-fryer or large saucepan to 375 degrees F (190 degrees C).

**Step 2**
Combine flour, salt, black pepper, cayenne pepper, paprika, and garlic powder in a large bowl. Whisk together egg and milk in a small bowl.

**Step 3**
Dip each piece of chicken in egg mixture, then roll in flour mixture. Repeat so that each piece of chicken is double-coated. Refrigerate breaded chicken for 20 minutes.

**Step 4**
Fry chicken in hot oil in batches. Cook until golden brown and juices run clear, 5 to 6 minutes. An instant-read thermometer inserted into the center should read at least 165 degrees F (74 degrees C).

**Step 5**
Combine hot sauce and butter in a microwave-safe bowl. Heat sauce in the microwave until melted, 20 to 30 seconds. Pour sauce over fried chicken; mix to coat.



Photo by Emmielum.



## Nutrition Facts *(per serving)*

| 710 | 47g | 44g | 28g |
|-----|-----|-----|-----|
| Calories | Fat | Carbs | Protein |

Show Full Nutrition Label

## Reviews (722)

Check out our Community Guidelines about reviews.







Wall Street capabilities.
Main Street sensibilities.

Learn More

REGIONS
Equal Housing Lender | Member FDIC

Most helpful positive review

 **Meredith**

★★★★★ 08/09/2009

We just barely had enough flour mixture to cover 2 very large breasts cut up. I baked them instead of frying, but changed none of the flavor components. (I might have used a bit more butter, I melted more than 1Tbs.) I suggest to put a bit of the sauce mixture in a large bowl with 6-10 pieces an...  Read More

Most helpful critical review

 **Tori Guy**

★☆☆☆☆ 03/24/2013

Burned on the outside, raw on the inside.

Sort By: Newest ▼

 **Allrecipes Member**

★★★★★ 04/20/2023

Excellent recipe. Much better than any of the famous restaurants

 **Desirae Frierson**

★★★★★ 04/03/2023

I used bbq sauce but the crunch is out of this world. May never buy another nugget anywhere. My husband starting eating after the first batch and we loved it.



 **Allrecipes Member**

★★★★★ 03/08/2023

The one complaint from my picky eating children is that I never make enough of this. They ditch the buffalo sauce and toss with orange chicken sauce instead and eat it over rice. Better than take out.

 **Alice**

★★★★★ 02/13/2023

This came out excellent! I made more than the recipe called for but didn't prep enough flour so had to make more. I also used a combination of oils including coconut, olive oil and vegetable. Delicious recipe. Chicken was nice and crispy.

 **Allrecipes Member**

★★★★★ 02/13/2023

Totally awesome recipe. Only thing I did different was I marinated the chicken in buttermilk and the egg for 24 hrs. My total go to now.

 **Allrecipes Member**

★★★★★ 02/08/2023

Good recipe just follow directions. People who said the inside was raw your oil was to hot smarty.

 **Allrecipes Member**

★★★★★ 08/19/2022

I made this using Frank's Buffalo Red Hot Sauce and butter. I also used a Fry Daddy for frying. The Fry Daddy only took 3 minutes, 15 seconds versus the recommended fry time in the recipe. Husband kept saying how much he loved it and that they were restaurant quality. I thought they were great! Much better than I expected.

**Allison Johnson**

★★★★☆ 08/09/2022

I followed the recipe exactly except that I baked the chicken for 25 minutes at 400 degrees instead of deep frying.

I agree with a previous review that 1/4 cup of milk is more than enough, rather than a full cup. I also think next time I will double bread since baking them instead of frying made them less crispy than they otherwise would have come out.... Read More

 **Mom24boys**

★★★☆☆ 07/13/2022

 Only 3 stars because I used this for method and quantity guidelines so I am not sure how the original recipe would have turned out.
We made this a gluten-free version using Pamela's Baking and Pancake mix instead of wheat flour. For 4 chicken breasts we doubled most of the dredge ingredients. However, we omitted the cayenne, Read More

LOAD MORE REVIEWS

## You'll Also Love



**BUFFALO**
**Baked Buffalo Wings**
★★★★½ 1,494 Ratings

**BUFFALO**
**Restaurant-Style Buffalo Chicken Wings**
★★★★★ 3,501 Ratings

**SPICY**
**Buffalo Chicken Wings**
★★★★½ 228 Ratings

**BUFFALO**
**Grilled Buffalo Wings**
★★★★½ 277 Ratings

**SPICY**
**Awesome Slow Cooker Buffalo Wings**
★★★★½ 186 Ratings

**BUFFALO**
**Fried Chicken Wings**
★★★★½ 65 Ratings

**THIGHS**
**Baked Boneless Chicken Thighs**
★★★★★ 5 Ratings

**ALL ABOUT INGREDIENTS**
**Why Are Buffalo Wings Called Buffalo Anyway?**





**CHICKEN**
**Japanese Chicken Wings**
★★★★½ 1,476 Ratings

**FRIED CHICKEN RECIPES**
**Air Fryer Chicken Wings**
★★★★★ 19 Ratings

**WINGS**
**Gochujang Chicken Wings**

**CHICKEN TENDERS RECIPES**
**Baked Buttermilk Chicken Tenders**
★★★★½ 4 Ratings








SPICY

**Jeri's Spicy Buffalo Wings**

★★★★★ 27 Ratings

WINGS

**Grill Master Chicken Wings**

★★★★★ 656 Ratings

WINGS

**Simple Marinated Chicken Wings**

★★★★☆ 22 Ratings

CHICKEN TENDERS RECIPES

**Easy Baked Chicken Tenders**

★★★★☆ 44 Ratings

**Japanese Chicken Wings**

★★★★☆ 1,476 Ratings

**Air Fryer Chicken Wings**

★★★★★ 19 Ratings

**Gochujang Chicken Wings**

**Baked Buttermilk Chicken Tenders**

★★★★☆ 4 Ratings

SPICY

**Jeri's Spicy Buffalo Wings**

★★★★★ 27 Ratings

WINGS

**Grill Master Chicken Wings**

★★★★★ 656 Ratings

WINGS

**Simple Marinated Chicken Wings**

★★★★☆ 22 Ratings

CHICKEN TENDERS RECIPES

**Easy Baked Chicken Tenders**

★★★★☆ 44 Ratings

Advertisement

*Meal Prep In Just 1 Hour!* **LEARN HOW** ⟩

   



RECIPES BY TYPE ⌄   RECIPES BY COURSE ⌄   EBOOKS   RESOURCES ⌄   PREMIUM LOGIN ⌄

Search Recipes... 🔍    **MEAL PREP RESOURCES**    **RECIPE INDEX**

 The Crispiest Air Fryer Chicken Wings    Air Fryer Chicken Thighs (Bone-in or Boneless)    Easy Crockpot Buffalo Chicken Dip    Loaded Buffalo Chicken Fries (+Video!)    Meal Prep Buffalo Chicken Burrito Bowls    Meal Prep Buffalo Chicken Wraps   

Home » Recipes » Poultry » Chicken Breasts » Buffalo-BBQ Boneless Wings {Super Easy}

# Buffalo-BBQ Boneless Wings {Super Easy}

⭐⭐⭐⭐⭐ By [Taylor Stinson](#) | [3 Comments](#) | Posted: 01/24/23 | Updated: 03/16/23

📌 **PIN**     ⌄ **JUMP TO RECIPE**

*These Buffalo-BBQ Boneless Wings are the perfect restaurant copycat. Make them in the Air Fryer or on the stovetop in less than 30 minutes!*





## Hi, I'm Taylor!

Welcome to The Girl on Bloor, a food blog where I share healthy meal prep recipes for busy people. Looking to switch up your weekly meal prep routine? I've got you covered with healthy recipes and meal planning resources. Join 1.5 million other monthly readers and dive in!

**MORE ABOUT ME**



## Meal Prep in Just 1 Hour With My Free Challenge!

Take back your weekends and put dinner on the table in 20 minutes or less

First Name

Email Address

**SEND ME THE CHALLENGE**

BUILT WITH ● ConvertKit



SPONSORED BY COMCAST

**Hello, Future.**

Introducing the next-generation 10G Network, only from Xfinity. The future starts now.

**LEARN MORE**

Search Recipes... 🔍

## FEATURED RECIPES





## Meal Prep in Just 1 Hour With My Free Challenge!

**Take back your weekends** and put dinner on the table in 20 minutes or less!

First Name   Email Address

**SEND ME THE CHALLENGE**

**MY LATEST VIDEOS**



This Healthier Instant Pot Homemade Hamburger Helper is a delicious one-pot spin off ...

Loading ad

## Ingredients and substitutions

- **Chicken breasts** – you can try using boneless skinless chicken thighs but the wings won't be as healthy.
- **Paprika** – cayenne would also add a bit of kick to these wings.
- **Onion powder** – swap out for a bit of garlic powder instead.
- **Salt & pepper** – to taste.
- **Buttermilk** – make your own buttermilk by combining 2 tbsp. vinegar or lemon juice with 2 cups of milk. Let it sit for 10 minutes and you're good to go!
- **Crushed cornflakes** – panko breadcrumbs would be a good substitute here. You could also use crushed potato chips, just make sure to leave out the rest of the salt.

**Wing sauce**



PURDUE GLOBAL
COME BACK STRONGER.
GET AHEAD IN YOUR NURSING CAREER

- **Buffalo sauce** – use a combination of butter, hot sauce and garlic powder instead.
- **BBQ sauce** – use your favourite store-bought brand.
- **Butter** – swap out for a dairy-free butter substitute to help cut the sauce.





BEST BUY
A connected ecosystem that gives you choice.
Shop Now

**Skip the Ads and Get Right to the Recipes!**



Perfect Hibachi Chicken (Benihana Copycat)

The BEST EVER Stuffed Portobello Mushrooms

The Best Starbucks Egg Bites Recipe (Copycat)

Pulled Chicken Burrito Recipe

5 Mix & Match Mason Jar Salad Recipes (Healthy Lunches)

Best Chicken Marinades – 20+ Ways!





START YOUR COMEBACK IN NURSING



- ZERO ADS on over 600 recipes!
- Weekly Meal Plans, Grocery & Prep Lists
- Bonus eBooks

**LEARN MORE**

### How to make boneless wings

**Step 1: Season the chicken.**

In a large bowl, toss chicken with paprika, onion powder, salt & pepper.

**Step 2: Make the cornflakes mixture.**

Add buttermilk to a large bowl, and crushed cornflakes in another large bowl.

**Step 3: Bread the chicken.**

Toss chicken in buttermilk, then toss in cornflakes.



**Step 4: Cook the chicken.**

Heat 1/4 cup canola oil to a large skillet over med-high heat. Add chicken pieces to skillet in a single layer, frying for 4 minutes per side until chicken is cooked through and coating is browned. Transfer to a paper towel lined plate for oil to drain.



**Step 5: Mix together the wing sauce.**

Meanwhile, mix wing sauce ingredients together in a large bowl.

**Step 6: Toss wings in the sauce and serve!**

When chicken is done, toss in sauce, then serve with carrots and celery and your fave dipping

sauces. Enjoy!



### MAKING BONELESS WINGS IN THE OVEN

Instead of making this boneless wings recipe in a pan on the stovetop or in the Air Fryer, you can bake the wings in the oven! The oven is definitely the best option if you're whipping up a big batch of boneless buffalo wings. Not only do all the pieces cook at the same time, but you can easily double the recipe and just use two pans.

Here's how to make the wings in the oven:

1. Preheat the oven to 400° Fahrenheit.
2. Line a baking sheet with parchment or foil. Make sure to spray the foil with cooking spray so the chicken pieces don't stick.
3. Transfer the breaded chicken to the pan and spread the pieces out so none are stacked on top of each other.
4. Bake for about 6 minutes on each side.
5. Toss in the wing sauce and serve!







## Frequently Asked Questions

**What are boneless wings?**

Boneless wings are little pieces of boneless skinless chicken breast that are soaked in buttermilk, breaded, fried and tossed in sauce. They're so good and way less messy than regular wings, since you don't have to eat around the bone!

**Is a boneless wing just a chicken nugget?**

Boneless wings are really similar to breaded chicken nuggets. Since it would be very difficult to debone a wing given how tiny they are, boneless breast meat is cut into bite-sized pieces instead. Then, the meat is seasoned, breaded and cooked to resemble traditional wings.

**How many carbs are in this recipe?**

This boneless wings recipe has 80 grams of carbs per serving.



medley





## Storing and reheating

Keep any leftover boneless buffalo wings in a sealed container in the refrigerator for 3 to 4 days. It's best to store any extra sauce separately so the wings don't get soggy.

To reheat, pop the boneless wings in the Air Fryer until warmed through. It can help to start them at a lower temperature, then increase it after a few minutes to get the skin nice and crispy again. You could also try reheating your wings in the oven at 400° Fahrenheit for 5-10 minutes.



**Ancosti Elegant Dress**

Ancosti offers a refined take on classic styles with delicate details and unique cuts.





## Freezing this recipe

For a quick and easy appetizer, freeze the boneless buffalo wings right after cooking them. Allow them to cool, then spread them in a single layer on a baking sheet lined with foil or parchment. Place the baking sheet in the freezer for about an hour, then transfer the chicken wings to a storage bag. Use within 3 months for best results and defrost in the refrigerator before reheating.







### Wanna Learn How To Meal Prep?

My meal planning service, Dinner Prep Pro, removes the guesswork and helps you get dinner on the table in 15-20 minutes each night. My meal prep checklists only take 1 hour each week!

Learn more

### More buffalo chicken recipes

 **Loaded Buffalo Chicken Fries {+Video!}**

 **Meal Prep Buffalo Chicken Wraps**

 **Easy Crockpot Buffalo Chicken Dip**

*See more related recipes* ❯

 
FREE home internet is calling. free internet service internet essentials

---

## MEAL PREP TOOLS

 THE BEST CONTAINERS FOR MEAL PREP

- Grab some **glass meal prep bowls** if you plan on turning these wings into leftovers.
- I get all my free-range chicken from **Butcher Box,** conveniently delivered to me frozen.
- Get a **meat thermometer** to make sure your chicken is cooked through.
- Use these **Ziploc bag holders** if you're marinating the chicken then freezing it.
- Freeze this recipe in **glass microwave-safe bowls** up to 3 months.
- **Get my full list of tools here**

 
Presentamos la próxima generación xfinity 10G



# Buffalo-BBQ Boneless Wings {Super Easy}

*These Buffalo-BBQ Boneless Wings are the perfect restaurant copycat. Make them in the Air Fryer or on the stovetop in less than 30 minutes!*

★★★★★
5 from 8 votes

🖨 PRINT  📌 PIN  ☆ RATE

CLICK HERE TO REMOVE ADS

**Servings:** 6 servings   **Calories:** 536kcal   **Author:** Taylor Stinson

**Prep Time:** 15 minutes    **Cook Time:** 15 minutes    **Total Time:** 30 minutes

⬤ **Cook Mode**   Prevent your screen from going dark

## Ingredients

[ 1x ] [ 2x ] [ 3x ]

- [ ] 1 lb chicken breasts diced into 1 inch pieces
- [ ] 1 tsp paprika
- [ ] 1 tsp onion powder
- [ ] 3/4 tsp salt
- [ ] 1 pinch pepper
- [ ] 2 cups buttermilk
- [ ] 2 cups crushed cornflakes

**Wing sauce**
- [ ] 1 cup buffalo sauce
- [ ] 1/2 cup BBQ sauce
- [ ] 2 tbsp butter

**To serve**
- [ ] Celery
- [ ] Carrots
- [ ] Ranch and/or blue cheese dip

Ad — Makes Anything More Southern. Do a two-step with your tastebuds. ADD TO CART

## Instructions

**For Stovetop**

1. In a large bowl, toss chicken with paprika, onion powder, salt & pepper.
2. Add buttermilk to a large bowl, and crushed cornflakes in another large bowl. Toss chicken in buttermilk, then toss in cornflakes.
3. Heat 1/4 cup canola oil to a large skillet over med-high heat. Add chicken pieces to skillet in a single layer, frying for 4 minutes per side until chicken is cooked through and coating is browned. Transfer to a paper towel lined plate for oil to drain.
4. Meanwhile, mix Wing sauce ingredients together in a large bowl. When chicken is done, toss in sauce, then serve with carrots and celery and your fave dipping sauces. Enjoy!

**For Air Fryer**

1. Preheat Airfryer for 8 minutes on 400 F. In a large bowl, toss chicken with paprika, onion powder, salt & pepper.
2. Add buttermilk to a large bowl, and crushed cornflakes in another large bowl. Toss chicken in buttermilk, then toss in cornflakes.
3. Add chicken to Air Fryer once it's done preheating, placing nuggets in a single layer and spraying with cooking spray. Cook for 4 min, then flip and cook another 4 min. You may need to do the chicken in two batches.
4. Meanwhile, mix wing sauce ingredients together in a large bowl. When chicken is done, toss in sauce, then serve with carrots and celery and your fave dipping sauces. Enjoy!


SPONSORED CONTENT
Care for the Real You - Planned Parenthood Is Here to See You
By Planned Parenthood Federation of America Inc.

## Video


Watch on ▶ YouTube

## Notes

Make these wings in a pan on the stovetop, in the oven or in the Air Fryer.

If you don't have any cornflakes, toss the wings in panko breadcrumbs instead.

Store any leftovers in the fridge for 3-4 days. Reheat in the Air Fryer or in the oven.

Freeze the cooked wings for up to 3 months. Defrost in the fridge overnight then reheat.

## Nutrition

Calories: 536kcal (27%)   Carbohydrates: 80g (27%)
Protein: 25g (50%)   Fat: 14g (22%)
Saturated Fat: 5g (31%)   Cholesterol: 67mg (22%)

Calcium: 109mg (11%)   Sodium: 354mg (15%)   Potassium: 834mg (24%)
Fiber: 3g (13%)         Sugar: 19g (21%)
Vitamin A: 1924IU (38%) Vitamin C: 18mg (22%)
Calcium: 109mg (11%)    Iron: 23mg (128%)



### Tried this Recipe? Tag me Today!

Mention @TheGirlonBloor or tag #TheGirlonBloor!

HATE ADS? CLICK HERE TO REMOVE THEM!

same SWIG, new SWAG.

### Join The Girl On Bloor Premium!

- ZERO ADS!
- Weekly Meal Prep Checklists
- Bonus eBooks

LEARN MORE

Click Here for More Information
Ad By Sponsor        See More

30 MINUTE MEALS   AIR FRYER   APPETIZER   CHICKEN BREASTS   FREEZER-FRIENDLY   GAME DAY   HIGH PROTEIN   KID-FRIENDLY
MAIN DISHES   MAKE-AHEAD   POULTRY   RECIPES   RESTAURANT COPYCATS   ST PATRICK'S DAY   SUMMER RECIPES

« PREVIOUS
10 Tips to Save Money on Groceries in 2023

NEXT »
Healthy Homemade Beef Jerky Recipe

### CREATED BY TAYLOR STINSON

Hey there, my name's Taylor! I'm the founder of The Girl on Bloor, a food blog where I share healthy meal prep recipes for busy people. I'm a busy city girl living in downtown Toronto on (you guessed it!) Bloor Street. I've got 10 years experience meal prepping, along with a Master's degree in journalism, and you can find my work across the internet featured on publications such as Buzzfeed, HuffPost, Women's Health, Reader's Digest and more. I also run the awesome 5-Day Meal Prep Challenge, which is a free email course and Facebook group where I share my meal planning strategies and easy meal prep tips and recipes. Be sure to check out my free beginner's guide to meal prep and follow me on Facebook, YouTube and Instagram to get my latest recipes and meal prep tips!

### Share With Me!

Did you make this recipe or want to share your thoughts? Make sure to leave your review below and tag me on Instagram #thegirlonbloor so I can check it out!





## Leave A Reply!

**Share your thoughts!**

Your email address will not be published. Required fields are marked with *

Recipe Rating

☆ ☆ ☆ ☆ ☆

Comment *

Name *

Email *

## Leave A Reply!

**Share your thoughts!**

Your email address will not be published. Required fields are marked with *

Recipe Rating

☆ ☆ ☆ ☆ ☆

Comment *

Name *

Email *

**ADAM SAYS**                                                                                    JANUARY 22, 2022

★★★★★

Used the air fryer method and turned out great. Used lays potato chips because there were no corn flakes and they worked very well. Chicken is more tender than any restaurant I've had for these.

Reply

> **TAYLOR STINSON SAYS**                                                                 JANUARY 24, 2022
>
> Ooooh potato chips would be a great sub! Thanks for your review!
>
> Reply

By Protein          By Course          By Meal          By Season           



| Beef | Breakfast | Soups | Fall Recipes |
|------|-----------|-------|--------------|
| Poultry | Lunch | Salads | Winter Recipes |
| Seafood | Dinner | Wraps & Sandwiches | Summer Recipes |
| Vegetarian | Snacks | Stir Fries | Spring Recipes |

©2023, The Girl on Bloor.   About   Contact   Privacy Policy   Accessibility   Back To Top

Design by Pixel me Designs