# EXHIBIT D
# (Part 2)

 Instant Pot Chicken Wings
 Buffalo Chicken Sliders
 Chicken Lettuce Wraps
 Chicken Pesto Wraps
 Chipotle Chicken Bowl
 Chipotle Chicken Burgers
 White Chicken Enchiladas
 Barbeque Chicken Nachos
 Sweet Chipotle Chicken Bites

Dinners, Dishes *Desserts*

DESSERT RECIPES    SHOP

Home » Appetizer Recipes » Boneless Chicken Wings

# Boneless Chicken Wings

Published: September 28, 2022

This post may contain affiliate links. Please see my *disclosure policy*

⌄ JUMP TO RECIPE

*Boneless Chicken Wings – tender pieces of chicken that are lightly breaded and then fried to crispy golden perfection. Tossed with buffalo sauce for the perfect appetizer, game day snack, or dinner idea!*

I will admit, I am one of those people that prefer boneless wings over the traditional Chicken Wings. I just find them so much easier to eat, and I am just one who doesn't love chewing meat from the bone. So I will pick them at a restaurant every time, and I am super excited to make them at home as well!

They are great for parties, if you are hosting any type of game day get together, or you just want something different for dinner. They are easier to make then you think, and so much better than any take out you are going to get.



## Welcome!

 Hi, I'm Erin; a wife and a mother to one boy. I love to cook, travel and share it all here! I hope you will find plenty to enjoy! Read More...

 xfinity 10G

## Search

Enter search keywords

  

Making boneless chicken wings at home is probably a lot faster than you think. Plus you can make them ahead or just make a bunch and have them in the freezer for any night of the week. And what sauce you use it entirely up to you!



**FREE Recipes from Dinners Dishes and Desserts!**

Get a WEEKLY MEAL PLAN and NEW recipes from Dinners, Dishes, and Desserts straight to your inbox for free.

Your Email...    SUBSCRIBE

☐ I consent to receiving emails and personalized ads.

I obviously tossed mine in buffalo sauce for the traditional boneless buffalo wings, but you could do a barbecue sauce or a [Honey Teriyaki Sauce](#) or just about anything else that you like. Go spicy, go mild, it really is up to you!



## What You'll Need

- Chicken Breast – cut into bite sized pieces
- All-Purpose Flour
- Garlic Powder

- Paprika
- Salt & Pepper
- Egg
- Milk
- Oil For Frying
- Buffalo Sauce



## How To Make Boneless Chicken Wings

1. I like to use chicken breasts and cut them into bite sized pieces that are all similar in size. You want the to cook in the same amount of time, so as even as you can get is best.







2. Mix together the flour, garlic powder, paprika, salt and pepper in a shallow bowl.

3. In a separate bowl whisk together the egg and milk until well combined.

4. Dip the chicken into the egg mixture until it is evenly coated, then place in the flour. Lightly coat the chicken in flour, and then place back in the egg. Once the chicken is coated in the egg mixture add it to the flour and toss to coat.

5. Remove the chicken from the flour and place on a baking sheet to set for 20 minutes before frying. Repeat with the rest of the chicken pieces.



6. Preheat oil in a large pot or heavy skillet to 375° F.

7. Once the oil is hot, carefully place pieces of chicken in the oil and cook for 4-5 minutes, flipping half way through, until the chicken is golden and the internal temperature is 165° F. Work in batches so you don't over crowd the pan and bring down the temperature of the oil.

8. Remove the chicken from the oil and place on a lined baking sheet or a wire rack.

9. Toss the chicken with buffalo sauce and serve immediately.







## Can I Use The Air Fryer

Absolutely! If you don't want to deep fry the chicken wings, you can definitely break out the air fryer. Follow the recipe as written, but instead of placing hot oil, spray or brush the chicken with oil and cook at 400º F for 6-7 minutes, flipping half way. Just make sure the chicken is 165º F on the inside, so it is safe to eat.

I use the Thermapen Mk4 to check the temperature of the meat throughout the cooking process. It is the most accurate thermometer I have found and have been using it for years!

## What Cut Of Chicken For Boneless Wings

When you get them in a restaurant, they are almost exclusively chicken breasts, and that is what I used here. I think they are just meatier and better for wings. But if you only have chicken thighs, or much prefer them, the recipe definitely works with thighs. The cooking times and everything should be the same.





## Can You Make Boneless Chicken Wings Ahead Of Time

Yes!! Just like the chicken tenders, or other frozen chicken products you buy in the grocery store, they are cooked already, you are just reheating them. So you can make your own, and skip the freezer aisle next time!



I do like to wait to toss them in sauce until they are reheated, I just think they stay crispier that way. Cook your wings according to the recipe, let them cool, and store in a freezer safe bag for 4-5 months. When you are ready just heat them in the oven at 425° F for about 15 minutes. You can also use the air fryer to reheat as well. Remove and toss with sauce to serve.



## Recipe Tips

- If you need to make these gluten free, you can absolutely switch out the flour to a gluten free alternative. Just be careful what sauce you toss them in. But they are very versatile and can easily be made gluten free.
- Get creative with the sauce. Buffalo sauce is our favorite, but you can definitely use your favorite barbecue sauce, make your own hot sauce, or whatever you enjoy.
- Ranch or Blue Cheese is great for dipping. Either work great, just use your favorite.
- You can even make these in the oven if you want. Just spray or brush with oil and bake at 425° F for about 15 minutes, or until they are crispy and cooked through.





## More Fun [Appetizer Recipes](#)

- [Ham & Cheese Roll Ups](#)
- [Chili Cheese Dip](#)
- [Mini Tostadas](#)
- [Buffalo Chicken Sliders](#)
- [Vietnamese Egg Rolls](#)
- [Cheesy Corn Dip](#)
- [Bacon Cheeseburger Dip](#)
- [Sausage Wonton Cups](#)

Ad Choices



## Recommended



**Air Fryer Chicken Wings**



**Smoked Chicken Wings**



**Avocado Chicken Bites**

YIELD: 4

# Boneless Chicken Wings

*Boneless Chicken Wings - tender pieces of chicken that are lightly breaded and then fried to crispy golden perfection. Tossed with buffalo sauce for the perfect appetizer, game day snack, or dinner idea!*



| PREP TIME | COOK TIME | TOTAL TIME |
|---|---|---|
| 10 minutes | 10 minutes | 20 minutes |

★★★★★
5.0 Stars (3 Reviews)

**PRINT**

♡ **SAVE**



## Ingredients

- 1 pound chicken breasts, cut into bite sized pieces
- 1 cup all-purpose flour
- 2 teaspoons salt
- 1/2 teaspoon garlic powder
- 1/2 teaspoon paprika
- 1/2 teaspoon black pepper
- 1 whole large egg
- 1 cup milk
- Vegetable Oil for frying
- 1 cup buffalo sauce

## Instructions

1. Mix together the flour, garlic powder, paprika, salt and pepper in a shallow bowl.
2. In a separate bowl whisk together the egg and milk until well combined.
3. Dip the chicken into the egg mixture until it is evenly coated, then place in the flour. Lightly coat the chicken in flour, and then place back in the egg. Once the chicken is coated in the egg mixture add it to the flour and toss to coat.
4. Remove the chicken from the flour and place on a baking sheet to set for 20 minutes before frying. Repeat with the rest of the chicken pieces.
5. Preheat 2-3 inches of oil in a large pot or heavy skillet to 375° F.
6. Once the oil is hot, carefully place pieces of chicken in the oil and cook for 4-5 minutes, flipping half way through, until the chicken is golden and the internal temperature is 165° F. Work in batches so you don't over crowd the pan and bring down the temperature of the oil.
7. Remove the chicken from the oil and place on a lined baking sheet or a wire rack.
8. Toss the chicken with buffalo sauce and serve immediately.



AdChoices

## Nutrition Information

**Yield** 4

**Serving Size** 1

Amount Per Serving

**Calories** 599
**Total Fat** 34g
  Saturated Fat 4g
  Trans Fat 1g
  Unsaturated Fat 28g
**Cholesterol** 148mg
**Sodium** 2695mg
**Carbohydrates** 28g
  Fiber 1g
  Sugar 4g
**Protein** 42g

*Nutrition Disclaimer: All information presented on this site is intended for informational purposes only. I am not a certified nutritionist and any nutritional information shared on dinnersdishesanddesserts.com should only be used as a general guideline.*



### Did you make this recipe?

Please leave a comment on the blog or share a picture on social media!

© Erin S          CUISINE: American  /  CATEGORY: Appetizer Recipes

**I created a fun group on Facebook, and I would love for you to join us!** It's a place where you can share YOUR favorite recipes, ask questions, and see what's new at Dinners, Dishes and Desserts (so that you never miss a new recipe)!

Be sure to follow me on Instagram and tag #dinnersdishes so I can see all the wonderful DINNERS, DISHES, AND DESSERTS recipes YOU make!

Be sure to follow me on my social media, so you never miss a post!

Facebook | Twitter | Pinterest | Instagram

**Did you know there is a Dinners, Dishes, and Desserts SHOP?** Lots of different E-Books for sale. Or you can **buy me a coffee** to say thanks!

| Author | Recent Posts |
| --- | --- |



**Erin S**

Welcome to Dinners, Dishes, & Desserts where my love of food meets my busy life. My name is Erin and I'm a casual home cook who loves to feed people. On this blog, you'll find hundreds of quick and easy recipes made mostly from scratch. My days are spent in the kitchen, creating new recipes to share with family and friends.

Follow me



**OTHER RECIPES YOU MIGHT LIKE:**



Instant Pot Chicken Wings
In "Appetizer Recipes"

Dinner Recipe Ideas
In "Dinner Recipes"

Cheddar Bacon Chicken Tenders
In "Chicken Dinner Recipes"

 Share      Tweet      Pin

← Cookie Dough Frosting

Witches Brew →

---

**7 COMMENTS**

Comment

Write your comment...

Name *

Name

Email *

Email

COMMENT

---

**BE** **Beth**
September 28, 2022 at 04:13 PM

I love boneless wings. They're my favorite way to enjoy my favorite party food. This recipe looks delicious.

↩ Reply

---

**SA** **Sandra**
September 28, 2022 at 08:13 PM

These are so good! Perfect dinner or appetizer!

↩ Reply

---

**CA** **Catalina**
September 29, 2022 at 02:21 AM

I want a huge bowl of these chicken wings for our weekly movie night!

↩ Reply

---

**KD** **katerina @ diethood.com**
September 29, 2022 at 08:36 AM

Boneless wings are the best! I can't wait to try these!

↩ Reply

---

**BE** **Beti | easyweeknightrecipes**
September 29, 2022 at 08:36 AM

The perfect game day food! I love that they are boneless! YUM!

↩ Reply

---

**TO** **Tonja**
December 15, 2022 at 06:20 PM

These sound amazing! I'm sort of new to the air fryer world, just wondering if these can these be air fried? Either way, I'm going to make them. Thanks for the great recipe!

↩ Reply



**Erin S**

December 16, 2022 at 12:15 PM

See the blog post, there is a whole section about making them in the air fryer.

↩ Reply

This site uses Akismet to reduce spam. Learn how your comment data is processed.

AS SEEN ON







Privacy Policy

Dinners, Dishes, and Desserts images and original content are copyright protected. Please do not publish these copyrighted materials without prior permission. Inquiries for commercial use, publication and general distribution can be sent to dinnersdishesanddesserts@gmail.com | Bamboo on Trellis Framework by Mediavine



PROTECTION FOR YOUR FAMILY FROM TICKS



Recipes    Dinners    Desserts    About    Subscribe

Home » Recipes » Appetizers

ANGELA @ BAKEITWITHLOVE.COM — LEAVE A COMMENT

# BONELESS CHICKEN WINGS

**Share This Recipe!**

Share    Pin    Twitter    Yummly    Print

Jump to Recipe

These **boneless chicken wings** are tender and juicy with a crispy outside that makes them a perfect appetizer for any occasion! Chicken breast pieces are double-coated in seasoned flour and fried until golden before being tossed in your favorite kind of sauce! Enjoy them on game day, at a party, or simply just because!

## HOMEMADE BONELESS CHICKEN WINGS RECIPE

Wings are definitely a household favorite when it comes to **appetizers** and snacks. They are crispy, juicy, and tossed in your favorite sauces!

While I do enjoy some classic bone-in wings, I also really love how **easy and convenient** boneless wings are! They are double-coated to get an extra crispy crust and are loaded with flavor!



These boneless chicken wings are perfect for parties, celebrations, and game days!

AdChoices



Hi there, I'm Angela! I am an avid vintage cookbook collector, recipe creator, animal lover, and total foodie. I love sharing recipes that are new, fun, and creative as well as great classic recipes just like my Grandma used to make!

More about me →

## BREAKFASTS

 

Raspberry White Chocolate Muffins | How To Make Crepes

Baked French Toast Muffins | Quiche Florentine

 

Cinnamon Apple Bread | Pancakes Without Eggs

 

Coffee Cake | Egg McMuffin



▼ Jump to:

Homemade Boneless Chicken Wings Recipe

🍗 Boneless Chicken Wings Ingredients

🥄 How To Make Boneless Chicken Wings

💬 Angela's Tips & Recipe Notes

🍞 Storing & Reheating

❓ FAQ

🍗 More Wing Recipes

📋 Recipe

💬 Comments

Check out all of these delicious **sauces for wings** as well as these tasty **Wingstop flavors**!

## 🍗 BONELESS CHICKEN WINGS INGREDIENTS

You just need some chicken, seasonings, and eggs for this easy recipe! Feel free to adjust the heat level by adding more cayenne pepper!



- **Flour** - 1 cup of all-purpose flour.
- **Salt** - 2 teaspoons of salt.
- **Pepper** - ½ teaspoon of ground black pepper.
- **Cayenne Pepper** - ½ teaspoon of cayenne pepper.
- **Paprika** - ½ teaspoon of paprika.
- **Garlic Powder** - ¼ teaspoon of garlic powder.
- **Egg** - 1 large egg.
- **Milk** - 1 cup of milk.
- **Chicken Breasts** - 1 pound of boneless, skinless chicken breasts that have been cut into ½-inch strips. Alternatively, you could use chicken tenderloins!
- **Oil** - Your preferred oil for frying.

*\*Be sure to see the free printable recipe card below for ingredients, exact amounts & instructions with tips!\**

Email Address *

* indicates required

[ ]

SUBSCRIBE

made with mailchimp

## 🥄 HOW TO MAKE BONELESS CHICKEN

### DINNER IDEAS

 

Smoked Duck     Crockpot BBQ Meatballs

 

Kung Pao Shrimp     Grilling Temperatures For Chicken

 

BBQ Shrimp     Grilled Chuck Roast

 

Chicken Teriyaki Skewers     Instant Pot Recipes



DISCLAIMER: As an Amazon Associate, I



## HOW TO MAKE BONELESS CHICKEN WINGS

All you need to do to make these wings is dredge them and **toss them in the fryer!** You'll want your deep fryer or a large saucepan, a couple of mixing bowls, a sharp knife, and a meat thermometer!









The amount of wings really depends on **how big you cut them**! However, you can expect about 3 servings.

1. **Heat**. Pour your oil into a deep fryer or large saucepan and heat it to 375°F (*190°C*).
2. **Make coating.** In a large mixing bowl, whisk together 1 cup of flour, 2 teaspoons of salt, ½ teaspoon each of pepper, cayenne pepper, and paprika, and ¼ teaspoon of garlic powder. In a **separate, small bowl**, whisk together 1 large egg and 1 cup of milk.
3. **Dredge.** Your 1 pound of chicken breasts should be cut into strips. Then, dip each of your chicken strips into the egg mixture and then roll it in the seasoning and flour mixture. **Repeat the process a second time** so that all of the pieces of chicken have two coats. Then, transfer the chicken pieces to the fridge and allow them to chill for 20 minutes.
4. **Fry the chicken.** Once the oil is hot and the chicken is done chilling, fry the pieces in batches so that you **do not overcrowd the pot**. Cook the chicken for 5-6 minutes, or until they are golden in color and the internal temperature reads 165°F (*74°C*).
5. **Toss with sauce.** Place the chicken into a large bowl and toss with your preferred wing sauce, then **serve immediately.**

Serve your wings with your **favorite dipping sauce**! Try out some [homemade ranch](#) or [blue cheese sauce](#)! Enjoy!







## 💬 ANGELA'S TIPS & RECIPE NOTES

- **These boneless chicken wings** taste great with any of your favorite wing sauces! Try them with some chicken wing sauce or mild buffalo sauce!
- **Using breast meat** instead of actual chicken wings is what makes these boneless wings so tender and juicy!
- **If you don't have chicken breasts** on hand, chicken tenderloins would be a fantastic substitution!
- **Make sure to double-coat** your chicken pieces so that they have a thick and crispy outside!
- **You can make these wings in the air fryer** by cooking them in a single layer at 375°F (*190°C*) for about 15 minutes.

## 🗃️ STORING & REHEATING

Keep any leftovers stored in an airtight container in the fridge for **up to 3 days.**

### REHEATING CHICKEN WINGS

Enjoy your leftover wings cold on top of a salad or reheat them in the microwave or oven at 350°F (175°C).



> > > > See all of my recipes HERE < < < <

## ❓ FAQ

### Can I Make Boneless Chicken Wings In Advance?

Yes! You can fry your boneless wings 1 day in advance. Simply place them into an airtight container and store them in the fridge. The next day you can reheat them, add your sauce, and serve!

### Can Boneless Chicken Wings Be Frozen?

Yep! I recommend freezing them before you add your sauce. To prevent sticking, place them onto a baking sheet and pop them in the freezer for **1-2 hours.** Then you can transfer them to a freezer-safe storage bag for up to 3 months. When ready, you can either allow them to thaw in the fridge or reheat them straight from frozen at 350°F (175°C) for about 20 minutes.

### What Sauces Can I Use For Boneless Chicken?




You can use any sauce you like! Some popular options are [mild buffalo sauce](#), [chicken wing sauce](#), [teriyaki sauce](#), and [Hawaiian bbq sauce](#)!






5


5


5

[Advertisement - ezcater - Food for work. Huge variety. 24/7 support. See menus]

## 🥄 MORE WING RECIPES

- [Baked Chicken Wings](#) - These mess-free wings are cooked in the oven!
- [Baked Garlic Parmesan Wings](#) - These wings are coated in both garlic and Parmesan for a classic pairing!
- [General Tso's Chicken Wings](#) - Wings are tossed in a popular sweet and tangy sauce!
- [Hunan Chicken Wings](#) - These tasty wings have a hint of spice!
- [Chipotle Dry Rub Smoked Wings](#) - Wings are prepared in your smoker with a zesty dry rub!
- [Apricot Sriracha Glazed Wings](#) - The sauce on these wings is both sweet and spicy!

[Advertisement - ezcater - Food for work. Huge variety. Online ordering.]





Do you love a recipe you tried? Please leave **a 5-star 🌟rating** in the recipe card below and/or a review in the comments section further down the page.

Stay in touch with me through social media @ Pinterest, Facebook, Instagram, or Twitter! Subscribe to the newsletter today *(no spam, I promise)*! Don't forget to tag me when you try one of my recipes!

## 📋 RECIPE

### Recommended







**Sauces For Chicken Wings**

**Mild Buffalo Sauce**

**BBQ Side Dishes**



## Boneless Chicken Wings

These **boneless chicken wings** are tender and juicy with a crispy outside that makes them a perfect appetizer for any occasion! Chicken breast pieces are double-coated in seasoned flour and fried until golden before being tossed in your favorite kind of sauce! Enjoy them on game day, at a party, or simply just because!

Author | Angela

Servings: 3 servings

Calories: 524kcal

Prep 5 minutes

Cooking 5 minutes

Chill Time 20 minutes

Total Time 30 minutes



🖨 Print Recipe

💬 Leave A Comment

⭐ **Love This Recipe?**
Click On A Star To Rate It!

★★★★★

5 from 2 reviews

📌 PIN RECIPE

f SHARE ON FACEBOOK





## Ingredients

US Customary | Metric

**1x** | 2x | 3x

- [ ] 1 cup all-purpose flour
- [ ] 2 teaspoon salt
- [ ] ½ teaspoon ground black pepper
- [ ] ½ teaspoon cayenne pepper
- [ ] ½ teaspoon paprika
- [ ] ¼ teaspoon garlic powder
- [ ] 1 large egg
- [ ] 1 cup milk
- [ ] 1 lb chicken breasts (boneless, skinless, cut into ½-inch strips)
- [ ] olive oil (for frying)

## Instructions

1. Pour your oil into a deep fryer or large saucepan and heat it to 375°F (190°C).

   olive oil

2. In a large mixing bowl, whisk together the flour, salt, pepper, cayenne pepper, paprika, and garlic powder. In a separate, small bowl, whisk together the egg and milk.

   1 cup all-purpose flour, 2 teaspoon salt,

   ½ teaspoon ground black pepper, ½ teaspoon cayenne pepper,

   ½ teaspoon paprika, ¼ teaspoon garlic powder, 1 large egg, 1 cup milk

3. Dip each of your chicken strips into the egg mixture and then roll it in the seasoning and flour mixture. Repeat the process a second time so that all of the pieces of chicken have two coats. Then, transfer the chicken pieces to the fridge and allow them to chill for 20 minutes.

   1 lb chicken breasts

4. Once the oil is hot and the chicken is done chilling, fry the pieces in batches so that you do not overcrowd the pot. Cook the chicken for 5-6 minutes, or until they are golden in color and the internal temperature reads 165°F (74°C).

5. Place the chicken into a large bowl and toss with your preferred wing sauce, then serve immediately.

ez cater

Food for work.
Huge variety.
Online ordering.
24/7 support.

See menus >

## Equipment You May Need

SAUCEPAN   MEAT THERMOMETER   MIXING BOWL

## Notes

- These boneless chicken wings taste great with any of your favorite **wing sauces**! Try them with some **chicken wing sauce** or **mild buffalo sauce**!
- Using breast meat instead of actual chicken wings is what makes these boneless wings so tender and juicy!
- If you don't have chicken breasts on hand, chicken tenderloins would be a fantastic substitution!
- Make sure to double-coat your chicken pieces so that they have a thick and crispy outside!
- You can make these wings in the air fryer by cooking them in a single layer at 375°F (190°C) for about 15 minutes.
- To store: Keep any leftovers stored in an airtight container in the fridge for up to 3 days.
- To reheat: Enjoy your leftover wings cold on top of a salad or reheat them in the microwave or oven.

## Nutrition

Calories: 524kcal (26%) | Carbohydrates: 36g (12%) | Protein: 41g (82%) | Fat: 23g (35%) | Saturated Fat: 5g (31%) | Polyunsaturated Fat: 3g | Monounsaturated Fat: 13g | Trans Fat: 0.02g | Cholesterol: 169mg (56%) | Sodium: 1782mg (77%) | Potassium: 771mg (22%) | Fiber: 1g (4%) | Sugar:

4g (4%) | Vitamin A: 572IU (11%) | Vitamin C: 2mg (2%) | Calcium: 127mg (13%) | Iron: 3mg (17%)

**Did you try this recipe? Rate it below!**

I can't wait to see your results! Mention @bake_it_with_love or tag #bake_it_with_love!

best chicken wings, boneless chicken wings, boneless chicken wings ingredients, chicken wings, how to make boneless chicken wings

| Course | Cuisine |
|---|---|
| Appetizer, Appetizers, Chicken Dishes, Snack | American |



**Angela @ BakeItWithLove.com**

Angela is an at home chef that developed a passion for all things cooking and baking at a young age in her Grandma's kitchen. After many years in the food service industry, she now enjoys sharing all of her family favorite recipes and creating tasty dinner and amazing dessert recipes here at Bake It With Love!

bakeitwithlove.com/about/

ez cater
**Food for work.**
**Huge variety.**
**Online ordering.**
**24/7 support.**

See menus >

« What To Serve With Waffles

Southern Corn Fritters »

**Share This Recipe!**

Share | Pin | Twitter | Yummly | Print

**THANKS FOR COMING! LET ME KNOW WHAT YOU THINK:**

Your email address will not be published. Required fields are marked *

Recipe Rating

☆☆☆☆☆

Comment *

Name

Email

POST COMMENT

This site uses Akismet to reduce spam. Learn how your comment data is processed.


5

↑ BACK TO TOP

## ABOUT

ABOUT ANGELA

PRIVACY POLICY

WORK WITH ME

CONTACT

FAQ

HOME

ACCESSIBILITY STATEMENT

SUBSCRIBE

## RECIPES

DINNERS

DESSERTS

SIDE DISHES

BREAKFASTS

APPETIZERS

CONDIMENTS

AIR FRYER

SLOW COOKER

INSTANT POT

## READ

COLLECTIONS

BAKING BASICS

CONVERSIONS

FOOD THAT STARTS WITH

SUBSTITUTIONS

FREEZING

REHEATING

FOOD INFO

WEB STORIES

COPYRIGHT © 2023 BAKE IT WITH LOVE










Most Recent    Contact Us

Visit my other site:
**Easy Dessert Recipes**
by Becky Hardin

**Recipe Index**    Course ⌄    Method ⌄    Cut ⌄    Cuisine ⌄    Type ⌄    Flavor ⌄

 HOT NOW    30 Minute    One Pot    Dinners    Soups    Crockpot    Casseroles    Marinades

Search Recipes... 🔍

Home » Chicken Wing Recipes » Boneless Buffalo Wings

# Boneless Buffalo Wings

Becky Hardin  |  Posted: 10/17/2022  |  Updated: 6/06/2023    ★★★★★ 5 from 3 votes

This post may contain affiliate links. Read our disclosure policy.

RECIPE ↓

Boneless Buffalo Wings are fried to crispy perfection and tossed in the most mouthwatering sauce! Tender white meat chicken is coated in a flavorful blend of seasonings that compliments the bold homemade buffalo sauce in the most incredible way.



📌 **PIN THIS RECIPE FOR LATER!**

ADVERTISEMENT

• • •



📔 **Table of Contents**

**welcome!**

Hi, I'm Becky Hardin! If you love chicken, you're in the right place! We are all about Easy Chicken Recipes! Read More...



JOIN THE DINNER CLUB

**Receive new Recipes + Free Recipe eBook**

First Name

Email

Join now

**MOST POPULAR**


Grilled Chicken Breast


Crockpot BBQ Chicken

Creamy Garlic Chicken

Chicken Alfredo (Homemade)


Fried Chicken Sandwich


Chicken Fried Rice


Broccoli and Cheese Stuffed Chicken Breast


Grilled Chicken Sandwiches











### Just give me the recipes!

Get updates on the latest posts and more from Easy Chicken Recipes straight to your inbox.

First Name (o     Your Email...     SUBSCRIBE

☐ I consent to receiving emails and personalized ads.

## What's in this Boneless Buffalo Wings Recipe

Chicken, a medley of seasonings, some flour, and a concoction of bold buffalo sauce ingredients come together to create one seriously unforgettable appetizer!

- **All-Purpose Flour:** This is what helps crisp up the simple seasoned breading on the boneless wings.
- **Seasonings:** Paprika, cayenne pepper, garlic powder, kosher salt and black pepper give incredible flavor to the chicken and sauce.
- **Chicken:** You'll need boneless, skinless chicken breasts that are cut into nuggets for this recipe.
- **Vegetable Oil:** This is used to fry the boneless wings.
- **Butter:** Unsalted butter is what you need to use! There's already enough sodium in the hot sauce.
- **Frank's Red Hot Sauce:** You can swap this with another hot sauce if you'd like! Frank's is just my favorite.
- **Brown Sugar:** All out? Make your own by combining 1 cup of white granulated sugar with 1 TBSP of molasses.
- **Honey:** I always recommend using good quality local organic honey when possible.
- **White Vinegar:** This adds just the right tang to the sauce.

ADVERTISEMENT

**PRO TIP:** Feel free to use any wing sauce you like instead of Buffalo, or use store-bought Buffalo sauce to save time!

## Are these buffalo wings spicy?

The spice level depends on the type of hot sauce you use and how much of it you add to the honey butter mixture. To make the wings spicier, add more hot sauce. To make them sweeter, add more honey. Customize these chicken wings to whatever flavor you enjoy most!

ADVERTISEMENT



Blackened Chicken

Baked Chicken Breast (So Juicy!)



Chicken Burrito Bowl (Copycat Chipotle Chicken)

Air Fryer Chicken Tenders



Crockpot Crack Chicken

Garlic Chicken and Rice (One Pot)









## FAQ

**What's the difference between hot sauce and buffalo sauce?**
Buffalo sauce is basically hot sauce with butter and seasonings added, usually garlic powder, cayenne, or sugar.

**Can I make these in the air fryer?**
Yes! Preheat the air fryer to 400°F and spray the basket with olive oil or nonstick spray. Arrange the wings in a single layer, spray with more oil, and air fry for 16 minutes, flipping halfway through.

**Can I bake these in the oven instead of frying them?**
Absolutely! Spray the wings lightly with nonstick spray or olive oil and bake in a 375°F oven for 30 minutes, flipping halfway.



ADVERTISEMENT









## How to Store and Reheat

Store leftover boneless buffalo wings in an airtight container in the refrigerator for up to 3 days. Reheat in a 350°F oven for 5-7 minutes, or until warmed through.

ADVERTISEMENT



## How to Freeze

I recommend freezing these wings without the sauce. Freeze the wings in a single layer on a lined baking sheet until solid, about 1-2 hours. Transfer to an airtight container or Ziplock bag to store for up to 3 months. Bake directly from frozen or let thaw overnight in the refrigerator before baking.

## Serving Suggestions

There are so many ways to enjoy this game day recipe! Here are just a few ways to get creative with your boneless wings:

ADVERTISEMENT



- Serve with ranch or blue cheese and celery sticks for dipping.
- Add these boneless wings to a fresh salad, sandwich, or wrap!
- Toss them on top of a rice bowl with fresh veggies.





## More Chicken Wing Recipes We Love

- Pickle Brined Chicken Wings (Air Fryer Recipe)
- Baked Korean Chicken Wings
- Air Fryer Nashville Hot Chicken Wings
- Hot Honey Fried Chicken Wings
- Best Buffalo Wings
- Garlic Parmesan Wings

ADVERTISEMENT



## Recommended



**Boneless Buffalo Wings**



**Crockpot Buffalo Chicken Wings**



**Garlic Parmesan Wings**



★★★★★ 5 from 3 votes

## Boneless Buffalo Wings Recipe

Boneless Buffalo Wings are fried to crispy perfection and tossed in the most incredible sauce! Tender white meat chicken is coated in a flavorful breading that compliments the bold homemade buffalo sauce in the most mouthwatering way.

| PREP: | COOK: | TOTAL TIME : |

**CHILL TIME:** 10 minutes **SERVINGS:** 6 people

## INGREDIENTS

🅟 f ✉ 🖶 Print ★ Rate ♥ Save

ADVERTISEMENT

- [ ] 1 cup all-purpose flour
- [ ] 1 tablespoon ground paprika
- [ ] 1 teaspoon ground cayenne pepper
- [ ] 1½ teaspoons garlic powder
- [ ] 1 teaspoon kosher salt
- [ ] ½ teaspoon ground black pepper
- [ ] 1½ pounds boneless, skinless chicken breasts *cut into 2-inch nuggets*
- [ ] Vegetable oil *for frying*

**FOR THE BUFFALO SAUCE**

- [ ] 1 cup unsalted butter *2 sticks*
- [ ] ½ cup Frank's Red Hot hot sauce
- [ ] 2 tablespoons brown sugar
- [ ] 2 tablespoons honey
- [ ] 2 tablespoons white vinegar
- [ ] ½ tablespoon Worcestershire sauce
- [ ] ½ teaspoon ground cayenne pepper
- [ ] ½ teaspoon garlic powder

## EQUIPMENT

1. Baking Sheet
2. Dutch Oven
3. Deep Fry Oil Thermometer

## INSTRUCTIONS

1. In a large Ziplock bag, combine the flour, paprika, cayenne pepper, garlic powder, and salt and pepper to taste. Shake to fully combine.

   1 cup all-purpose flour, 1 tablespoon ground paprika, 1 teaspoon ground cayenne pepper, 1½ teaspoons garlic powder, 1 teaspoon kosher salt, ½ teaspoon ground black pepper

   

2. Add in the chicken pieces, about 10 at a time, sealing and shaking to fully coat the wings in the flour mixture. Remove wings from the mixture and place on a parchment-lined baking sheet.

   1½ pounds boneless, skinless chicken breasts

   



ADVERTISEMENT



3. Repeat with all the chicken until they are all fully coated in the flour mixture. Place wings in the refrigerator for 10-30 minutes; this will help the flour to fully adhere to the wings.



4. While the wings chill in the refrigerator, heat 3 inches of vegetable oil in a large stock pot or Dutch oven to 360°F.

Vegetable oil

ADVERTISEMENT

. . .

5. Fry the wings in batches of 10 for 10-15 minutes, or until the wings are crispy, browned, and fully cooked through. Remove from the oil with a slotted spoon and place on a paper towel lined plate to drain.

6. When you start frying the last batch of wings, start the sauce.

7. Heat the buffalo sauce ingredients in a saucepan set over medium-high heat. Once bubbling, reduce to simmer and continue cooking.

½ cup Frank's Red Hot hot sauce,

2 tablespoons brown sugar, 2 tablespoons honey,

2 tablespoons white vinegar,

½ tablespoon Worcestershire sauce,

½ teaspoon ground cayenne pepper,

½ teaspoon garlic powder, 1 cup unsalted butter

8. Use a whisk to stir the sauce often while cooking, about 10-15 minutes.

ADVERTISEMENT

⚪ Once all the wings are done and drained of oil, add them all to a large bowl and toss in the hot sauce.



**NOTES**

- Serve with ranch or blue cheese and celery sticks for dipping.

- Add these boneless wings to a fresh salad, sandwich, or wrap!

- Toss them on top of a rice bowl with fresh veggies.

- Feel free to use any wing sauce you like instead of Buffalo, or use store-bought Buffalo sauce to save time!

- To make the wings less spicy, omit the cayenne from both the breading and Buffalo sauce.

- Add more or less sugar and honey to adjust the sweetness to your personal preference.

- You can use agave or maple syrup instead of honey.

- Feel free to mix up the seasonings in the breading.

**Storage:** Store boneless Buffalo wings in an airtight container in the refrigerator for up to 3 days or in the freezer for up to 3 months.

**Nutrition Facts**
Boneless Buffalo Wings Recipe

| Amount Per Serving | |
|---|---|
| Calories 604 | Calories from Fat 387 |
| | **% Daily Value\*** |
| Fat 43g | 66% |
| Saturated Fat 22g | 138% |
| Trans Fat 1g | |
| Polyunsaturated Fat 7g | |
| Monounsaturated Fat 11g | |
| Cholesterol 154mg | 51% |
| Sodium 1158mg | 50% |
| Potassium 522mg | 15% |
| Carbohydrates 28g | 9% |
| Fiber 1g | 4% |
| Sugar 10g | 11% |
| Protein 27g | 54% |
| Vitamin A 1764IU | 35% |
| Vitamin C 2mg | 2% |
| Calcium 29mg | 3% |
| Iron 2mg | 11% |

\* Percent Daily Values are based on a 2000 calorie diet.

**Author:** Becky Hardin **Course:** Appetizer, Dinner **Cuisine:** American



Boneless Buffalo Chicken Wings

## Did You Make This?

We love seeing what you've made! Tag us on social media at **@easychickenrecipes** for a chance to be featured.

ADVERTISEMENT

**«**
**Previous Post**
Creamy Chicken Skillet

**»**
**Next Post**
BBQ Chicken Sandwich

### more delish recipes

Crockpot Buffalo Chicken Wings

Buffalo Wings Recipe

Crockpot Bourbon Wings

Hot Honey Wings



### MEET BECKY HARDIN

Hi, I'm Becky! If you love chicken, you're in the right place! We are all about the easy chicken recipes for every occasion.

## leave a review

**We LOVE hearing from you!**
**Submit your question or recipe review here.**

*Your email address will not be published. Required fields are marked* *

**Rate this Recipe!**
☆ ☆ ☆ ☆ ☆

This site uses Akismet to reduce spam. _Learn how your comment data is processed._

| NAME * | John Doe |
| EMAIL * | johndoe@gmail.com |
| COMMENT * | I loved this recipe so much! |

**submit review**



THE CHICKEN LIBRARY

BROWSE THE RECIPE INDEX



⭐ **Most Popular Recipes**

browse our most popular recipes

These Easy Chicken Recipes are some of the most popular on our site! They're tried-and-true and ready to make for dinner tonight.



Grilled Chicken Breast

Creamy Garlic Chicken

Baked Chicken Breast (So Juicy!)

Chicken Florentine Recipe

Crockpot Shredded Chicken

Hawaiian Chicken Skillet

Grilled BBQ Chicken

Crockpot Italian Chicken

Subscribe for daily recipes **Sign up now**

 **SWEET&SAVORY MEALS**
EASY & HOMEMADE RECIPES

RECIPES ⌄    HOLIDAYS ⌄    VIDEO    KITCHEN TIPS    MEMBER LOG IN

Sweet & Savory Meals  >  Recipes  >  Main Dishes  >  Chicken  >  Crispy Boneless Chicken Wings

CHICKEN

# Crispy Boneless Chicken Wings

By **Catalina Castravet**    UPDATED: Jan 26, 2023    PUBLISHED: Oct 20, 2022    ⭐⭐⭐⭐⭐ 5 from 5 reviews

APPETIZERS   CHICKEN

🕐 COOK TIME: 20 MINUTES

Last updated on January 26th, 2023 at 04:48 pm

*Crispy Boneless Chicken Wings are deliciously crispy and golden brown on the outside, with a juicy, tender inside. Serve them with your favorite dipping sauce.*

We love easy and tasty appetizers that can feed a crowd, like our popular **Bacon Wrapped Shrimp** and **Honey Lemon Chicken Wraps**.







## Meet Catalina

Hi, I am Catalina Castravet, a trained professional cook with over 15 years of experience. Welcome to Sweet and Savory Meals! Here you can find easy and delicious, tested recipes to choose from for your daily meals. I strive to provide easy-to-follow steps for each recipe and include video guides whenever possible. I hope you will enjoy them as much as I do!

**Read More**

    

🔍 Search for delicious recipes...

## Comfort Dinner Favorites


Easy Homemade Lasagna Recipe [Video]


Instant Pot Whole Chicken Recipe – Fresh or Frozen [Video]










Instant Pot Orange
Chicken Recipe – 30
Minutes [Video]

Creamy Beef and Shells
[Video]



Best Mac and Cheese
Casserole [VIDEO]

Bacon Cheddar Ranch
Pinwheels [VIDEO]

## SAVE RECIPES
### CREATE AN ACCOUNT & SAVE RECIPES

[Email Address]

**SIGN UP NOW**

## Crispy boneless chicken wings

Crispy Boneless Chicken Wings are one of the most delicious ways to eat chicken. First of all, I absolutely adore chicken wings, I mean, the flavors are almost endless and the same applies to the dipping sauce. I love this dish because you can make it easily at home and serve with an endless array of dipping sauces. Also, I like to serve mine with blue cheese dressing, ranch and some extra hot sauce on the side.

They have a perfectly crispy, golden cover with the juiciest and most tender inside. You will avoid all the mess that comes with bone-in chicken wings. However, you will not give up on amazing taste and flavor. You will still lick your fingers clean because they are so delicious!

When it comes to making extra crispy wings, you will have to work with a hot pot of oil. One thing I don't like is greasy wings and that oil splattering and making a messy kitchen. Hence, I love having the wings laid on a paper towel to absorb all the greasy oil.








**Why you'll love these boneless chicken wings:**

- Firstly, they are very easy and quick to make, and ready in under 30 minutes.

- Can be made for a crowd, as a delicious appetizer or to share for dinner.

- In addition, they are a cheaper and healthier alternative to take out wings.

- Also, a great snack for kids.

- It can be made days in advance and refrigerated.



## Can you make crispy boneless chicken wings ahead of time?

Yes, this dish can be easily made ahead and then stored in the fridge. It is best to do everything but frying the chicken pieces. Simply prepare the dish but do not fry it. Once ready to eat, fry them quickly before serving along with coating them in hot pepper sauce.

## Can you bake the wings instead of frying?

Baking them is a great alternative, and also a healthier one. Just remember, if you want to bake them, they will not be as crispy as frying. However, they will be equally tasty and delicious. To bake, place a foil-lined baking sheet over the pan, and bake them at 400 degrees F for about 25-30 minutes, or until meat is no longer pink in the center.

## What goes with crispy boneless chicken wings?

They are delicious just as is. However, you can mix them with some of the following:

- **Crispy Roasted Potatoes**

- **Taco Fries**

- **Baked Parmesan Zucchini Fries**

## Are boneless chicken wings really wings?

Well, the truth is that, no, they are not "real" wings. They are larger chunks of breast meat, less messy, but just as delicious as real wings.





## Recommended



**Crispy Baked Chicken Thighs [Video]**



**Crispy Air Fryer Pasta Chips**



**Best Air Fryer Jerk Chicken Wings**






### Crispy Boneless Chicken Wings Recipe

Crispy Boneless Chicken Wings are delicious crispy and golden brown on the outside, with a juicy, tender inside.

★★★★★
5 from 5 votes

Save | Share | Print | Pin | Rate

Prep Time: 10 minutes   Cook Time: 20 minutes   Total Time: 50 minutes
Servings: 15 wings   Calories: 629kcal   Author: Catalina Castravet

#### Ingredients

- [ ] 3 boneless (skinless chicken breast, cut into 3 inch pieces)
- [ ] 1 bottle of oil (for deep frying)
- [ ] 1 cup white all-purpose flour
- [ ] 1/2 teaspoon salt
- [ ] 1/4 teaspoon ground black pepper
- [ ] 1/2 teaspoon cayenne pepper
- [ ] 1/2 teaspoon paprika
- [ ] 1/4 teaspoon garlic powder
- [ ] 1/4 teaspoon onion powder
- [ ] 1 egg (beaten)
- [ ] 1 cup whole milk

**Sauce:**
- [ ] 1/4 cup hot pepper sauce
- [ ] 1 tablespoon butter

US Customary | Metric

Cook Mode — Prevent your screen from going dark



## Instructions

- [ ] Slice the chicken into thicker pieces and set aside.
- [ ] You need enough oil for deep frying, in dependence of the saucepan you are using, it should be enough so the chicken pieces don't sink to the bottom of the pot and should be covered in oil.
- [ ] Add the oil to a deep-fryer or large saucepan and heat it up to 375 degrees F / 190 degrees C. Use a kitchen thermometer to measure the temperature.
- [ ] In a small bowl, combine flour, salt, black pepper, cayenne pepper, paprika, garlic powder and set aside.
- [ ] In another small bowl, whisk together egg and milk. Set aside.
- [ ] Cover a baking sheet with parchment paper or foil. Set aside.
- [ ] Dip each piece of chicken in the egg mixture, then roll it in the seasoned flour mixture. Place on the prepared baking sheet.
- [ ] Repeat so each piece of chicken is double coated.
- [ ] Refrigerate breaded chicken for 20-30 minutes.
- [ ] Working in batches, so the saucepan is not over-crowded, fry chicken until golden brown, about 5 to 6 minutes per batch.

### Sauce:

- [ ] In another small bowl, combine hot sauce and butter and microwave on High until melted for about 20-30 seconds.
- [ ] Pour sauce over cooked chicken and mix to coat.
- [ ] Serve with favorite dipping sauce.

## Nutrition

Serving: 0g | Calories: 629kcal | Carbohydrates: 7g | Protein: 100g | Fat: 19g | Saturated Fat: 5g | Cholesterol: 288mg | Sodium: 651mg | Potassium: 1684mg | Fiber: 0g | Sugar: 0g | Vitamin A: 145IU | Vitamin C: 3mg | Calcium: 45mg | Iron: 2.8mg

**Made This Recipe?**

Show me what you made on Instagram or Facebook and tag me at @sweetnsavorymeals or hashtag it at #sweetnsavorymeals.















### SHARE THIS RECIPE

LIKE THIS RECIPE? SHARE IT WITH YOUR FRIENDS AND FAMILY!

| Save | Pin | Share | Email |

## More recipes you might love





**CHICKEN**
INSTANT POT SHREDDED CHICKEN [VIDEO]
TOTAL 35 mins

**MAIN DISHES**
BEST SZECHUAN CHICKEN RECIPE [VIDEO]
TOTAL 30 mins

**CHICKEN**
INSTANT POT GARLIC SESAME CHICKEN [VIDEO]
TOTAL 35 mins

**PASTA**
BEST CHICKEN SPINACH LASAGNA
TOTAL 1 hr 20 mins

### GET FREE RECIPES TO YOUR INBOX!

| Your first name | Your email address |
|---|---|

**Subscribe**

## Comments

Leave a reply

**LOAD PREVIOUS COMMENTS**

**Amy Desrosiers**
April 9, 2020 7:24 pm

These boneless wings look ahhmazing!! I would totally love a batch right now! I am starving!

Reply

**Lisa Joy Thompson**
April 9, 2020 8:06 pm

I love boneless wings. This recipe looks like the perfect blend of crispy outside and tender inside.

Reply

**Mama to 6 Blessings**
April 9, 2020 9:01 pm

These look delicious. I bet my family would enjoy these!

⭐⭐⭐⭐⭐

Reply

**Toni**
April 10, 2020 6:44 am

My husband will surely love this! Such a delicious appetizer!

⭐⭐⭐⭐⭐

Reply

**Eileen M Loya**
April 10, 2020 9:13 am

Found this recipe just in time! I was thinking of a new dish to make with the chicken breast fillets I have in my freezer. This looks so good. The sauce you made for this dish sounds really yummy.

⭐⭐⭐⭐⭐

Reply

**Celebrate Woman Today**
April 10, 2020 9:38 pm

I love that you make this recipe from scratch, Catalina! Amazing results.

Reply

**Melissa Smith**
January 3, 2023 8:24 pm

I made these just cut the recipe in half! They were perfectly crispy and the sauce coated without making them soggy. Thank you!

⭐⭐⭐⭐⭐

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

Recipe Rating ☆☆☆☆☆

Comment *




