# EXHIBIT D
# (Part 3)

https://coupleinthekitchen.com/air-fryer-boneless-wings/     June 21, 2023

## couple IN THE KITCHEN

ABOUT US    RECIPES ⌄    TRAVEL GUIDES ⌄    LIFESTYLE    BLOG



### Air Fryer Boneless Wings

**Sharing is caring!**

 Facebook    Pinterest   Email

⌄ JUMP TO RECIPE

*This recipe was made in sponsorship with Omaha Steaks, thanks for supporting the brands that we love.*

We've perfected a boneless chicken wing air fryer recipe that will soon become one of your favorite air fryer chicken breast recipes.

This recipe can be used for air fryer chicken breast sandwiches as well!

Chicken wings are definitely one of our favorite food groups, so much so Gavin has thrown Chicken Wing food festivals all over Texas. Talk about buffalo wing dedication!

As much as we love chicken wings, we've been trying to reduce the amount of deep fried foods we eat, so we started working on healthy boneless chicken wing recipes.

While some air fryer recipes can be hit-or-miss, we've created the BEST air fryer chicken wings recipe.

Like any recipe, a great dish starts with quality products, and one of our secret obsessions of Omaha Steaks are their high-quality, individually wrapped chicken breasts.





*hi, we're gavin & haren*



*check out all of our tasty recipes*



*ultimate foodie travel guides*



**FOLLOW US**

## Let's Connect!

Sign up to receive posts automatically to your inbox.

Email

☐ Food + Romantic Travel

☐ Date Ideas + Relationships

☐ Delicious Recipes

**Subscribe**

### RECENT POSTS

What Kind of Wine Goes with Pasta and Red Sauce

Bacon Wrapped Sonoran Hot Dog Recipe

25+ Top Date Ideas in Frisco, Texas



321

Great Places to Eat in Frisco, Texas

The Best Irish Lemonade Recipe

## Recommended



### Air Fryer Schnitzel

Read More ➔



### Air Fryer Meatballs

Read More ➔



### Air Fryer Baked Potato

Read More ➔

We use their chicken breasts for everything from meal prep, to salads, to pasta, to our new favorite boneless chicken wing recipe.



Their chicken breasts are selected by their master butchers and are flash frozen.

Each package is 4 oz. each so you can easily make yourself this dish with 1-2 chicken breasts, or 4+ chicken breasts as an appetizer for a party.



## What is an air fryer?

To put it simply, an air fryer is a hot air circulator appliance that is typically much smaller than a convection oven. An air fryer cooks your dish by flowing hot air in all directions around your food.

You can cook almost anything in an air fryer, and you'll use little to no oil. If you typically cook with a good amount of oil or deep fry your food, this is a healthy alternative to get similar results in terms of taste and texture, with less calories.

Outside of making our delicious boneless chicken wings in your air fryer, we highly recommend making air fryer fries. Just slice a potato, lightly spray it with olive oil, and pop it into the air fryer. They take a bit more time than traditional fries, but the results are just as tasty while being low fat. It's also a nice side dish to serve with this air fryer buffalo wing recipe.





321

## Can you cook frozen chicken in an air fryer?

Yes, you can cook your chicken from frozen, but it will take more time because air fryers can take longer than a standard fryer or oven.

If you make frozen chicken in an air fryer, you can expect your boneless chicken wings to take 20-25 minutes, and you should check on it every few minutes starting at 17 minutes.

Ultimately, it will vary depending on the size of your chicken bites.





321

## What are the best chicken wing flavors?

There's nothing better than our buttery buffalo sauce recipe, but outside of that, chicken wings go great with sauces from sweet to spicy.

Our favorite sauces that you can easily purchase at the grocery store are teriyaki, barbeque, and gochujang, which is similar to a spicy Korean BBQ sauce.



321



### Air Fryer Boneless Wing Recipe

Serves 2-4

Ingredients:

- 4 Omaha Steaks Chicken Breasts (16 oz.)
- 2 eggs
- 1 cup flour
- 1 Tsp cayenne
- 1 Tsp chili pepper
- ½ Tsp paprika
- Salt and pepper
- 2 tablespoons butter
- 1/2 cup hot sauce
- Salt and pepper
- 1 tablespoon lemon juice

Make the boneless nuggets by cutting your chicken breasts into bite sized pieces and salt and pepper the pieces.

In a small bowl scramble two eggs for your wet dip. In a separate bowl add flour, cayenne, chili pepper, and a touch of paprika to a bowl and give it a quick whisk so it's properly mixed.

Dip the chicken nuggets in the egg bowl, and then using a seperate hand dip them into seasoned flour. Shake off excess batter, and place them on your air fryer tray.

Right before putting your nuggets into the airfryer, spray them olive oil spray to make your nuggets extra crispy on the outside.

Preheat your air fryer to 375 degrees fahrenheit. We cook our nuggets for 15 minutes, and as long as you don't consistently open your airfryer your batter will come out crispy with a juicy chicken center.

The most important step is taking your piping hot boneless wings from the air fryer to your mouth, so the final sauce preparation is key. While the boneless wings are in the airfryer you can prepare your buffalo sauce in a small saucepan.

Immediately toss your boneless wings in the sauce, because the longer you wait the less crispy your chicken batter will be. We see the best results by lightly tossing our chicken in the sauce with a spoon so we don't break up the batter.

Eat them fresh and hot with your favorite ranch or blue cheese dipping sauce!



## Air Fryer Boneless Wings Recipe

yield: 4   prep time: 10 MINUTES   cook time: 15 MINUTES   additional time: 2 MINUTES
total time: 27 MINUTES

*This air fryer boneless wing recipe brings big, bold buffalo wing flavor with less calories!*

★ ★ ★ ★ ★
4.5 Stars (560 Reviews)

| Print | Save |
|---|---|

### Ingredients

- 4 Chicken Breasts
- 2 eggs
- 1 cup flour
- 1 Tsp cayenne
- 1 Tsp chili pepper
- ½ Tsp paprika
- Salt and pepper
- 2 tablespoons butter
- 1/2 cup hot sauce
- Salt and pepper
- 1 tablespoon lemon juice

### Instructions

1. Make the boneless nuggets by cutting your chicken breasts into bite sized pieces and salt and pepper the pieces.

2. In a small bowl scramble two eggs for your wet dip. In a separate bowl add flour, cayenne, chili pepper, and a touch of paprika to a bowl and give it a quick whisk so it's properly mixed.

3. Dip the chicken nuggets in the egg bowl, and then using a seperate hand dip them into seasoned flour. Shake off excess batter, and place them on your air fryer tray.

4. Right before putting your nuggets into the airfryer, spray them olive oil spray to make your nuggets extra crispy on the outside.

5. Preheat your air fryer to 375 degrees fahrenheit. We cook our nuggets for 15 minutes, and as long as you don't consistently open your airfryer your batter will come out crispy with a

juicy chicken center.

6. The most important step is taking your piping hot boneless wings from the air fryer to your mouth, so the final sauce preparation is key. While the boneless wings are in the airfryer you can prepare your buffalo sauce in a small saucepan by melting the butter, adding the wing sauce until combined, then add a squeeze of lemon juice.

7. Immediately toss your boneless wings in the sauce, because the longer you wait the less crispy your chicken batter will be. We see the best results by lightly tossing our chicken in the sauce with a spoon so we don't break up the batter.

8. Eat them fresh and hot with your favorite ranch or blue cheese dipping sauce!



Air Fryer Boneless Wings Recipe



## Recommended Products

As an Amazon Associate and member of other affiliate programs, I earn from qualifying purchases.



Set of 3 Breading Pans



GE Mechanical Air Fry 7-in-1 Toaster Oven



Air Fryer Liners - 8.5 Inches, 100pcs Premium Perforated Parchment Paper



Instant Vortex Plus 6-in-1 Basket Air Fryer


**Did you make this recipe?**
Please leave a comment on the blog or share a photo on Instagram

© coupleinthekitchen

CATEGORY: Appetizers



Click this link to pin this recipe on pinterest. Also, don't forget to follow us on instagram and facebook for more recipes and foodie recommendations. If you'd like to automatically receive our posts in your email, register here.

Whip up this recipe? Be sure to tag us on social media as @coupleinthekitchen and we'll share it with our foodie followers!





AIR FRYER    BUFFALO SAUCE    CHICKEN    CHICKEN BREAST RECIPE    CHICKEN RECIPE

LOW CALORIE

5 COMMENTS

**YOU MIGHT ALSO LIKE...**

Truffle Deviled Eggs with Caviar
*July 16, 2016*

Phyllo Baked Brie Bites with Cranberry and Prosciutto
*December 19, 2019*

Gluten-Free Pizza Bites
*June 13, 2017*

**5 COMMENTS**

**GREG DOKUS**
January 25, 2022 at 5:03 pm                                              Reply

How do I see the reviews of your recipe? The reason I came to this page was because of the many (on average) 4.5 star reviews.

**COUPLEINTHEKITCHEN**
July 7, 2022 at 9:14 pm                                                  Reply

The total reviews are listed under the recipe, you can leave a star rating without needing to leave a comment.

**MIA**
August 7, 2022 at 4:44 am                                                Reply

Where does the salt and pepper come in? What does it get added to??

**HTTPS://WEEDWORLDWIDEDELIVERY.COM/**
February 6, 2022 at 12:25 am                                             Reply

great post site

**ROY**
February 6, 2022 at 12:27 am                                            Reply

lovely site

**LEAVE A REPLY**

| Name | Email | Website |

https://lilluna.com/boneless-buffalo-wings/     June 21, 2023



ABOUT    RECIPE BOX ▸    HOLIDAYS ▸    EXTRAS ▸    MEAL PLAN    🔍

American Recipes • Appetizers • Cuisines • Holiday Appetizers • Recipes

# BONELESS BUFFALO WINGS

 **Kristyn Merkley**
January 5, 2023

[ Rate ] [ Save ] [ Jump to Recipe ] [ Jump to Video ]

*Spicy, tender Boneless Buffalo Wings are a simple and delicious crowd favorite. Serve them up for dinner or at a party!*

Boneless Buffalo Wings are a simple appetizer that is bite-size and delicious. For other favorite wings, try Classic Hot Wings and our Boneless Honey BBQ Wings.



## BONELESS CHICKEN WINGS

We love delicious appetizers and all the reasons to get together and enjoy them. It may be a holiday, a football game, or a simple party!

One we especially love is Boneless Buffalo Wings. They are one of my favorite recipes, and a crowd favorite as well. They are the perfect size for dipping and popping right into your mouth!

### MY LATEST VIDEOS



⏸ 🔇 ⛶   This ad will end in 8

Boneless = winning (although we still love the bone-in wings too)!


CONTINUE >    Solve Puzzle



**About Me**

## HI, I'M KRISTYN!

I'm the mom of six stinkin' cute kids and the wife to my smokin' hot hubby, Lo. My mom's maiden name is Luna, and I'm one of the many crafty "Lil' Lunas" in the fam.

More About Me →

  



SPONSORED BY TRUIST

**Get A Mortgage Quote Before Rates Go Up.**

With mortgage advisors available online and over the phone, we're always here for you.


LEARN MORE



Get easy access to weekly sales in the app.

Get the App

PURCHASE DETAILS
YOUR SAVINGS $12.54

You will love the spicy and sweet flavor of these easy Buffalo Chicken Wings. The ingredients are simple and come together perfectly.

Plus, they are fried, and who doesn't love fried chicken? But beware – they're addicting!







## HOW TO MAKE BONELESS BUFFALO WINGS

**PREP.** Heat oil in a deep-fryer or large saucepan to 375°F (190°C).

In a large bowl, combine flour, salt, pepper, garlic powder, and paprika. In a small bowl, whisk together the egg and milk.

**COAT.** Dip and coat each piece of chicken in the egg mixture. Then roll in the flour to coat. Repeat steps so that each piece of chicken is double coated. Refrigerate breaded chicken for at least 20 minutes.

**FRY.** In batches, fry chicken in hot oil until browned. About 5-6 minutes.

**SAUCE.** Heat hot sauce in a skillet, add fried chicken pieces and toss to coat. Serve warm with a favorite dipping sauce like Ranch Dressing.







## ALTERNATIVE COOKING METHODS

These are definitely a healthier version of Boneless Buffalo Wings which is a great option for people who are trying to eat healthier or can't have fried foods.

**BAKE.** Heat your oven to 375°F. Bake the chicken for 15-20 minutes or until it has an internal temperature of 165°F.

**AIR FRY.** Prepare the wings as directed in the recipe. Spray the basket and the wing pieces with olive oil spray. Fry them in a single layer at 370°F for 5 minutes, then flip over and cook for an additional 5 minutes, or until the chicken has reached an internal temperature of 165°F.

If you're bringing these to a party or making them for guests, you could make them half fried and half baked. That way people can choose between the two! Both are SUPER delicious options.



## RECIPE TIPS + VARIATIONS

**Cut of chicken.** Traditional Buffalo Wings are actually the drumlet and flat sections of a chicken wing. They can be breaded or treated with a dry rub, baked or fried, or smothered in sauce. They are a favorite for sure.

A boneless wing is exactly what it sounds like. All the classic flavors, but without the bones. Cut a boneless skinless chicken breast into bite-sized cubes. Coat the chicken nuggets and fry them up.

**Adjust the heat.** One reason people love Buffalo Wings is because of the hot sauce, this is also a reason some people shy away from them.

- For a more mild sauce: mix the buffalo sauce with some melted butter to temper the heat.
- For an even hotter sauce: add in some red pepper flakes.

**Oil.** There are several oils with a high smoking point that you can use. I typically choose vegetable oil. Peanut oil, canola oil, avocado oil, sunflower oil, and corn oil are other options.

**Change the sauce.** Use your sauce of choice to make these how you like them.

**Serving suggestions.** We love to serve them with Homemade Ranch Dressing or blue cheese dressings along with celery and carrots.



**Hello, Future.**

Introducing the next-generation 10G Network, only from

xfinity
10G

SPONSORED BY COMCAST

LEARN MORE



## STORING INFO

**Make ahead of time.** Coat the wings the day before and keep them covered in the fridge until you're ready to fry. You can also store the breaded wings in the freezer for up to 3 months.

**STORE.** Leftover wings can be stored in an airtight container in the refrigerator for 2-3 days. Reheat them in the microwave or in the oven.

You can also eat Boneless Buffalo Wings cold. I particularly like using leftover boneless wings on top of salads.

**MORE WINGS RECIPES:**

- Lemon Pepper Wings
- Boneless Honey BBQ Wings
- Easy Teriyaki Wings
- Baked Buffalo Wings
- Buffalo Wings

xfinity 10G

## BONELESS BUFFALO WINGS RECIPE

♡ Save   ☆ Rate   📌 Pin   🖨 Print

⭐⭐⭐⭐⭐ 5 from 22 votes

*Spicy, tender Boneless Buffalo Wings are a simple and delicious crowd favorite. Serve them up for dinner or at a party!*

| | |
|---|---|
| **Course** | Appetizer |
| **Cuisine** | American |
| **Prep Time** | 40 minutes |
| **Cook Time** | 20 minutes |
| **Total Time** | 1 hour |
| **Servings** | 4 |
| **Calories** | 362 kcal |
| **Author** | Lil' Luna |

### Ingredients

- [ ] 2 cups all-purpose flour
- [ ] 2 teaspoon salt
- [ ] 1/2 teaspoon black papper
- [ ] 1/4 teaspoon garlic powder
- [ ] 1/2 teaspoon paprika
- [ ] 1 egg
- [ ] 1 cup milk
- [ ] 3 skinless, boneless chicken breast cut to 1/2" chunks
- [ ] 12 oz mild buffalo wing sauce
- [ ] oil for frying



Click Here for More Information
Ad By Sponsor   See More

### Instructions

1. Heat oil in a deep-fryer or large saucepan to 375°F (190°C).
2. In a large bowl, combine flour, salt, pepper, garlic powder, and paprika. In a small bowl, whisk together the egg and milk.
3. Dip and coat each piece of chicken in the egg mixture. Then roll in the flour to coat. Repeat steps so that each piece of chicken is double coated. Refrigerate breaded chicken for at least 20 minutes.
4. In batches, fry chicken in hot oil until browned. About 5-6 minutes.
5. Heat hot sauce in a skillet, add fried chicken pieces and toss to coat. Serve warm.

### Video



Click Here for More Information
Ad By Sponsor   See More



Spicy Tender Pieces Of Chicken That Make The A Delicious Appetizer! These Boneless Buffalo Wings ...

**Nutrition Facts**

Boneless Buffalo Wings Recipe

Amount Per Serving

Calories 362 — Calories from Fat 36

% Daily Value*

Fat 4g — 6%

📷

**MAKING THIS RECIPE?
TAG US!**

| | |
|---|---|
| Cholesterol 60mg | 20% |
| Sodium 3896mg | 169% |
| Potassium 460mg | 13% |
| Carbohydrates 50g | 17% |
|   Fiber 1g | 4% |
|   Sugar 3g | 3% |
| Protein 26g | 52% |
| Vitamin A 265IU | 5% |
| Vitamin C 1mg | 1% |
| Calcium 83mg | 8% |
| Iron 3.3mg | 18% |

*Percent Daily Values are based on a 2000 calorie diet.

Share it with us on Instagram using the hashtag #liluna, so we can see what you're creating in the kitchen!

**Leave a Comment**





## OUR BEST SUMMER RECIPES



Get our MOST POPULAR Summer Recipes {no bake, salads, dinner, desserts} and more!

{PLUS **FREE** EBOOK}

Your Name

Your Email

**YES, I WANT THIS**

*I'd like to receive more tips & recipes from Lil' Luna.*

## LIKE THIS RECIPE?



**Pin it now to remember it later!** Share it with your Facebook friends (you know they'll love it). Or tweet it to the world. Maybe even email it to your favorite cousin!

 Pin

Share

Tweet

Email

## RELATED POSTS



Food Roundup

### 4TH OF JULY APPETIZERS

Kick off your Independence Day BBQ with some of these dips and finger foods. This collection features all of our favorite 4th of July appetizers! More collections: 4th of July...



Dips, Dressings, & Sauces

### HAMBURGER DIP

This savory hamburger dip is always a hit at parties. It's cheesy, hearty, and made with only 4 ingredients! We love to have some tasty appetizers on hand for company...

🕐 2 hours hours 10 minutes minutes

⭐⭐⭐⭐⭐ 5 from 27 votes

Chicken

### CHICKEN FINGERS

are finger-licking good. Fried chicken fingers are a perfect dinner or appetizer. Crispy chicken...

🕐 40 minutes minutes

⭐⭐⭐⭐⭐ 5 from 28 votes



**Dips, Dressings, & Sauces**

## PEACH SALSA

Fresh peach salsa is delicious with chips, on top of fish or pork, or spooned over tacos! You'll love the flavor combinations in this recipe! Although it's far from our...

🕐 10 minutes minutes

⭐⭐⭐⭐⭐ 5 from 18 votes

**ABOUT KRISTYN**



My name is Kristyn and I'm the mom of SIX stinkin' cute kids and the wife to my smokin' hot hubby, Lo. My mom's maiden name is Luna, and I'm one of the many crafty "Lil' Lunas" in the fam. On this site I like to share all things creative - from recipes to home decor to gifts and home decor ideas. Welcome!

More by Kristyn →

**Join the Conversation**

## RATE AND COMMENT

Your email address will not be published. Required fields are marked *

**Recipe Rating**

☆ ☆ ☆ ☆ ☆

Comment *

[                                                    ]

Name *

[                                                    ]

Email *

[                                                    ]

[ **Post Comment** ]

## COMMENTS:

**KIARA**
February 19, 2022 at 6:03 pm

Can these be made in the air fryer? If so for how long and what temperature?

Reply

**LIL'LUNA TEAM**
February 22, 2022 at 10:30 am

Yes you definitely can! You could probably play around with temperatures and times (or look for some ideas online) but I imagine 375 for about 15 minutes would work well.

Reply

**RACHEL**
March 24, 2022 at 6:29 pm

What buffalo sauce did you use in this recipe? I'm always on the hunt for a good buffalo sauce!

Reply



Wall Street capabilities.
Main Street sensibilities.

REGIONS
SECURITIES

Learn More

Equal Housing Lender | Member FDIC

**JOSEPHINE**
October 23, 2022 at 12:38 pm

Love this recipe...can these be fried ahead of time and reheated when ready to eat? I'm trying to plan ahead and save time. Any recommendations?

Reply

**TRISS L. HILL**

June 5, 2023 at 11:50 am

⭐⭐⭐⭐⭐

This is an absolutely wonderful recipe. Not only is it amazing for Boneless Wings as advertised, it is also an amazing base for all kinds of Asian and stir fry dishes as well. I've made amazing Cashew and General TSO chicken dishes that come out restaurant perfect thanks to this!

Reply

See More Comments

Lil' Luna

## FEATURED ON

 



Get New Recipes and Creative Ideas Delivered Right to Your Inbox!

| First Name | Email Address | Sign Me Up |

All Rights Reserved © Lil' Luna 2023

Terms & Conditions ›    Colaborate ›    Subscribe ›    Login ›







Subscribe: Recipes in your inbox →

    



**PERSNICKETY PLATES**
SERVING UP RECIPES FOR every PALATE

HOME    ABOUT    RECIPES    SHOP    [Search...] 🔍

| DESSERTS | DRINKS | HOLIDAYS | MAIN MEALS | QUICK FIXES | SAUCES | SIDE DISH | SNACKS |

Home » Main Meals » Chicken Recipes » Easy Boneless Chicken Wings

Published on July 6, 2022 | Updated on September 25, 2022 by Melissa

## Easy Boneless Chicken Wings

[ 🍴 JUMP TO RECIPE ]

*This post may contain affiliate links meaning if you buy from them, I will make a few pennies, at no cost to you. See disclosure here.*

These easy boneless chicken wings are lightly breaded with panko bread crumbs and then fried until golden brown. Toss them in your favorite sauce and enjoy!





### WANT TO SAVE THIS RECIPE?

Enter your email below and we'll send it straight to your inbox!

[Email Address]          [ GO ]

*Delicious Boneless Chicken Wings*          [ PIN FOR LATER ]

I love chicken but I don't love bones. A little too...*carnivore* for me, I suppose.

For that reason, whenever we go to Buffalo Wild Wings, I either order the boneless wings or the **buffalo ranch chicken wrap**.





### Hey, I'm Melissa!

Welcome! I share easy, family friendly recipes. If I make you hungry, I'm doing it right.

[ MORE ABOUT ME ]



**5 Days of Slow Cooker Classics**

Free email guide of our TOP family-favorite recipes ❤

[Search...] 🔍

**THE LATEST**

 Easy Frosted Sugar Cookie Bars (thick & soft!)

 Quick & Easy Black Bean Wraps

 Easy Mozzarella Chicken Skillet

 Easy Apple Pie Dump Cake – 4 ingredients!

The problem with boneless wings at restaurants (to me) is they are often very heavily breaded, which I don't like.

Making them at home, you control the amount of breading and in this recipe, we use panko breadcrumbs so it's a light and crispy coating.

The chicken is perfectly cooked so it is tender and juicy with just the right amount of crunch from the panko. Leave them plain and serve with your favorite dipping sauces or toss them in your favorite sauce.





**5 Days of Slow Cooker Classics!**

Free email guide of our TOP family-favorite recipes ❤️

Your Email...    [ I WANT IN! ]

☐ I consent to receiving emails and personalized ads.



## What are boneless wings?

Boneless wings are chicken breasts that have been cut into bite sized pieces, breaded & fried, and then usually tossed in a sauce.

**Why you'll love this Boneless Chicken Wings**



## Recipe

- **Easy to Eat** – Without the bones found in traditional wings, these boneless wings are easier to eat – less work, more reward!
- **Finger Foods** – Serve them at your next party or game day. Really, they are great any day of the week for lunch or dinner.
- **Customizable** – Because you shake them/coat them in sauce after they're cooked, you don't have to commit to one flavor and can use all of your favorite sauces by making multiple batches. Or, leave them plain. They're really good that way, too.

## Equipment you'll need

- **Mini Deep Fryer** – If you're like me and hate frying things, this little guy makes cleanup easier.
- **Tongs** – Tongs make for handling the chicken really easy.
- **Meat Thermometer** – Chicken needs to reach 165° F internally.
- **Air Fryer** – If you don't want to deep fry them, they can also be made in the air fryer.

## Ingredients

> Below is a list of the ingredients you'll need to gather to make this recipe. *Scroll all the way down for the full recipe card*




- **CHICKEN** – Boneless, skinless chicken breasts.
- **SEASONINGS** – I use garlic powder, onion powder, salt & pepper. You can switch it up.
- **FLOUR** – All purpose flour.
- **EGG** – You'll beat the eggs really well or you can create an egg wash with egg and milk, if you prefer.
- **PANKO BREAD CRUMBS** – Panko is a Japanese-style coarse bread crumb that is very crunchy. It absorbs less oil than plain bread crumbs which also helps retain the crunch. I also love it as a topping on my **mac & cheese**.
- **OIL** – I use vegetable oil but peanut oil works well, too.
- **SAUCES** – Once the chicken is cooked, you'll want to immediately toss it in your favorite sauce. Or not, they're delicious plain, too!









## How to make homemade Boneless Wings

1. **STEP ONE:** **Prepare the Chicken.** Cut the boneless chicken breasts into approximately 2" pieces and season with your choice of seasonings. I opt for classic onion powder, garlic, powder, and salt & pepper. Adding cajun spice or lemon pepper are two versions we also make.

2. **STEP TWO:** **Prepare the Breading Station.** Make an assembly line of three bowls – flour, beaten eggs, and panko crumbs. Also include a plate at the end to place the breaded chicken on.

3. **STEP THREE:** **Bread the chicken**  Dip each piece of chicken (you can do it in batches) into the flour, then the egg, then the panko. I use tongs to keep my hands (or at least one hand) clean during this process.

4. **STEP FOUR:** **Fry the boneless wings.** Add the chicken to 350° heated oil in a large bowl (or a deep fryer, if you have one). Cook for 5-6 minutes or until the internal temperature reaches 165°. They will be golden brown and the juices will run clear. Remove them from the oil and place on a plate lined with paper towel to absorb any excess grease.

5. **STEP FIVE:** **Sauce the wings.** Move the cooked wings to a clean freezer bag with whichever sauce you'd like to coat them with, seal it up, and give it a good shake. This evenly distributes the sauce. Alternatively, you can brush the sauce on.






## What to serve with them

### Sides

We serve our boneless wings with **potato wedges** (like B Dubs) and then I like to pair a fresh veggie like corn on the cob or **roasted carrots**.

More options that would be good are **garlic mashed potatoes**, **sweet potato fries**, **baked beans**, or a **baked macaroni and cheese**.

You can also keep it totally traditional and serve the crispy chicken wings with ranch or bleu cheese dressing, hot sauce, and celery sticks.





### Desserts

I think a **giant skillet cookie** would pair perfectly. Top it with some ice cream for a true restaurant pizookie experience.

### Drinks

Pour up a glass of **homemade lemonade** to serve with them. Or, if you're pretending you're enjoying them at a sports bar, have a beer or cocktail. I recommend a **Fuzzy Navel** or a simple **Ranch Water**.







### Can I make them in the air fryer?

Sure can. If you'd rather not deep fry, you can make these wings in the air fryer.

Prepare the chicken as directed (seasoned and dredged) and then give them a light spray of olive oil.

Preheat the air fryer to 375° F and then cook the chicken pieces (for best results, place them in a single layer) for approximately 15 minutes. They should be golden brown and read 165° internally with a meat thermometer.

Immediately toss in sauce & enjoy!

## How to reheat and store

### How to store leftovers

Leftovers should be stored in an airtight container in the fridge.

### How long will boneless wings last in the fridge?

3-4 days.

### Can I freeze boneless wings?

You can definitely freeze boneless wings to have them on hand for a later date.

They will keep in the freezer, in an airtight freezer bag or container, for up to 6 months.

### How to reheat them

To keep the wings crispy, spread them onto a baking sheet, give them a spritz of olive oil, and place them in the oven at 350° for 5-10 minutes.

You can also pop the cooked wings into the **air fryer** and heat for about 5 minutes at 350°.

I try to avoid reheating in the microwave because you lose some of the crunch, but it will work.








## FAQs

### Which sauces should I use?

- **Buffalo Sauce** – I recommend Buffalo WING sauce, the same sauce I use in my **buffalo chicken dip**, if buying premade.
- **Spicy BBQ Sauce**
- **TGI Friday's Jack Daniels Sauce**

- **KFC Copycat Honey BBQ Sauce**
  - You can also pick up sauces directly from Buffalo Wild Wings or your local market. We like Asian Zing & Spicy Garlic. You can also order a **variety pack** from Amazon.

## What cut of chicken are boneless wings?

Boneless wings are made with boneless skinless breasts cut into bite-sized pieces so they look somewhat like a traditional wing.

## Are boneless wings basically chicken tenders?

Yep, basically the same thing, just cut into smaller pieces.



**Get a mortgage quote before rates go up.**

Sponsored by Truist

With mortgage advisors available online and over the phone, we're always here for you.

See More

## What is the difference between a chicken nugget and a boneless wing?

Nuggets are made from ground chicken (all different parts) while a boneless wing is generally breast meat.

### Need more chicken recipes? Try these:

Spicy Buffalo Chicken Sandwiches
Sticky Chicken Thighs
Cheese Stuffed Chicken Breasts
Crispy Baked BBQ Chicken Strips
Copycat Chick-Fil-A Nuggets

Click here for my entire collection of **chicken recipes**

### Need more appetizers/game day food? Try these:

Loaded Zucchini Skins
Buffalo Cauliflower Bites (great vegetarian option!)
Crockpot Bacon Wrapped Lil Smokies
Sweet & Spicy Slow Cooker Meatballs
Crockpot Tailgate Recipes





## Recommended



**Copycat TGI Friday's Jack Daniel's Sauce**



**Air Fryer Buffalo Chicken Egg Rolls**



**Air Fryer Buffalo Chicken Wings**

---

## Boneless Chicken Wings

Melissa Williams | Persnickety Plates

These easy boneless chicken wings are lightly breaded with panko bread crumbs and then fried until golden brown. Toss them in your favorite sauce and enjoy!

⭐⭐⭐⭐⭐ 5 from 1 vote

**Cook Mode** Prevent your screen from going dark

[🖨 Print Recipe] [📌 Pin Recipe] [⭐ Rate Recipe] [♡ Save]

| PREP TIME | COOK TIME |
| --- | --- |
| 15 mins | 10 mins |

| COURSE | CUISINE | SERVINGS | CALORIES |
| --- | --- | --- | --- |
| Appetizer, Main Course | American | 4 servings | 416 kcal |

### EQUIPMENT

- air fryer

### INGREDIENTS

1x | 2x | 3x

- 1 pound boneless skinless chicken breasts cut into 2" pieces
- ¼ teaspoon onion powder
- ¼ teaspoon garlic powder
- salt & pepper to taste
- 1 cup all purpose flour
- 3 large eggs beaten
- 2 cups panko bread crumbs
- Vegetable oil for frying
- Wing sauce of your choice



## INSTRUCTIONS

1. Set up an assembly line with the flour, eggs and panko crumbs, each in their own dish.
2. Begin dredging the chicken pieces first in the flour, then in the egg and then into the Panko crumbs to coat evenly.
3. Let the chicken rest while you heat the oil.
4. Heat several inches of frying oil in a mini deep fryer or in a large pan over medium high heat to 350° F (not boiling).
5. Once oil is heated through, carefully place the coated chicken pieces in the pan. Cook the chicken until the coating on the outside is golden brown and the juices from the chicken have run clear (about 5 minutes). They should register 165° when measured with a meat thermometer.
6. Place cooked chicken on a plate covered with paper towels to drain any excess oil and continue cooking the remaining chicken. Do small batches so the chicken doesn't get overcrowded & bake unevenly.
7. Once done frying, place the cooked chicken into a large zip top bag, add your favorite sauce, and shake to evenly coat.

## NOTES

Vegetable oil or peanut oil can be used.

*Air fryer instructions:*

Prepare the chicken as directed (seasoned and dredged) and then give them a light spray of olive oil.

Preheat the air fryer to 375° F and then cook the chicken pieces (for best results, place them in a single layer) for approximately 15 minutes. They should be golden brown and read 165° internally with a meat thermometer.

## NUTRITION

| | | | |
|---|---|---|---|
| Serving: 1g | Calories: 416kcal | Carbohydrates: 46g | Protein: 36g |
| Fat: 8g | Saturated Fat: 2g | Polyunsaturated Fat: 2g | Monounsaturated Fat: 3g |
| Trans Fat: 1g | Cholesterol: 212mg | Sodium: 405mg | Potassium: 567mg |
| Fiber: 2g | Sugar: 2g | Vitamin A: 237IU | Vitamin C: 1mg |
| Calcium: 87mg | Iron: 4mg | | |

*Nutritional information is an estimate and provided to you as a courtesy. You should calculate the nutritional information with the actual ingredients used in your recipe using your preferred nutrition calculator.*



**Tried this recipe? Tag me!**
Mention @melissa_pplates or tag #persnicketyplates!

SHARING OF THIS RECIPE IS BOTH ENCOURAGED AND APPRECIATED. COPYING/PASTING AND/OR SCREENSHOTS OF FULL RECIPES TO ANY SOCIAL MEDIA IS STRICTLY PROHIBITED. CONTENT AND PHOTOGRAPHS ARE COPYRIGHT PROTECTED.

*Originally published May 4, 2010*







## WANT TO SAVE THIS RECIPE?

Enter your email below and we'll send it straight to your inbox!

Email Address       GO



RELATED CATEGORIES:

CHICKEN RECIPES

PREVIOUS
Slow Cooker Chicken Thighs with Potatoes & Carrots

NEXT
Easy Fuzzy Navel Jello Shots

## SHARE YOUR THOUGHTS

Your email address will not be published. Required fields are marked *

Recipe Rating

☆ ☆ ☆ ☆ ☆

Comment *

Name *

Email *

POST COMMENT

This site uses Akismet to reduce spam. Learn how your comment data is processed.

### Digital Cookbooks!

Shop my selection of digital cookbooks to help you navigate some of our best recipes all in one place!

SHOP NOW

Chicken
RECIPES

FEATURED ON   Better Homes & Gardens   BuzzFeed   delish   forkly   GOOD HOUSEKEEPING   GREATIST   Parade   msn

Let's get this

Let's get this straight..