# EXHIBIT D
# (Part 4)

https://www.eatingonadime.com/boneless-chicken-wings-recipe/    June 21, 2023



EATING on a DIME

About Me    Contact    My Cookbooks    Shop

SEARCH

**BROWSE BY**    ⌄ All Recipes    Crock Pot    Instant Pot    Keto    → Lazy Day Cooking Club

Easy Instant pot Chicken Wings Recipe    Air Fryer Boneless Chicken Wings    Grilled Boneless Skinless Chicken Thighs    Crispy Air Fryer Chicken Wings Recipe    Crock pot Buffalo Chicken Wings Recipe    Boneless skinless chicken crockpot recipes

Home | Recipe by Protein | Chicken Recipes | Boneless Chicken Wings

# Boneless Chicken Wings



Jump to Recipe

★★★★★ 5 FROM 4 VOTES

July 6, 2022 — Carrie Barnard

You can easily make **Boneless Chicken Wings** at home. This flavor packed boneless wings recipe has the perfect amount of heat. The recipe comes together fast for a great meal.



### Want to save this recipe?

EMAIL *

→ Save Recipe



eatingonadime.com

## Boneless Chicken Wings

This recipe has the most tender bite size chicken that is fried to perfection and coated in the best buffalo sauce. Every bite is bursting with flavor and your family will love these.

I personally love boneless wings. They are just so easy to make and always result in a great meal. My kids love these for dinner but they also make a great snack for Game Day.



**Hi, I'm Carrie. Welcome to Eating on a Dime!**

I'm on a mission to help you cook delicious meals without busting your budget. Together we are going to cook real food... for real families.


→ More About Me





NEW VERTUO POP

SMALL MACHINE. BIG TASTE.

NESPRESSO



**MY LATEST VIDEOS**



Advertisement



The recipe is super easy so you won't mind making them any day of the week. In fact, you might just skip take out and start making these instead. They are that good and seriously so easy.

This boneless wings recipe with hot sauce are kid approved and family tested. Give it a try for a great recipe.

search... 🔍    ▢ SHOW ALL



Air Fryer Boneless Chicken Wings    ♥ 24

Grilled Boneless Skinless Chicken...    ♥ 52

Easy Instant pot Chicken Wings Recipe    ♥ 40

Crispy Air Fryer Chicken Wings Recipe    ♥ 5



Practice French

Practice German

Practice Italian

Practice Spanish

Practice Portuguese

+Babbel





NEW VERTUO POP

SMALL MACHINE. BIG TASTE.

NESPRESSO

**Ingredients:**

- Boneless Skinless Chicken Breast, diced into 1 inch pieces
- Eggs
- All-Purpose Flour
- Cayenne Pepper
- Paprika
- Garlic Powder
- Salt and pepper
- Buffalo Sauce. We make homemade buffalo sauce but you can use store brand.
- Vegetable Oil for Frying

Advertisement





3. Then work in batches and place the chicken pieces from the eggs (drip off any excess eggs from the chicken) into the flour mixture. Seal the bag and allow air to stay in the bag. Then shake the bag to thoroughly coat the chicken in the flour mixture. Then move the chicken pieces to a baking sheet to rest while you prepare the oil.

4. Heat approximately 3 inches of the vegetable oil in a large pan or fryer to 375 degrees F.

5. Work in batches and place the chicken in the oil. Cook for 5-6 minutes until the chicken is cooked through and browned. The chicken should have an internal temperature of 165 degrees F.

6. Once cooked, move the chicken to a plate lined with paper towels to soak up the excess oil.

7. Then place the chicken in a large bowl, pour the buffalo sauce on top and coat.

8. Then serve with yo...







## How to make Boneless Chicken Wings:

- **Coat the chicken in eggs.** Whisk the eggs together in a shallow bowl. Then place the chicken pieces in the eggs and toss to coat them thoroughly.

- **Combine the flour and seasoning.** Then in a large zip lock bag, mix together the flour, cayenne pepper, paprika, garlic powder, salt and pepper.

- **Dredge the chicken in flour.** Then work in batches and take the chicken pieces from the eggs (drip off any excess egg mixture from the chicken) into the flour salt mixture. Seal the bag and allow air to stay in the bag.

Then shake the bag to thoroughly coat the chicken in the flour mixture. Then move the chicken pieces to a baking sheet to rest while you prepare the oil.

Advertisement



- **Heat the oil.** Heat approximately 3 inches of the vegetable oil in a large pan or fryer to 375 degrees F.

- **Cook the chicken pieces.** Work in batches and place the breaded chicken in the oil. Cook for 5-6 minutes until the chicken is cooked through and browned. The chicken should have an internal temperature of 165 degrees F.

- **Place on a paper towel.** Once cooked, move the chicken to a plate lined with paper towels or a lined baking dish to soak up the excess oil.

- **Pour the buffalo Sauce.** Then place the chicken in a large bowl, pour the buffalo sauce on top and toss to coat.

- **Serve the chicken and enjoy.** Then serve with your favorite dipping sauces and enjoy!

Jump to recipe below.

## Tips and tricks:

- **Deep Fryer.** Instead of using a skillet, you can opt to use a deep fryer to make these wings.
- **Buffalo Sauce.** Use a good quality buffalo sauce or make your homemade Buffalo Sauce.
- **Hot Chili Powder.** To increase the heat, sprinkle hot chili powder into the buffalo sauce.

Advertisement



**Grab Captain For The Team**

Watching the game in the heart of rival territory? That's one way to spice it ...

SPONSORED BY CAPTAIN MORGAN

LEARN MORE

## What to serve with Boneless buffalo Wings:

- Celery Sticks
- Baby Carrots
- Blue Cheese dressing or Ranch dressing or dipping. We make an easy homemade Ranch.







Advertisement



save big on auto

Allstate    quote now

## Variation ideas:

- **Barbecue Sauce.** Skip the buffalo sauce and make barbecue sauce instead.
- **Teriyaki Sauce.** This flavor is delicious with wings.
- **Lemon Pepper.** Try this for a super easy seasoning.
- **Cajun Seasoning.** You can use a dry rub to season these to kick up the heat.
- **Chicken thighs.** This type of meat can be substituted for chicken breast. However, we do prefer using chicken breasts to make boneless wings.
- **Breading.** You can omit the breading if you are trying to reduce the carbs. Simply, cut the chicken, bake and coat in the buffalo sauce.

## Baking Method:

Instead of frying, bake these chicken wings. After breading them, place them on a baking sheet and bake at 375 degrees for 15 minutes.

Advertisement



**Bulleit Rye + Ribeye**

Smooth meets smokey. The smooth, oaky aromas of Bulleit Rye in a Manhattan...

Replay

SPONSORED BY BULLEIT

LEARN MORE

Then flip the chicken over and cook for another 15 minutes. The internal temperature should be 165 degrees.

Then coat in the buffalo sauce.







Advertisement



## Can you make in advance?

Yes, absolutely. Prep the chicken and fry as normal. However, do not coat with the buffalo sauce.

Once the chicken has cooled, place inside a freezer bag or container. Freeze until ready to eat.

When ready to serve, take them out of the freezer and bake at 350 until heated all the way through. Then coat with the buffalo sauce and serve.





## Make this popular recipe today!

It is a delicious base recipe that can easily be utilized for different sauces. Sometimes, we like to make an assortment of different types for parties or Game Day.

Advertisement



Check out our



most popular deals.

Shop now

Everyone always loves these bite size wings and comes back for more. They are so easy to make and never disappoint. You are going to love being able to enjoy these at home any day of the week!

Try these buffalo wings and experiment with other delicious flavors. You are going to save a ton of money making these at home.



Advertisement



switch to Allstate®

Allstate    quote now

## Frequently Asked Questions:

How long will boneless buffalo wings last?

What cut of chicken are boneless wings?

Are boneless wings chicken nuggets?

## Print this Boneless Chicken Wings recipe below:



**Want to save this recipe?**

EMAIL *

→ Save Recipe





★ Review    📌 Pin    🖨 Print

## Boneless Chicken Wings

## Recipe

★★★★★ 5 FROM 4 VOTES

You can easily make **Boneless Chicken Wings** at home. This flavor packed recipe has the perfect amount of heat. The recipe comes together fast for a great meal.

[Advertisement]

Learn more

| PREP TIME | CUISINE |
| --- | --- |
| 10 MINS | AMERICAN |
| COOK TIME | COURSE |
| 10 MINS | MAIN COURSE |
| TOTAL TIME | CALORIES  398 |
| 20 MINS | |
| SERVINGS  4 | AUTHOR |
| | EATING ON A DIME |

## INGREDIENTS

1x  2x  3x

- [ ] 1 pound Boneless Skinless Chicken Breast diced into 1 inch pieces
- [ ] 2 Eggs
- [ ] 1 cup All-Purpose Flour
- [ ] 1/2 tsp Cayenne Pepper
- [ ] 1/2 tsp Paprika
- [ ] 1/2 tsp Garlic Powder
- [ ] 1 tsp Salt
- [ ] 1/2 tsp Pepper
- [ ] 1/2 cup Buffalo Sauce
- [ ] Vegetable Oil for Frying

[Advertisement]

Learn more

Ad  Makes Anything More Southern. Do a two-step with your tastebuds.  ADD TO CART

## INSTRUCTIONS

1. Whisk the eggs together in a shallow bowl. Then place the chicken pieces in the eggs and toss to coat them thoroughly.

2. Then in a large zip lock bag, mix together the flour, cayenne pepper, paprika, garlic powder, salt and pepper.

3. Then work in batches and place the chicken pieces from the eggs (drip off any excess eggs from the chicken) into the flour mixture. Seal the bag and allow air to stay in the bag. Then shake the bag to thoroughly coat the chicken in the flour mixture. Then move the chicken pieces to a baking sheet to rest while you prepare the oil.

4. Heat approximately 3 inches of the vegetable oil in a large pan or fryer to 375 degrees F.

5. Work in batches and place the chicken in the oil. Cook for 5-6 minutes until the chicken is cooked through and browned.  The chicken should have an internal temperature of 165 degrees F.

6. Once cooked, move the chicken to a plate lined with

[Advertisement]  save big on auto

excess oil.

🔴 Then place the chicken in a large bowl, pour the buffalo sauce on top and toss to coat.

🔴 Then serve with your favorite dipping sauces and enjoy!



**NUTRITION FACTS**

Calories 398kcal, Carbohydrates 25g, Protein 30g, Fat 19g, Saturated Fat 3g, Polyunsaturated Fat 9g, Monounsaturated Fat 5g, Trans Fat 1g, Cholesterol 154mg, Sodium 1665mg, Potassium 502mg, Fiber 1g, Sugar 1g, Vitamin A 381IU, Vitamin C 2mg, Calcium 25mg, Iron 2mg



**Pin This Now to Remember It Later**

🅿 Pin Recipe

**More Buffalo Chicken Recipes:**

- Crock Pot Buffalo Chicken Wings
- Buffalo Chicken Dip Recipe
- Easy Buffalo Chicken Crescent Ring Recipe
- Buffalo Chicken Wonton Cups Recipe

Advertisement





Home    Recipes    About    Contact    Work With Me     

Home › Recipes › Lunch

# AIR FRYER BONELESS WINGS

Published: Feb 17, 2021 · Modified: Jun 5, 2023 by Bailey · This post may contain affiliate links.

⬇ Jump to Recipe    🖨 Print Recipe

BBQ **air fryer boneless wings** made with a light batter and much healthier than your average deep fried recipes. These are made in the air-fried for maximum crunch without the extra calories.



▼ Jump to:

Why Make These Air Fryer Boneless Wings

Ingredients Needed

Recipe Variations

How To Make This Recipe

FAQs & Expert Tips

## WHY MAKE THESE AIR FRYER BONELESS WINGS

They are way less messy than the typical fried wings. They are also quite a bit healthier!



**My name is Bailey** and this is my blog. I love to cook. I dabble in baking and most of my recipes require little effort. I cook with lots of flavor and try to pack my meals with nourishment. I have a very flexible diet but try to eat as plant-based as I can. On this blog I offer flexible, customizable recipes.

**More about me →**

Search a recipe + hit enter

### FATHER'S DAY

 

BBQ Cauliflower Wings    Pulled Chicken Burger

 

BLT Pasta Salad    Air Fryer Lemon Pepper Wings

 

Teriyaki Chicken Kabobs    No Bake Peanut Butter Pie

### POPULAR RECIPES

 



Veggie Shawarma          Pizza Bowls

These *boneless wings* are kid and husband approved (AKA they are delicious) They have a light breading on them and the air fryer cook gives them a perfect crunch. You won't miss the deep fried wings and you can use any sauce flavor to toss them in.

## INGREDIENTS NEEDED







Tomato Relish          Salmon Buddha
                        Bowl

Chipotle Chicken        Turkey Smash
Bowl                    Burger



**Chicken Breast.** You will want a boneless and skinless breast. Thawed rinsed and dried.

**Eggs.** To make the crispy batter for these boneless wings.

**Seasoning.** These wings hold most of their flavor in the batter! Cayenne pepper, smoked paprika, salt, pepper, garlic powder, onion powder.

**Corn Flakes.** This will be crushed up and it gives the batter on the wings a nice crispy texture you will love!

*All other ingredients and measurements are listed in recipe card below.*

## RECIPE VARIATIONS

**Flour.** Use almond flour or gluten free flour blend

**Corn Flakes.** Panko bread crumbs will also work.

**Sauce.** Use teriyaki, barbecue, hot sauce, buffalo, lemon pepper, hot honey or make them "naked"

## HOW TO MAKE THIS RECIPE



**Step One.** Clean chicken and pat dry it. Slice into even, bite sized pieces. Mix all the dry ingredients in a large bowl, flour, corn flakes, seasoning. Mix with a whisk.

**Step Two.** Mix eggs together in a separate large bowl.



PDF  View PDF  Download

geteasypdf.com

**Step Three**. Dunk chicken pieces into egg wash, then into dry flour mixture. Lay battered pieces on a clean piece of parchment paper. Next, spritz the air fryer with cooking spray and lay the boneless wings in the air fryer in a single layer. Cook at 350 for 12-14 minutes. Be sure to check the chicken before eating, temps may vary a bit.

*if using an oven, bake on 375º for about 17-18 minutes. Oven temps will vary greatly!

Mix the barbecue and buffalo sauce together with the water in a large mixing bowl.

**Step Four.** Immediately toss the hot boneless wings in the sauce mixture or sauce of choice. Use a large spoon to gently toss the wings to ensure crispy coating doesn't break.





Big save on Temu
Temu

## FAQS & EXPERT TIPS.

| Can I use frozen chicken? | + |
| --- | --- |

| Can I make this in the oven? | + |
| --- | --- |

| How long will these keep? | + |
| --- | --- |

| How can I make these healthier? | + |
| --- | --- |

## OTHER APPETIZER RECIPES




Spicy Cucumber Salad

Beetroot And Feta Salad

Pan Fried Feta With Hot Honey

Dill Pickle Salad

If you loved this recipe let me know! Also, follow me on Instagram & Pinterest for even more fun recipes to make you feel good from the inside out. Thanks for being here!



### Air Fryer Boneless Wings

BBQ **air fryer boneless wings** made with a light batter and much healthier than your average deep fried recipes. These are made iin air-fried for maximum crunch without the extra calories.

★★★★★
5 from 4 votes

🖨 Print    📌 Pin    ☆ Rate

Course: Main Course   Cuisine: American   Diet: Gluten Free
Prep Time: 5 minutes   Cook Time: 15 minutes   Servings: 4
Calories: 421kcal   Author: Bailey

**Equipment**
- [ ] bowls for mixing
- [ ] air fryer or oven

**Ingredients**
- [ ] 1.5 lb boneless chicken breast
- [ ] ½ cup corn flakes, crushed *see notes
- [ ] 1 cup all purpose flour *see notes
- [ ] 1 tsp onion powder
- [ ] 1 tsp garlic powder
- [ ] ½ tbsp smoked paprika
- [ ] ½ tsp paprika
- [ ] ½ tsp cayenne pepper
- [ ] ½ tsp salt
- [ ] 2 eggs
- [ ] ½ cup barbecue sauce
- [ ] ⅓ cup buffalo sauce
- [ ] 1½ Tbsp water to thin the sauce out and help spread it.

**Instructions**

1. Clean chicken and pat dry it. Slice into even, bite sized pieces. Mix all the dry ingredients in a large bowl, flour, corn flakes, seasoning. Mix with a whisk.

2. Mix eggs together in a separate large bowl.

3. Dunk chicken pieces into egg wash, then into dry flour mixture. Lay battered pieces on a clean piece of parchment paper. Next, spritz the air fryer with cooking spray and lay the boneless wings in the air fryer in a single layer. Cook at 350 for 12-14 minutes. Be sure to check the chicken before eating, temps may vary a bit.

4. *if using an oven, bake on 375° for about 16-18 minutes. Oven temps will vary!

   Mix the barbecue and buffalo sauce together with the water in a large mixing bowl.

5. Immediately toss the hot boneless wings in the sauce mixture or sauce of choice. Use a large spoon to gently toss the wings to ensure crispy coating doesn't break.Serve and enjoy immediately with your favorite dipping sauce.



## Notes

*use almond flour or all purpose gluten free flour

*use panko breadcrumbs if needed.

*BBQ sauce is optional. Boneless wings are great without sauce as well. Use your favorite bbq sauce and mix 3 tbsp water into it to thin it out. Warm in a sauce pan or microwave for a few seconds and toss wings in it.

## Nutrition

Serving: 5wings | Calories: 421kcal | Carbohydrates: 43g | Protein: 43g | Fat: 7g | Saturated Fat: 2g | Polyunsaturated Fat: 1g | Monounsaturated Fat: 2g | Trans Fat: 0.03g | Cholesterol: 191mg | Sodium: 1529mg | Potassium: 822mg | Fiber: 2g | Sugar: 13g | Vitamin A: 867IU | Vitamin C: 4mg | Calcium: 43mg | Iron: 4mg

**Tried this Recipe? Tag me Today!**
Mention @sailor_bailey or tag #sailorbailey!



## MORE EASY, PROTEIN PACKED LUNCH RECIPES.

Chicken Salad Wraps    Italian Wraps    Pita Shawarma    Cajun Chicken Wrap

## COMMENTS

**Jacob**                                                    February 18, 2021 at 6:33 am

★★★★★

Wow these are so delicious. I was afraid to cook chicken in the air fryer but then saw this recipe. My whole family is so happy we came across it!

REPLY

**Bailey**                                                   February 18, 2021 at 8:34 am

https://dinnerthendessert.com/boneless-buffalo-wings/      June 21, 2023

 

Free 30-Minute Meals Cookbook   Learn More

## DINNER *then* DESSERT
CHEF APPROVED RECIPES

Home   Recipe Index ⌄   Videos   About ⌄    🛒 Shop   ♡ Favorites   👤 Account   🔍



Check out the **Dinner then Dessert Cookbook** Now

 Slow Cooker Buffalo Wings    Buffalo Wing Sauce    Buffalo Chicken Dip    Honey Mustard BBQ Chicken Wings    Buffalo Wings   



Home » Recipe Index » Appetizer Recipes

# Boneless Buffalo Wings

 by Sabrina Snyder   📅 January 1, 2019   💬 28 Comments   ⭐⭐⭐⭐⭐ 4.80 from 5 votes

Jump to Recipe

This post may contain affiliate links. Read my disclosure policy.

Boneless Buffalo Wings with boneless chicken breast coated in breading and fried to perfection, with spicy buffalo wing sauce, ready in only 45 minutes!

We love ALL things Buffalo around here, and we're especially fond of our Buffalo Chicken Dip, Buffalo Wing Sauce, and of course our classic Buffalo Wings!



**BONELESS BUFFALO WINGS**

Boneless Buffalo Wings are one of my all-time favorite appetizers. Made with breaded chicken breast that's fried and covered in buffalo sauce, they're PERFECT to serve at a game day party along with a bowl of blue cheese dip and cut up carrots and celery sticks.

Boneless wings aren't actually wings at all, they're just boneless chicken breast that's breaded and fried. But I promise you after breading them and covering them in the sauce, you won't even notice!

I even serve these with a side of extra spicy hot sauce, for guests who like their wings really spicy.



## CAN YOU MAKE BONELESS BUFFALO WINGS AHEAD?

Boneless buffalo wings are perfect for making ahead of time. Just make the chicken through the frying step, then let cool and freeze.

When you're ready, you can put the frozen chicken straight into the oven at 350 degrees F. Bake until warmed through and crispy, then smother in buffalo sauce and serve.

---

🔍 Search...



**Hi, I'm Sabrina**

I am a trained Private Chef of almost 10 years. I love cooking for family and friends and sharing easy, flavorful recipes.

   

About Sabrina


Slow Cooker Recipes
**Ultimate Slow Cooker Pot Roast**


Sauces
**Brown Sugar Ham Glaze**


Soup
**Vegetable Soup**


Thanksgiving
**Roasted Turkey Breast**


Soup
**Classic Chicken Noodle Soup**


Main Course
**Leftover Turkey Casserole**


Slow Cooker Recipes
**Ultimate Slow Cooker Beef Stew**


Dinner Recipes
**Morton's Steakhouse Creamed Spinach (Copycat)**



xfinity
10G
Hello, future.
Ad By Xfinity
Learn more

**WHAT'S THE DIFFERENCE BETWEEN HOT SAUCE AND BUFFALO SAUCE?**

Buffalo sauce is basically hot sauce, but with butter and any other added seasonings you'd prefer. Sometimes that's pepper, garlic powder, extra cayenne, or a small amount of sugar.

**HOW TO MAKE BONELESS BUFFALO WINGS IN THE OVEN**

You can bake these boneless wings by breading them and placing them on a baking sheet and spraying lightly with cooking oil.

Then bake at 375 degrees F for 15 minutes, flip over and bake an additional 15 minutes, or until chicken is cooked through and reaches an internal temperature of 165 degrees F.





Create a free account to
**Save Recipes**

Email address

Sign Up Now



**Get AT&T Fiber®**

Sponsored by **AT&T Internet**

Being straightforward feels good. So does being a GIGillionaire(SM). No...

See More



Create a free account to
**Save Recipes**

Email address     Sign Up Now

**MORE GAME DAY RECIPES**

- Cheesy Beef Rotel Dip

- Fried Cheese Curds
- Black Bean Dip
- Cheddar Bacon Ranch Pinwheels
- Super Crispy Chicken Tenders



## HOW LONG WILL BONELESS BUFFALO WINGS LAST?

These boneless wings will keep in the refrigerator for 3–4 days. But keep in mind that once the sauce is poured on them, you have a limited window of crispy texture. They'll still be tasty after refrigerating and reheating, but noticeably softer.

## TIPS FOR MAKING BONELESS BUFFALO WINGS

- You can make this recipe without breading the wings, just cut up and bake boneless skinless chicken breasts, then coat with sauce and serve.
- Serve with cut up vegetables, blue cheese dressing, and ranch dressing. I've also crumbled blue cheese on top of the wings.
- We're making buffalo wings, but you can really use any wings sauce you want for these once the breaded chicken is done.
- Make a sweeter buffalo wing and cut some of the heat by adding ¼ cup of dark brown sugar to the buffalo sauce. Whisk over medium-high heat until the sugar dissolves. You can also use honey.
- You can add other savory spices to the breading, like garlic powder or extra cayenne pepper.





Get AT&T Fiber
Sponsored by **AT&T Internet**

Being straightforward feels good. So does being a GIGillionaire(SM). No...

See More

## Pin this recipe now to remember it later

📌 Pin Recipe





DINNER *then* DESSERT
CHEF APPROVED RECIPES

Save

### Boneless Buffalo Wings

Boneless Buffalo Wings are savory and crispy, made with boneless chicken breast coated in breading and fried to perfection, then smothered in spicy buffalo wing sauce, ready in only 45 minutes!



| | |
|---|---|
| Yield | 4 servings |
| Prep Time | 30 minutes |
| Cook Time | 15 minutes |
| Total Time | 45 minutes |
| Course | Appetizer |
| Cuisine | American |
| Author | Sabrina Snyder |

Save    Print    Rate

### Ingredients

US Customary / Metric

- [ ] 2 chicken breasts boneless skinless
- [ ] 1 cup flour
- [ ] 2 teaspoons kosher salt
- [ ] 1/2 teaspoon ground black pepper
- [ ] 1 large egg
- [ ] 1 cup whole milk
- [ ] canola oil for frying
- [ ] 2 cups buffalo wing sauce



### Instructions

1. In a medium bowl whisk together the flour, salt and pepper and in a second bowl whisk the egg and milk together.

2. Cut the chicken into two inch chunks then dip each piece of chicken into the egg mixture then the flour mixture, then back to the egg, then back to the flour then rest on a cookie sheet for 20 minutes.

3. Heat three inches of canola oil to 375 degrees in a large dutch oven when you are ready to fry.

4. Add 6-8 pieces of chicken at a time to the oil and fry for 5-6 minutes until cooked through  then remove to a clean cookie sheet and when all the chicken is done toss with the buffalo chicken wing sauce.

## Notes

Note: click on times in the instructions to start a kitchen timer while cooking.

## Nutrition

Calories: 296kcal | Carbohydrates: 27g | Protein: 30g | Fat: 6g | Saturated Fat: 2g |
Cholesterol: 119mg | Sodium: 4963mg | Potassium: 547mg | Sugar: 3g | Vitamin A: 190IU |
Vitamin C: 1.3mg | Calcium: 85mg | Iron: 2.1mg

Keyword: boneless buffalo wings

## Want to save this recipe?

Create a free account to easily save your
favorite recipes

| Email address | Sign Up Now |



## EASY BONELESS
## BUFFALO WINGS

WITH HOMEMADE BUFFALO SAUCE!



dinnerthendessert.com



Get AT&T Fiber®

Sponsored by **AT&T Internet**

Being straightforward feels good. So does being a GIGillionaire(SM). No...

See More

## About the Author

# Sabrina Snyder

Sabrina is a professionally trained Private Chef of over 10 years with ServSafe Manager certification in food safety. She creates all the recipes here on Dinner, then Dessert, fueled in no small part by her love for bacon.

Sabrina Snyder is a professionally trained personal and private chef of over 10 years who is the creator and developer of all the recipes on Dinner, then Dessert.

She is also the author of the upcoming cookbook: Dinner, then Dessert – Satisfying Meals Using Only 3, 5 or 7 Ingredients which is being published by Harper Collins.

She started Dinner, then Dessert as a business in her office as a lunch service for her coworkers who admired her lunches before going to culinary school and becoming a full time personal chef and private chef.

As a personal chef Sabrina would cook for families one day a week and cook their entire week of dinners. All grocery shopping, cooking and cleaning was done along with instructions on reheating. As a private chef she cooked for private parties and cooked in family homes in the evenings for families on a nightly basis after working as a personal chef during the day.

Sabrina has been certified as a ServSafe Manager since 2007 and was a longstanding member of the USPCA Personal Chef Association including being on the board of the Washington DC Chapter of Chefs in the US Personal Chef Association when they won Chapter of the year.

As a member of the community of food website creators Sabrina Snyder has spoken at many conferences regarding her experiences as a food writer including the Indulge Food Conference, Everything Food Conference, Haven Food Conference and IACP Annual Food Professionals Conference.

Sabrina lives with her family in sunny California.

See more posts by Sabrina



Like This Recipe?

# Share This Recipe

Dinner, then Dessert, Inc. owns the copyright on all images and text and does not allow for its original recipes and pictures to be reproduced anywhere other than at this site unless authorization is given. If you enjoyed the recipe and would like to publish it on your own site, please re-write it in your own words, and link back to my site and recipe page. Read my disclosure and copyright policy. This post may contain affiliate links.

**Categories**

- Appetizer Recipes
- Party Foods
- Recipe



## Leave a comment & rating

Your email address will not be published. Required fields are marked *

**Recipe Rating**

☆☆☆☆☆

**Comment** *

**Name** *

**Email** *

Post Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

## Comments



**CJ Perdue**    REPLY

April 26, 2023 at 11:33 am

★★★★☆

Thank you for putting in this recipe

**James Sprowls**    REPLY

October 8, 2022 at 1:01 pm

★★★★★

Amazing recipe. I would never order boneless wings again unless I'm out of the town or out of town. Then, only, to compare them unfavorably to this recipe. Thank you.



**Fatima**    REPLY



HOME    ABOUT ME    LET'S EAT    INSTANT POT RECIPES    AIR FRYER RECIPES    NINJA FOODI RECIPES    PRINTABLES    TRAVEL    🔍

## Best Air Fryer Boneless Wings

💬 2 Comments



JUMP TO RECIPE    JUMP TO VIDEO

**Air fryer boneless wings** with a simple marinade or rub are easy to make and a healthy dinner idea even kids will love with a side of bbq.



Ever wondered how restaurants take the bones out of chicken wings? They don't! If you love them but want to make some air fryer boneless wings yourself at home, this is how you do it! One more **easy air fryer recipe** that should be put on your meal rotation this week. (affiliate links present)



   

Enter search keywords

### Most Popular Post



**Easy Instant Pot Recipes for Beginners**



### Air Fryer Boneless Chicken Wings

Do you love these when you visit Wings N Things or Hooters but wondered just how they removed the bones?? Well it's kinda' a trick the way they do it because they aren't **chicken wings** really at all! That is right you just need a few medium chicken breasts, breading, seasonings and a sauce if you like to make these babies.



Finger foods are fun for kids and easy to eat when you're on the go to. Protein packed and a great low carb keto option if you choose to make **air fryer chicken no breading**.

### Ninja Foodi Boneless Wings

FIRST – You should **sign up for my free newsletter** so you get new posts emailed to you twice a week and never miss out on anything! If you love **air fryer recipes** too, here are some resources to start with:

- My Favorite Air Fryer is a Cosori or for a dual machine, the Foodi.
- You can find more easy air fryer recipes here, we have Ninja Foodi recipes as well; bookmark them both!
    - This is the best air fryer cookbook. It's important to know and remember how to preheat air fryer for best results.
- Here's a printable free air fryer cooking time chart here for your fridge.
    - It has temp. and times for making the best frozen foods for air fryer too.
- Then join our Facebook page below where you can share and find more ideas you'll love.







## Boneless Chicken Wings Recipe

This method makes the cook time much less than if you used your oven. I have made crispy chicken wings before and yes those were delicious, but had bones. If you have kids you'd agree that tenders if you want to call them that are easier for those little hands and mouths to eat.

It's just one of many air fryer chicken recipes no breading to choose from. If you want to save on calories this is the way to go.



## Are boneless wings chicken nuggets?

I guess you could consider them that in a sense. These are much healthier than air frozen frozen chicken nuggets though since you're using real meat. You could consider them to be **homemade chicken nuggets** though since they are cut into small bite size pieces with a crispy outer texture.





## Skinless Chicken Wings

This time the coating was parmesan cheese with some seasonings. You could opt for more of a breadcrumb mixture like we used for our air fryer

**fish nuggets** instead.

That part is up to you, the temperature and cook time would remain the same. The only variation is going to depend on how thick and large your pieces are.

The best way to test is really to use our timing. Then break the largest piece in the basket in half when done. If the meat is white vs. pink then you are good. You alternatively could check the temp. inside to ensure it reached 165 degrees F.




SC Johnson — Ziploc
Save at least $170/year by wasting less produce*
Grip 'n Seal Technology
Buy Now

### Air Fryer Boneless Buffalo Wings

You don't add the sauce until the protein is already cooked so there are many options as far as that goes. There is a buttery parsley option included in the recipe card below. Alternatively you could toss with **barbecue sauce**, teriyaki or hot sauce if you wanted them **spicy**.

1. Large chunks of breasts or chicken thighs
2. Olive oil
3. Parmesan cheese
4. Garlic powder
5. Salt and pepper
6. Melted butter and parsley were used as a "sauce"

Alternatively you could brush bbq sauce or buffalo sauce on the outside. Anything goes with these. **Homemade fry sauce** is kinda' the bomb too.







### Ninja Foodi Boneless Chicken Wings

You can use any brand for this. I have a few and love my Foodi and Cosori. As always do not overlap your food, no matter what you make. I mean if you're making one of our air fryer potato recipes like fries or something they are going to sit on top of one another. You will just have to shake the basket several times to get them brown all over.



With proteins you want to make sure the hot air circulates all around the chicken pieces on all sides. It is more important for things like this to reach the right internal meat temperature so it is safe to consume. You also want that deep fried crunch which is totally possible.







Tell Your Story!
Meaningful designs for every moment.

### Air Fryer Boneless Wings No Flour

Once you coat the chicken with the ingredients that stick on the outside and preheat your air fryer you're ready to cook your **boneless buffalo wings**.

- Preheat your air fryer to 370 degrees F for 5 minutes.
- Lay small chunks of chicken on paper towels and remove moisture from the outsides. Put into a bowl and drizzle with oil, stir so every piece is coated well.
- In a separate bowl combine cheese, garlic powder, salt and pepper. Mix together.
- One at a time put chicken into coating and roll around so it is coated on all sides.
- Spray inside of basket with non stick spray and lay coated chicken pieces in one layer.
- When full close basket and cook at 370 F for 5 minutes, open to flip them over and cook another 5 minutes.
- Brush with our butter sauce or wing sauce of your choice and enjoy.



servicenow.
CUT COSTS
OR DRIVE



\* Timing will vary depending on how large your pieces are. To check break largest piece in half to ensure inside is no longer pink.

In a bowl mix melted butter and parsley together. Use a pastry brush to brush this mix on top of cooked boneless wings and serve immediately. Looking for other ideas you will love too? Try our air fryer turkey wings while you're at it.





## Healthy Air Fryer Boneless Wings

In less than 15 minutes flat you can have this for lunch or dinner! High in protein and a low carb meal idea too that everyone will love at your table.

If you have some left over just throw them into a sealed bag and suck the

air out. Save some sauce for when you reheat them. Brush sauce on top, microwave for 30 seconds, flip, heat again and again until they are as hot as you'd like. Not too long though or you will dry them out. Then brush on more sauce before enjoying for best results.



OR you can just dice up your leftovers the next day since there are **no bones** and throw them into one of our **leftover chicken breast recipe ideas**.

Want to see **a few of my favorite things** that I am totally obsessed with?? Take a peek and see how many you might already have…twinsies!

Looking for more **easy family recipes** and tips? **LIKE The Typical Mom Facebook page**?

Then **sign up for my free newsletter**, and **follow me on Pinterest**! 

***** If you LOVED this recipe give it 5 Stars below and let everyone know what you thought about it. 🙂





## Air Fryer Boneless Wings

Air fryer boneless wings with a simple marinade or rub are easy to make and a healthy dinner idea even kids will love with a side of bbq.



| 🏷️ Course | Appetizer, Entree |
| 🏷️ Cuisine | American |
| 🏷️ Keyword | air fryer, boneless wings, chicken wings, ninja foodi |
| ⏱️ Prep Time | 15 minutes |
| 🍽️ Cook Time | 10 minutes |



Email Recipe

🖨️ Print   Pin


5 from 2 votes

| | | |
|---|---|---|
| 🍴 Servings | 6 | |
| 🎞 Calories | 185kcal | |
| 🖤 Author | The Typical Mom | |

## Equipment

- air fryer

## Ingredients

- 2 chicken breasts boneless, skinless, cut into large chunks
- 1 tbsp olive oil
- 1/2 c parmesan cheese
- 1 tbsp garlic powder
- 1 tsp salt
- 1/2 tsp pepper
- 2 tbsp butter melted
- 2 tsp parsley

## Instructions

1. Preheat air fryer to 370 F for 5 minutes.
2. Lay small chunks of chicken on paper towels and remove moisture from the outsides. Put into a bowl and drizzle with oil, stir so every piece is coated well.
3. In a small bowl combine cheese, garlic powder, salt and pepper. Mix together.
4. One at a time put chicken into coating and roll around so it is coated on all sides.
5. Spray inside of basket with non stick spray and lay coated chicken pieces in one layer. When full close basket and cook at 370 F for 5 minutes, open to flip them over and cook another 5 minutes.
6. * Timing will vary depending on how large your pieces are. To check break largest piece in half to ensure inside is no longer pink.
7. In a bowl mix melted butter and parsley together. Use a pastry brush to brush this mix on top of cooked boneless wings and serve immediately.

**Video**

# Air Fryer Boneless Wings



https://www.foodnetwork.com/recipes/boneless-wings-5456897

June 21, 2023





BUNDLE FOR $11.99/mo.
TERMS & CONDITIONS APPLY
Yellowjackets
NEW SEASON NOW STREAMING
Paramount+ with SHOWTIME
TRY IT FREE

 

food NETWORK

**Recipes**   **Shows**   **Chefs**   **Trending**   **Shop**   **Sweepstakes**   **What's on TV**

What are you looking for?     

Home / Recipes

‹ PREV RECIPE                                    NEXT RECIPE ›



RECIPE COURTESY OF CAPONE'S PUB & GRILL

# Boneless Wings

★★★★★  2 Reviews



| Level: **Intermediate** | Total: **40 min**<br>Active: **35 min** | Yield: **4 to 6 servings**<br>Nutrition Info |
| --- | --- | --- |

🔖 Save Recipe      

## Ingredients:

⊘ Deselect All

**Sweet Hot Sauce:**

✓ 1 cup ketchup

✓ 1/2 cup honey

✓ 1/2 cup brown sugar

✓ 1/4 cup sriracha

✓ 2 tablespoons brown mustard

✓ 2 tablespoons cider vinegar

✓ 1 tablespoon cayenne pepper

**Flour Dredge:**

✓ 3 pounds cornstarch

✓ 1 1/4 pounds all-purpose flour

✓ 1/2 cup granulated garlic

✓ 1/2 cup onion powder

✓ 1/2 cup paprika

✓ 1/4 cup ground black pepper

✓ 1/4 cup cayenne pepper

**Chicken:**

✓ 4 to 6 boneless, skinless chicken breasts

✓ 1/2 cup milk

✓ 12 large eggs

## Directions:

**1** For the sweet hot sauce: Combine the ketchup, honey, brown sugar, sriracha, mustard, vinegar, cayenne and 2 tablespoons water in a large bowl and whisk vigorously until everything is mixed well.

**2** For the flour dredge: Mix together the cornstarch, flour, granulated garlic, onion powder, paprika, black pepper and cayenne in a large bowl.

**3** For the chicken: Heat a deep-fryer to 350 degrees F.

**4** Cut the chicken into strips approximately the size of your thumb, making each strip as even as possible. Whisk together the milk and eggs in a large shallow dish for the egg wash. Roll the chicken strips in the flour dredge until evenly coated, shaking off the excess. Then dip in the egg wash. Then dip in the flour dredge once again.

**5** In batches, place the chicken strips in the fryer basket and drop it in the oil, giving it a good shake to make sure they don't stick together. Cook until they all begin to float, about 5 minutes. (To insure they have been cooked all the way, feel free to cut one in half.) Toss them in a large bowl with some sweet hot sauce until evenly coated. Repeat with the remaining chicken.

*This recipe was provided by a chef, restaurant or culinary professional. It has not been tested for home use.*

Recipe courtesy of Capone's Pub, Post Falls, ID

⊕ Add to Shopping List



**Breakfast Game Changer**

Sponsored By Bob's Red Mill

Whole grain oats (from steel cut to instant) + your fave toppings = breakfast perfection!

Learn More

🔥 **What's Cooking**

 Our Best Healthy Breakfast Ideas

 Dishes That Require Very Little Cleanup

 Slow Cooker Recipes You'll Love

Discover More Recipes...



## Let's Get Cooking!

Sign up for the Food Network Shopping Newsletter

**Privacy Policy**

Enter email address | Sign Up