# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AIMEN HALIM, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:23-cv-01495<br>) |
| BUFFALO WILD WINGS, INC. and INSPIRE BRANDS, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFF AND DEFENDANTS' JOINT MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

Ruhandy Glezakos
Treehouse Law, LLP
10250 Constellation Boulevard
Suite 100
Los Angeles, CA 90067
(310) 751-5116
rglezakos@treehouse.com

Francis Richard Greene (Bar # 627313)
Greene Consumer Law
1954 1st Street
Suite #154
Highland Park, Illinois 60035
(312) 847 6979
francis@greeneconsumerlaw.com

***Attorneys for Plaintiff Aimen Halim***

Jason D. Rosenberg (IL Bar # 6275801)
Andrew G. Phillips (*pro hac vice*)
Alan Pryor (*pro hac vice*)
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
jason.rosenberg@alston.com
andrew.phillips@alston.com
alan.pryor@alston.com

Douglas Alan Albritton (Bar # 6228734)
Matthew John Kramer (Bar # 6283296)
ACTUATE LAW LLC
641 West Lake, 5th Floor
Chicago, Illinois 60661
(312) 579-3108
doug.albritton@actuatelaw.com
matthew.kramer@actuatelaw.com

***Attorneys for Buffalo Wild Wings, Inc.***
***and Inspire Brands, Inc.***

Pursuant to the Court's Motion Procedures,[1] Plaintiff Aimen Halim ("Plaintiff") and Defendants Buffalo Wild Wings, Inc. and Inspire Brands, Inc. (collectively, "Defendants"), hereby jointly move the Court to enter the following agreed briefing schedule regarding Defendants' Motion to Dismiss filed concurrently with the instant motion on this day, June 27, 2023:

- Plaintiff's Response in Opposition to Defendants' Motion to Dismiss shall be submitted no later than <u>July 27, 2023</u> (30 days from the filing of Defendants' Motion to Dismiss); and

- Defendants' Reply in Support of Their Motion to Dismiss shall be submitted no later than 30 days from the date Plaintiff files his Response.

Counsel for the parties have met and conferred in good faith regarding the proposed briefing schedule and state that it is not being proposed to unduly delay proceedings, but has been mutually agreed to in an effort to accommodate the demands of the case and counsels' professional and family commitments.

---

[1] Available at https://www.ilnd.uscourts.gov/judge-info.aspx?IuUaWzNcEoMLlgA1upltGMzR01GJpAQ0 (last visited 6/27/23).

Respectfully submitted this 27th day of June, 2023.

By: */s/ Ruhandy Glezakos*

Ruhandy Glezakos
Treehouse Law, LLP
10250 Constellation Boulevard
Suite 100
Los Angeles, CA 90067
(310) 751-5116
rglezakos@treehouse.com

Francis Richard Greene (Bar # 627313)
Greene Consumer Law
1954 1st Street
Suite #154
Highland Park, Illinois 60035
(312) 847 6979
francis@greeneconsumerlaw.com

*Counsel for Aimen Halim*

*/s/ Jason D. Rosenberg*

Jason D. Rosenberg (IL Bar # 6275801)
Andrew G. Phillips (*pro hac vice*)
Alan Pryor (*pro hac vice*)
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
jason.rosenberg@alston.com
andrew.phillips@alston.com
alan.pryor@alston.com

Douglas Alan Albritton (Bar # 6228734)
Matthew John Kramer (Bar # 6283296)
ACTUATE LAW LLC
641 West Lake, 5th Floor
Chicago, Illinois 60661
(312) 579-3108
doug.albritton@actuatelaw.com
matthew.kramer@actuatelaw.com

*Counsel for Buffalo Wild Wings, Inc. and Inspire Brands, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on June 27, 2023, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

*/s/ Jason D. Rosenberg*

Jason D. Rosenberg