# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Aimen Halim

                                      Plaintiff,

v.                                                      Case No.: 1:23–cv–01495
                                                                 Honorable John J. Tharp Jr.

Buffalo Wild Wings, Inc, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendants' motion to dismiss [20] and motion for judicial notice [21] are taken under advisement. The agreed motion to set briefing schedule [22] is granted. The plaintiff is granted leave to file a consolidated response to the motions of up to 20 pages by 7/27/23; defendants' reply of no more than 15 pages is due 8/25/23. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.