**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AIMEN HALIM, individually and on behalf )
of all others similarly situated, )
                                 )
         Plaintiff, )
                                 )
v.                               )   Case No. 1:23-cv-01495
                                 )
BUFFALO WILD WINGS, INC. and )
INSPIRE BRANDS, INC., )
                                 )
         Defendants. )
                                 )

---

### JOINT INITIAL STATUS REPORT

---

Ruhandy Glezakos
Treehouse Law, LLP
10250 Constellation Boulevard
Suite 100
Los Angeles, CA 90067
(310) 751-5116
rglezakos@treehouse.com

Francis Richard Greene (Bar # 627313)
Greene Consumer Law
1954 1st Street
Suite #154
Highland Park, Illinois 60035
(312) 847 6979
francis@greeneconsumerlaw.com

***Attorneys for Plaintiff Aimen Halim***

Jason D. Rosenberg (IL Bar # 6275801)
Andrew G. Phillips (*pro hac vice*)
Alan Pryor (*pro hac vice*)
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
jason.rosenberg@alston.com
andrew.phillips@alston.com
alan.pryor@alston.com

Douglas Alan Albritton (Bar # 6228734)
Matthew John Kramer (Bar # 6283296)
ACTUATE LAW LLC
641 West Lake, 5th Floor
Chicago, Illinois 60661
(312) 579-3108
doug.albritton@actuatelaw.com
matthew.kramer@actuatelaw.com

***Attorneys for Buffalo Wild Wings, Inc.
and Inspire Brands, Inc.***

1. **The Nature of the Case:**

   a. **Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney.**

   *Counsel for Plaintiff:*

   Ruhandy Glezakos (Lead)
   Treehouse Law, LLP
   10250 Constellation Boulevard
   Suite 100
   Los Angeles, CA 90067
   (310) 751-5116
   rglezakos@treehouse.com

   Francis Richard Greene
   Greene Consumer Law
   1954 1st Street
   Suite #154
   Highland Park, Illinois 60035
   (312) 847 6979
   francis@greeneconsumerlaw.com

   *Counsel for Buffalo Wild Wings, Inc. and Inspire Brands, Inc.:*

   Jason D. Rosenberg (Lead)
   Andrew G. Phillips (Lead)
   Alan Pryor
   ALSTON & BIRD LLP
   1201 W. Peachtree Street
   Atlanta, Georgia 30309
   (404) 881-7000
   jason.rosenberg@alston.com
   andrew.phillips@alston.com
   alan.pryor@alston.com

   Douglas Alan Albritton (Lead)
   Matthew John Kramer
   ACTUATE LAW LLC
   641 West Lake, 5th Floor
   Chicago, Illinois 60661
   (312) 579-3108
   doug.albritton@actuatelaw.com
   matthew.kramer@actuatelaw.com

   b. **Briefly describe the nature of the claims asserted in the complaint and any counterclaims and/or third-party claims.**

Plaintiff asserts that Defendants' use of the product name "Boneless Wings" deceives a reasonable consumer into believing that the products are chicken wings that have been deboned, and as such, are comprised of entirely chicken wing meat, when they are not.

Defendants denies Plaintiff's allegations in their entirety, denies that Plaintiff has Article III standing to assert his claims, and denies that Defendants' marketing would mislead a reasonable

consumer. Defendants recently filed their pending joint Motion to Dismiss Plaintiff's Complaint which sets forth their defenses in more particularity.

### c. Briefly identify the major legal and factual issues in the case.

The significant issues of law and fact are (1) whether Plaintiff has suffered an Article III injury, (2) whether a reasonable consumer is likely to be deceived by the name and description of Defendants' boneless wings, or related marketing, (3) whether Plaintiff's claims may be properly certified for the putative nationwide and Illinois-wide classes, and (4) whether the Court has personal jurisdiction over defendant Inspire Brands, Inc.

### d. State the relief sought by any of the parties.

Plaintiff seeks (i) disgorgement of Defendants' profits resulting from their allegedly unlawful business practices, (ii) an award of economic, monetary, actual, consequential, compensatory and treble damages caused by Defendants' conduct, (iii) injunctive relief, (iv) an award of punitive damages, (v) an award of Plaintiff's attorneys' fees and costs, and (vi) an award of pre- and post-judgment interest.

Defendants does not seek affirmative relief at this time.

### 2. <u>Jurisdiction:</u> Explain why the Court has subject matter jurisdiction over the plaintiff's claims.

The parties do not dispute that the Court has diversity jurisdiction over Plaintiff's claims under CAFA. However, as set forth in Defendants' Motion to Dismiss, Defendants assert that Plaintiff lacks standing to assert his claims against either Defendant and that the Court lacks personal jurisdiction

over Inspire Brands, Inc. Defendants reserve the right to challenge the Court's personal jurisdiction

over absent putative class members outside of the forum state.

**a. Identify all federal statutes on which federal question jurisdiction is based.**

None.

**b. If jurisdiction over any claim(s) is based on diversity or supplemental jurisdiction:**
   *i. State whether/why the amount in controversy exceeds the jurisdictional threshold or whether there is a dispute regarding the amount in controversy (and, if so, the basis of that dispute).*

Pursuant to 28 U.S.C. § 1332(d)(2), Plaintiff alleges a putative nationwide class on his unjust

enrichment claim and an Illinois-wide class on his other claims. Plaintiff alleges that the aggregate

amount in controversy across the Class members exceeds $5 million. Defendants do not dispute that

the amount in controversy exceeds $5 million.

   *ii. Identify the state of citizenship of each named party.*

Plaintiff is an Illinois citizen.

Buffalo Wild Wings, Inc. is domiciled in Georgia (where it is headquartered) and Minnesota

(its state of incorporation).

Inspire Brands, Inc. is domiciled in Georgia (where it is headquartered) and Delaware (its state

of incorporation).

**3. <u>Status of Service.</u>**

All Defendants have been served.

3

4. **Consent to Proceed Before a United States Magistrate Judge.**

The parties do not consent to proceeding before a Magistrate Judge.

5. **Motions**:

   a. **Briefly describe any pending motions.**

Defendants filed a Joint Motion to Dismiss Plaintiff's claims for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1), for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and for lack of personal jurisdiction as to Inspire Brands, Inc. pursuant to Fed. R. Civ. P. 12(b)(2). Plaintiff will be opposing Defendants' Joint Motion to Dismiss.

   b. **State whether any defendant(s) anticipate responding to the complaint by filing an Answer or by means of motion.**

See above.

6. **Status of Settlement Discussions.**

The parties have engaged in an initial round of settlement discussions, but no significant progress was made.

7. **Scheduling.**

The parties submitted, and the Court granted, the agreed-upon briefing schedule for Defendants' pending Motion to Dismiss, which will be fully briefed for the Court's consideration by August 25, 2023. The parties respectfully suggest that they meet and confer on a proposed schedule for this action after the Court's ruling on Defendants' Motion to Dismiss.

Respectfully submitted this 11th day of July, 2023.

By: */s/ Ruhandy Glezakos*

Ruhandy Glezakos
Treehouse Law, LLP
10250 Constellation Boulevard
Suite 100
Los Angeles, CA 90067
(310) 751-5116
rglezakos@treehouse.com

Francis Richard Greene (Bar # 627313)
Greene Consumer Law
1954 1st Street
Suite #154
Highland Park, Illinois 60035
(312) 847 6979
francis@greeneconsumerlaw.com

*Counsel for Aimen Halim*

*/s/ Jason D. Rosenberg*

Jason D. Rosenberg (IL Bar # 6275801)
Andrew G. Phillips (*pro hac vice*)
Alan Pryor (*pro hac vice*)
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
jason.rosenberg@alston.com
andrew.phillips@alston.com
alan.pryor@alston.com

Douglas Alan Albritton (Bar # 6228734)
Matthew John Kramer (Bar # 6283296)
ACTUATE LAW LLC
641 West Lake, 5th Floor
Chicago, Illinois 60661
(312) 579-3108
doug.albritton@actuatelaw.com
matthew.kramer@actuatelaw.com

*Counsel for Buffalo Wild Wings, Inc. and Inspire Brands, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on July 11, 2023, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.


*/s/ Jason D. Rosenberg*
Jason D. Rosenberg