# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Aimen Halim

                Plaintiff,

v.                                                                                            Case No.: 1:23–cv–01495

                                                                                             Honorable John J. Tharp Jr.

Buffalo Wild Wings, Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 25, 2023:

       MINUTE entry before the Honorable John J. Tharp, Jr:Attorney Sarah H. Parker's motion for leave to appear pro hac vice [10] is granted. Counsel is directed to enter her appearance. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.