## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AIMEN HALIM, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:23-cv-01495 |
| vs. | |
| BUFFALO WILD WINGS, INC. and INSPIRE BRANDS, INC., | |
| Defendants. | |

## BUFFALO WILD WINGS, INC. AND INSPIRE BRANDS, INC.'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Douglas Alan Albritton (Bar #6228734)
Matthew John Kramer (Bar #6283296)
ACTUATE LAW LLC
641 West Lake
5th Floor
Chicago, Illinois 60661
(312) -579-3108
doug.albritton@actuatelaw.com
matthew.kramer@actuatelaw.com

Jason D. Rosenberg (IL Bar #6275801)
Andrew G. Phillips (*pro hac vice*)
Alan Pryor (*pro hac vice*)
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)
jason.rosenberg@alston.com
andrew.phillips@alston.com
alan.pryor@alston.com

*Attorneys for Buffalo Wild Wings, Inc. and Inspire Brands, Inc.*

Pursuant to this Court's Case Procedures, Buffalo Wild Wings, Inc. and Inspire Brands, Inc. ("Defendants") submit this Notice of Supplemental Authority in support of their Motion to Dismiss (Dkt. 20) concerning the Ohio Supreme Court's opinion in *Berkheimer v. REKM, L.L.C.*, No. 2023-0293, 2024-Ohio-2787 (July 25, 2024) (attached as **Exhibit 1**):

The plaintiff in *Berkheimer* brought a negligence action after he ingested a bone while eating a "boneless wing" made from "pre-butterflied, boneless, skinless chicken breasts[.]" *Id.* at *P6. On appeal, he argued that the trial court erred in dismissing his case because no consumer could have "reasonably expected a bone to be in the boneless wing." *Id.* at *P23. The Ohio Supreme Court rejected this argument as fanciful and implausible:

> And regarding the food item's being called a "boneless wing," it is common sense that that label was merely a description of the cooking style. A diner reading "boneless wings" on a menu would no more believe that the restaurant was warranting the absence of bones in the items than believe that the items were made from chicken wings, just as a person eating "chicken fingers" would know that he had not been served fingers. The food item's label on the menu described a cooking style; it was not a guarantee.

*Id.* at *P26. Even the dissent agreed with the majority's "common sense" conclusion that "boneless wings are not actually wings." *Id.* at *P36.

*Berkheimer* directly supports dismissing Plaintiff's allegations here. Indeed, Defendants raised the exact same points in their motion to dismiss briefing about why Plaintiff's allegations do not—and cannot—state a plausible claim for relief. *See generally* Dkt. 20-1. First, reasonable consumers "know in their ordinary experience that boneless wings are not made from deboned wings." *Id.* at 13. Second, "[r]easonable consumers would only believe that the term Boneless Wings refers to the style in which it is made, *not* that they are made with deboned." *Id.* at 18. Finally, Plaintiff cannot substitute his fanciful and implausible beliefs for those of reasonable consumers. *Id.* The Court therefore should dismiss Plaintiff's operative complaint in its entirety.

Dated: July 29, 2024                    Respectfully submitted,


                              By:  */s/ Jason D. Rosenberg*
                                   Jason D. Rosenberg (IL Bar# 6275801
                                   Andrew G. Phillips (*pro hac vice*)
                                   Alan F. Pryor (*pro hac vice*)

                                   Alston & Bird LLP
                                   1201 W. Peachtree Street
                                   Atlanta, Georgia 30309
                                   Phone: (404) 881-7000
                                   Fax: (404) 881-7777
                                   jason.rosenberg@alston.com
                                   andrew.phillips@alston.com
                                   alan.pryor@alston.com

                                   Douglas Alan Albritton (Bar #6228734)
                                   Matthew John Kramer (Bar #6283296)
                                   ACTUATE LAW LLC
                                   641 West Lake
                                   5th Floor
                                   Chicago, IL 60661
                                   (312) -579-3108
                                   doug.albritton@actuatelaw.com
                                   matthew.kramer@actuatelaw.com

                                   *Counsel for Buffalo Wild Wings, Inc. and Inspire
                                   Brands, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on July 29, 2024, with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

*/s/ Jason D. Rosenberg*
Jason D. Rosenberg