# EXHIBIT A

# Report for Project - 031026-1 - BWW Study

## Response Counts

| | | |
|---|---|---|
| **Completion Rate:** | **100%** |  |
| | Complete | 400 |

**Totals: 400**

## 1. What is your age?



| Value | Percent | Responses |
|---|---|---|
| 18 to 24 | 14.3% | 57 |
| 25 to 34 | 22.3% | 89 |
| 35 to 44 | 22.0% | 88 |
| 45 to 54 | 17.0% | 68 |
| 55 to 64 | 17.5% | 70 |
| 64+ | 7.0% | 28 |

**Totals: 400**

## 2. What is your gender?



51% Female    49% Male

| Value | Percent | Responses |
|-------|---------|-----------|
| Male | 49.0% | 196 |
| Female | 51.0% | 204 |

**Totals: 400**

3. Please select the State you live in.



**100% Illinois**

| Value | Percent | Responses |
|---|---|---|
| Illinois | 100.0% | 400 |

**Totals: 400**

4. Which of the following, if any, have you done in the past 12 months? Select all that apply



| Value | Percent | Responses |
|---|---|---|
| Ate at a restaurant | 98.5% | 394 |
| Visited a sports bar | 61.8% | 247 |
| Went on a vacation | 62.5% | 250 |
| Purchased a smart TV | 36.3% | 145 |
| Purchased a smartphone | 46.5% | 186 |
| Purchased a motor vehicle | 17.5% | 70 |
| Read a book | 69.5% | 278 |
| Went hiking | 33.3% | 133 |
| Visited a shopping mall | 82.3% | 329 |
| Went to the gym | 59.0% | 236 |

5. Which of the following, if any, have you visited in the past 12 months? Select all that apply



| Value | Percent | Responses |
|---|---|---|
| Buffalo Wild Wings | 100.0% | 400 |
| TGI Friday's | 29.3% | 117 |
| Applebee's | 52.3% | 209 |
| Outback Steakhouse | 42.8% | 171 |
| Hooter's | 25.5% | 102 |
| Chipotle | 72.5% | 290 |

6. When dining at Buffalo Wild Wings, which of the following menu categories have you purchased from in the past 12 months? Select all that apply.



| Value | Percent | Responses |
|---|---|---|
| Sides, Dips, & Extras | 68.3% | 273 |
| Wings | 100.0% | 400 |
| Crispy Chicken Dippers | 38.8% | 155 |
| Burgers | 51.3% | 205 |
| Salads | 30.0% | 120 |
| Sandwiches & Wraps | 44.3% | 177 |
| Kids Menu | 17.8% | 71 |
| Drinks | 80.8% | 323 |
| Desserts | 33.3% | 133 |

7. Which of the following types of wings have you purchased at Buffalo Wild Wings in the past 12 months? Select all that apply.



| Value | Percent | Responses |
|---|---|---|
| Traditional wings (bone in) | 63.8% | 255 |
| Boneless wings | 100.0% | 400 |
| Cauliflower wings | 10.5% | 42 |



When viewing the image above, what part of the chicken do you believe is in Buffalo Wild Wings' Boneless Wings?



| Value | Percent | Responses |
|---|---|---|
| Leg | 4.8% | 19 |
| Breast | 32.3% | 129 |
| Wing | 43.0% | 172 |
| Thigh | 4.8% | 19 |
| Neck | 0.5% | 2 |
| More than one part of the chicken | 14.8% | 59 |

**Totals: 400**



## WINGS
HANDSPUN IN YOUR FAVORITE SAUCE OR DRY SEASONING

### BONELESS

**6 WINGS**
9.79 | 360-630 CAL

**10 WINGS**
13.49 | 610-960 CAL

**15 WINGS**
19.49 | 910-1440 CAL

**20 WINGS**
25.49 | 1210-1920 CAL

**30 WINGS**
37.49 | 1820-2880 CAL

### TRADITIONAL

**6 WINGS**
11.29 | 410-620 CAL

**10 WINGS**
16.49 | 680-1010 CAL

**15 WINGS**
23.29 | 1020-1470 CAL

**20 WINGS**
29.49 | 1370-1930 CAL

**30 WINGS**
42.29 | 2050-2770 CAL

**TRADITIONAL & BONELESS WINGS COMBO**
6 traditional wings / 6 boneless wings / natural-cut French fries / slaw
25.49 | 1260-1750 CAL

### CAULIFLOWER WINGS
breaded cauliflower / handspun in your favorite sauce or dry seasoning / green onions

**SMALL**
12.49 | 520-880 CAL

**LARGE**
20.99 | 1040-1750 CAL

### TENDERS
Served with natural-cut French fries / add 420 CAL

**HAND-BREADED TENDERS**

**3 TENDERS**
12.49 | 490-850 CAL

**5 TENDERS**
13.99 | 820-1170 CAL

**NAKED TENDERS***

**3 TENDERS**
12.49 | 160-510 CAL

**5 TENDERS**
13.99 | 260-620 CAL

### SAUCES
◄ BLAZIN'® CAROLINA REAPER
◄ WILD®
◄ MANGO HABANERO™
◄ HOT
◄ ORIGINAL BUFFALO
◄ NASHVILLE HOT
◄ THAI CURRY
◄ JAMMIN' JALAPEÑO
◄ CARIBBEAN JERK
◄ ASIAN ZING®
◄ ORANGE CHICKEN
◄ SPICY GARLIC
◄ MEDIUM
◄ HONEY BBQ
◄ PARMESAN GARLIC
◄ MILD
◄ LEMON PEPPER
◄ TERIYAKI
◄ SWEET BBQ

DEFEAT THE HEAT
ASK YOUR SERVER HOW TO ENTER
BLAZIN' CHALLENGE

### DRY RUBS
◄ DESERT HEAT®
◄ BUFFALO
◄ CHIPOTLE BBQ
◄ LEMON PEPPER
◄ SALT & VINEGAR

**WINGS SERVED WITH CHOICE OF:**
bleu cheese dressing / add 280-850 CAL
ranch dressing / add 320-950 CAL

**AVAILABLE UPON REQUEST WITH WINGS ORDER:**
celery / add 15-45 CAL
carrots / add 50-150 CAL
*colories reflect one-three servings*

**GET DRUMS/FLATS ONLY FOR $1/$2**
(based on count)

In the previous question you answered that you believe there is more than one part of the chicken in Buffalo Wild Wings' Boneless Wings.

Which of the following parts of the chicken do you believe are in Buffalo Wild Wings' Boneless Wings? Select all that apply.



| Value | Percent | Responses |
|---|---|---|
| Leg | 50.8% | 30 |
| Breast | 76.3% | 45 |
| Wing | 61.0% | 36 |
| Thigh | 72.9% | 43 |
| Neck | 10.2% | 6 |
| Other (please specify) | 1.7% | 1 |

## 10. What is the highest level of education you completed?



| Value | Percent | Responses |
|---|---|---|
| Completed some high school | 3.0% | 12 |
| High school graduate | 21.3% | 85 |
| Completed some college | 21.8% | 87 |
| Associate degree | 15.0% | 60 |
| Bachelor's degree | 24.8% | 99 |
| Completed some postgraduate | 1.3% | 5 |
| Master's degree | 10.3% | 41 |
| Ph.D., law or medical degree | 2.0% | 8 |
| Other advanced degree beyond a Master's degree | 0.8% | 3 |

Totals: 400

## 11. What is your ethnicity? Select all that apply.



| Value | Percent | Responses |
|---|---|---|
| African American | 13.5% | 54 |
| Asian (non Pacific Islander) | 3.8% | 15 |
| Caucasian | 68.5% | 274 |
| Central Asian | 0.8% | 3 |
| Chinese | 0.8% | 3 |
| Filipino | 2.0% | 8 |
| Hispanic/Latino | 14.8% | 59 |
| Middle Eastern/North African | 0.8% | 3 |
| Mixed Racial from Caribbean Islands | 0.3% | 1 |
| Native American, Eskimo, Aleutian | 2.8% | 11 |
| Native Hawaiian/Pacific Islander | 0.3% | 1 |
| Other Ethnicity | 2.5% | 10 |

12. What is your annual household income?



| Value | Percent | Responses |
|---|---|---|
| $19,999 or less | 7.8% | 31 |
| $20,000-$29,999 | 7.3% | 29 |
| $30,000-$39,999 | 5.8% | 23 |
| $40,000-$49,999 | 6.8% | 27 |
| $50,000-$59,999 | 12.3% | 49 |
| $60,000-$69,999 | 6.3% | 25 |
| $70,000-$79,999 | 9.8% | 39 |
| $80,000-$89,999 | 6.0% | 24 |
| $90,000-$99,999 | 4.5% | 18 |
| $100,000-$124,999 | 14.8% | 59 |
| $125,000-$149,999 | 9.0% | 36 |
| $150,000+ | 10.0% | 40 |

**Totals: 400**