# EXHIBIT B

**Example 1: X.com Comment — Consumer Describing Confusion at Point of Purchase**



*Available at: https://x.com/TKelv113/status/2023882573978689913*

**Example 2: X.com Comment – Consumer Calling Boneless Wings 'Deceptive' and Stating It 'Should Be Illegal'**



*Available at: https://x.com/KeanuTrades/status/2023956294596427795*

**Example 3: X.com Comment — Consumer Replying to BWW: Your Wings Should Be Real. Stop Being Deceptive.**



*Available at: https://x.com/nicole73872269/status/163537802962209177*

**Example 4: ESPN Radio Host Clinton Yates Comments on Court's Decision**

"I feel boneless wings are deceptive … let's just look at it, the reason why this is particularly annoying is because we already have a word for what boneless wings are, but we don't want to use it because nuggets sound childish. Boneless wings are not boneless wings. Boneless wings are chicken nuggets. At best, tenders. … I am totally with [the Plaintiff]."



*Available at: https://x.com/ClintonNFriends/status/2024535398173548756*

**Example 5: Forum Discussion — Consumer Expressing Surprise and Disappointment After Ordering 'Boneless Wings'**

> arts&crafts said: ↰
>
> He is correct, but no one thinks they are wings

When I first saw them on the menu, I did. Why wouldn't I? They are literally called wings, with the description implying directly the bone is removed. Because they already have names for what the product actually is - nuggets, tenders, fingers, etc.

I'm not American. And I was supremely disappointed.

Don't get me wrong, this guy is mostly a chump wasting time on mostly nitpicky shit. But let it be known that this is exactly what corporations want with all their little changes and falsehoods over time. It's literally taught in business school as the "Just Noticeable Difference". Change the product to be smaller without the customer noticing, raise the price higher without the customer noticing, change the ingredients without the customer noticing....

And companies keep testing their luck and spouting bullshit until they go too far, cause real harm and only THEN someone tries to fight against it. In this circumstance, this dude won't win, but I'd rather fifty chumps win fifty little cases to set some kind of precedent against false advertising and corporate bullshit, instead of one big meaningful lawsuit losing due to consumer apathy. In this case it doesn't matter the outcome, but one day it will, and consumers will want the wins on their side.

*Available at: https://www.resetera.com/threads/man-sues-buffalo-wild-wings-because-he-says-their-boneless-wings-are-actually-chicken-nuggets.696184/page-2#post-102552580*

**Example 6: Forum Discussion — Consumer Expressing Surprise and Disappointment After Ordering 'Boneless Wings'**

> Mar 12, 2023                                               <   #81
>
> Is it really that hard to believe that someone would assume something called "boneless wings" were chicken wing meat that had been de-boned and breaded? Say you had never been to a chicken wing place before and you were given the option of bone-in and boneless wings, wouldn't you assume the boneless wings would be the same as the bone-in wings just with the bones removed? The only reason we know any different is from life experience.

*Available at: https://www.resetera.com/threads/man-sues-buffalo-wild-wings-because-he-says-their-boneless-wings-are-actually-chicken-nuggets.696184/page-2#post-102553690*

**Example 7: Quora Discussion — Consumer Describing First-Time Boneless Wing Purchase as 'Deceptive Advertising'**



*Available at: https://qr.ae/pFX2c6*

**Example 8: Quora Discussion — User response to "What are boneless wings made of?"**



*Available at: https://qr.ae/pFX2Se*

**Example 9: Quora Discussion — User response to "What are boneless wings made of?"**



*Available at: https://qr.ae/pFX2Sm*

**Example 10: X.com Comment — Consumer Noting Boneless Wing Sales Would 'Plummet' If Called Chicken Nuggets**



*Available at: https://x.com/CHI2COL/status/2024010452812918895*

**Example 11: X.com Comment Reported on dailyhive.com – Consumer Stating "Wings Are Supposed to Be WINGS"**



*Available at: https://dailyhive.com/vancouver/buffalo-wild-wings-boneless-chicken-lawsuit*

**Example 12: X.com Comment**

*Available at: https://x.com/Walkin0n808s/status/1814491274382016996*

### Example 13: College Newspaper Opinion by Contributing Writer Jake Fleming: 'A Boneless Chicken Wing Is a Chicken Nugget

I am passionate about chicken wings as well as getting the facts right. The fact of the matter is that boneless chicken wings are chicken nuggets with sauce added. Let's stop calling something without a bone inside it a wing, and instead rename it to something less misleading and contentious.

*Available at: https://alleghenycampus.com/19935/opinion/a-boneless-chicken-wing-is-a-chicken-nugget/*

### Example 14: High School Newspaper Opinion by Kevin McKenna: 'Why Boneless Chicken Wings Are a Scam,' February 3, 2021

We can begin by simply observing the boneless wing itself. If I were to put a plate of boneless chicken wings in front of you, there would be a good chance that you would refer to them as either chicken nuggets or chicken tenders rather than "boneless chicken wings." And that's a major part of the boneless wing scam; they're just chicken tenders cut up into smaller pieces and repackaged and sold as these so-called "boneless wings". If that doesn't scream "rip-off" to you, don't expect me to feel bad when you're entangled in one of your colleague's Pyramid Schemes.

*Available at: https://roxburyreview.com/1932/opinions/opinion-why-boneless-chicken-wings-are-a-scam/*

### Example 15: X.com Comment



*Available at: https://x.com/soIoucity/status/1635723993918615552*