## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Aimen Halim

                    Plaintiff,

v.                                          Case No.: 1:23–cv–01495
                                            Honorable John J. Tharp Jr.

Buffalo Wild Wings, Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: The parties' joint motion to set briefing schedule [37] is granted. Defendant is hereby permitted to submit its Motion to Dismiss no later than May 4, 2026. Plaintiff shall submit his Response in Opposition to Defendant's Motion to Dismiss no later than 45 days from the date Defendant files its Motion to Dismiss. Further, Defendant shall submit its Reply in Support of Its Motion to Dismiss no later than 30 days from the date Plaintiff files his Response. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.